# United States District Court

**DISTRICT OF** ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ROBERT F. KANE<br>a/k/a "Commander Kane"<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 3:06-MJ-011-JDR |

I, FBI Special Agent Matthew Campe, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 21, 2005 and continuing to on or about January 21, 2006, in the District of Alaska defendant Robert F. Kane, a/k/a "Commander Kane"

did knowingly receive and possess and did knowingly attempt to receive and possess a firearm, to wit a 16x57 millimeter rocket pod/launcher, that is not registered to him in the National Firearms Registration and Transfer Record,

in violation of Title    26    United States Code, Section(s)    5861(d) and 5871

I further state that I am a FBI Special Agent and that this complaint is based on the following facts:

See attached Affidavit of FBI Special Agent Matthew Campe in Support of Criminal Complaint, incorporated herein by reference.

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

/s/Matthew Campe
Signature of Complainant

Sworn to before me and subscribed in my presence,
February 1, 2006                    at    Anchorage, Alaska
Date                                            City of State

John D. Roberts
United States Magistrate Judge                              /s/ John D. Roberts (Seal Affixed)
Name and Title of Judicial Officer                          Signature of Judicial Officer