UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>     vs.<br><br>ROBERT F. KANE, a/k/a<br>"COMMANDER KANE", and<br>SECURITY AVIATION, INC.,<br><br>               Defendants. | 3-06-cr-00022-JWS-JDR<br>(3-06-MJ-00011-JDR)<br><br>ORDER REGARDING MOTION<br>TO PRODUCE AFFIDAVITS<br><br>(Docket No. 16) |

Defendant **Robert F. Kane** moves the court to unseal affidavits and related supporting material for the search warrants issued in cases numbered 3-06-mj-00009-JDR; 3-06-mj-00010-JDR; 3-06-mj-00011-JDR (criminal complaint); 3-06-mj-00018-JDR; 3-06-mj-00019-JDR; and 3-06-mj-00021-JDR, and any other warrants used to acquire evidence in this case. *See* Motion to Produce Search Warrant Affidavits Dated February 16, 2006, Docket No. 16. The government filed an opposition to the motion. *See* Opposition of the United States to Defendant

Kane's Motion to Unseal Search Warrant Affidavits dated February 22, 2006, Docket No. 31.   For reasons stated below the defendant's motion has merit in part.

Mr. Kane claims to be an aggrieved party by virtue of the government's use of evidence obtained as a result of the execution of the aforementioned search warrants at the preliminary hearing and bail hearing in this case.  The relevance of the warrants to the preliminary hearing itself has been rendered moot by the subsequent grand jury indictment of Mr. Kane.  However, the bail issue is a matter of on-going interest to both parties.  I determine that Mr. Kane has standing to move for the unsealing of the affidavits.

The government states that it "is not contesting that the defendant has a right to the search warrant affidavits."  Opposition of the United States, p.4.  The government postures that the court should delay unsealing the affidavit(s) due to the "pendancy" (sic) of the grand jury investigation, the continued government investigation up to that point, and the possible pre-trial publicity that will inevitably follow."  Opposition of the United States, p.4.  The government requests that the defendant's motion be denied until "after indictment."  Presumably the government is referring to the indictment of Mr. Kane.  That indictment has now been returned by the Grand Jury and a hearing for the arraignment is set.  The government suggests that documents be kept under seal until the court sets a deadline for the

3-06-cr-00022-JWS-JDR KANE @16 Order Re Motion to Produce.wpd

2

3-06-mj-00011-JDR            ORDER @16 Re Motion to Produce
3-06-cr-00022-JWS-JDR      Signed by Judge John D. Roberts         Page 2 of 4; 2/27/2006

government to make its voluntary disclosure of discovery as part of the mandated attorney conference addressed at arraignment.

The court has balanced the government's concerns in maintaining the sealing of the affidavits against the rights of the accused to challenge those affidavits. As the defendant points out the identities of the informants relevant to the search warrants have already been revealed. The government's opposition lacks specificity with regard to concerns about the grand jury or any continuing investigation. The opposition contains no affidavit or other supporting information to support a claim that continued sealing is essential to preserve higher values or to narrowly tailor any partial disclosure to serve that interest. The government's concern about possible pretrial publicity is not persuasive.

Accordingly, defendant Robert Kane's motion to produce search warrant affidavits in case numbers 3-06-mj-00009-JDR; 3-06-mj-00010-JDR; 3-06-mj-00011-JDR; 3-06-mj-00018-JDR; 3-06-mj-00019-JDR; and 3-06-mj-00021-JDR, is GRANTED. The motion with respect to the request "to produce any other warrants used to acquire evidence" in this case is overly broad. Such a general request lacks specificity. This generalized request for all other warrants amounts to an unwarranted fishing expedition and is therefore DENIED. The government shall have until and including March 1, 2006 to produce the affidavits of the (five)

3-06-cr-00022-JWS-JDR KANE @16 Order Re Motion to Produce.wpd                              3

3-06-mj-00011-JDR              ORDER @16 Re Motion to Produce
3-06-cr-00022-JWS-JDR          Signed by Judge John D. Roberts              Page 3 of 4; 2/27/2006

search warrants and the (one) complaint, or file a notice of appeal if the government takes issue with this order.

DATED this 27th day of February, 2006, at Anchorage, Alaska.


/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge

3-06-cr-00022-JWS-JDR KANE @16 Order Re Motion to Produce.wpd

4

3-06-mj-00011-JDR               ORDER @16 Re Motion to Produce
3-06-cr-00022-JWS-JDR           Signed by Judge John D. Roberts          Page 4 of 4; 2/27/2006