MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs  ROBERT F. KANE     CASE NO.  3:06-CR-00022-01-JWS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      STEVEN SKROCKI

DEFENDANT'S ATTORNEY:        KEVIN FITZGERALD, PAUL D. STOCKLER,
                             JAMES L. KEE

U.S.P.O.:                    CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 02/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:58 p.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant advised of general rights, charges and penalties;
waived full advisement of rights.

 X Defendant states true name:   Same as above     Age:   37

 X PLEAS: Not Guilty to Counts 1, 2, 3, & 4 of the Indictment.

 X Counsel advised of trial date: Final Pretrial Conference
**May 3, 2006 at 8:30 a.m.**  Trial by Jury **May 3, 2006 at 9:00 a.m.**

 X Defendant's detention continued.

 X Pretrial motions due **March 24, 2006;** Meet and confer
**March 1, 2006.**

 X OTHER: Court and counsel heard re defendant's oral motion to
re-open bail; court stated the appeal has to be withdrawn before
court can address.

At 3:09 p.m. court adjourned.




DATE:    February 27, 2006       DEPUTY CLERK'S INITIALS:    Ce

Case 3:06-cr-00022-HRH   Document 8   Filed 02/27/2006   Page 2 of 2