 
AO 442 (Rev. 10/03) Warrant for Arrest    Case 3:06-cr-00022-HRH    Document 12    Filed 02/14/2006    Page 1 of 1

# UNITED STATES DISTRICT COURT

District of _____  ALASKA

**RECEIVED**
FEB 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES OF AMERICA

V.

ROBERT F. KANE a/k/a
"Commander Kane"

## WARRANT FOR ARREST

Case    3:06-MJ-011-JDR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to ___ arrest ROBERT F. KANE a/k/a "Commander Kane" ___
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

knowingly receiving and possessing and knowingly attempting to receive and possess a firearm, to wit a 16x57 millimeter rocket pod/launcher, that is not registered to him in the National Firearms Registration and Transfer Record,

in violation of Title ___ 26 ___ United States Code, Section(s) ___ 5861(d) and 5871 ___

BAIL FIXED AT $ Detention Hearing

**REDACTED SIGNATURE**

JOHN D. ROBERTS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature

February 1, 2006    Anchorage, Alaska
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

EAGLE RIVER, AK

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01 FEB 2006 | S/A MATT CAMPE FBI | |
| DATE OF ARREST 02 FEB 2006 | | |