Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Counsel for Defendant




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00022 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | [proposed] **ORDER GRANTING** |
| v. | ) | **WITHDRAWAL OF APPEAL** |
| | ) | |
| ROBERT F. KANE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter, having come before the court upon the defendant's Notice of Withdrawal of Appeal regarding the February 16, 2006 Notice of Appeal of Detention Order at Docket 20 in this matter, and the court being fully advised,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Order

Page 1 of 2

IT IS HEREBY ORDERED that the Notice of Appeal of Detention Order at Docket 20 is WITHDRAWN.

DATED: _____

_____
JOHN W. SEDWICK
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/28/06,
a copy of the foregoing proposed
Order was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleading\Order Withdrawing Appeal.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Order