Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022 JWS |
| Plaintiff, | ) | |
| | ) | **EXPEDITED** |
| v. | ) | **REQUEST TO SET** |
| | ) | **DETENTION HEARING** |
| ROBERT F. KANE, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now defendant, Robert F. Kane, by and through counsel of record, Ingaldson, Maassen & Fitzgerald, P.C., and requests this court to schedule a detention hearing as soon as possible. This request is supported by the affidavit of undersigned counsel filed herewith.

Dated at Anchorage, Alaska February 28, 2006.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Expedited Request

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

CERTIFICATE OF SERVICE

I hereby certify that on _____,
a copy of the foregoing Expedited Request
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleading\Expedited Request for Detention Hearing.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Expedited Request