Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:06-cr-00022 JWS |
|---|---|
| Plaintiff, | ) [proposed] |
| v. | ) **ORDER GRANTING EXPEDITED** |
| | ) **REQUEST TO SET** |
| ROBERT F. KANE, | ) **DETENTION HEARING** |
| Defendant. | ) |

This matter, having come before the court on defendant's Expedited Request to Set Detention Hearing, and the court being fully advised,

IT IS ORDERED that a detention hearing is scheduled before the undersigned on _____, 2006, in Courtroom _____.

DATED: _____

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Order

## CERTIFICATE OF SERVICE

I hereby certify that on _____,
a copy of the foregoing proposed Order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleading\proposed Order for Expedited Detention Hearing.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751