Michael R. Spaan, Esq.
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Robert F. Kane*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ROBERT F. KANE, | ) |
| | ) |
| Defendant. | ) No. 3:06-mj-00011-JDR |

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR AND PARTICIPATE PRO HAC VICE

IT IS SO ORDERED that James L. Kee is granted permission to appear as

counsel pro hac vice on behalf of Defendant Robert  F. Kane in the instant matter.


Dated:_____        By:_____

JOHN D. ROBERTS
U.S. Magistrate Judge

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

47390v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2006, I caused a copy of the foregoing document to be served electronically on the following:

Steven E. Skrocki
Office of the U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567
steven.skrocki@usdoj.gov


By:    s/ Nina E. Bingham
          Legal Secretary/Assistant
          PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

[PROPOSED] ORDER GRANTING MOTION TO APPEAR AND PARTICIPATE PRO HAC VICE
*USA v. Robert Kane*, No. 3:06-mj-00011-JDR
Page 2 of 2
47390v1