Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:06-cr-00022 JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF** |
| | ) | **KEVIN T. FITZGERALD** |
| ROBERT F. KANE, | ) | **IN SUPPORT OF EXPEDITED** |
| | ) | **REQUEST TO SET** |
| Defendant. | ) | **DETENTION HEARING** |
| _____ | ) | |

STATE OF ALASKA       )
                     )ss.
THIRD JUDICIAL DISTRICT )

     KEVIN T. FITZGERALD, being first duly sworn, deposes and states as follows:

     1. I am one of the counsel of record for the defendant in the above-captioned action.

     2. At the arraignment on indictment held February 27, 2006, the Honorable John D. Roberts advised the parties that when the defendant's withdrawal of his

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Affidavit
Page 1 of 2

February 16, 2006 Notice of Appeal of Detention Order had been filed, this court would entertain an expedited scheduling of a new detention hearing as soon as possible. Attached hereto as Exhibit A is a copy of the filed Notice of Withdrawal of Appeal, which was filed on February 28, 2006.

   FURTHER YOUR AFFIANT SAYETH NAUGHT.


        /s/
        KEVIN T. FITZGERALD

  SUBSCRIBED AND SWORN to before me this 28th day February, 2006.


        /s/ Jennifer M. Jones
        NOTARY PUBLIC FOR ALASKA
        My Commission Expires:
        10/24/07

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/28/06,
a copy of the foregoing Affidavit
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire


s/ Kevin T. Fitzgerald
F:\W3169-1\Pleading\Affidavit in Support of Expedited Request to Set Detention Hearing.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Affidavit