Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Counsel for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022 JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF WITHDRAWAL** |
| ) | **OF APPEAL** |
| ROBERT F. KANE, ) | |
| ) | |
| Defendant. ) | |

COMES NOW defendant, Robert F. Kane, and gives notice of the withdrawal of his February 16, 2006 Notice of Appeal of Detention Order, at Docket 20 in the above-captioned matter.

Dated at Anchorage, Alaska February 28, 2006.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Notice of Withdrawal

Exhibit A
Page 1 of 2 Pages

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

CERTIFICATE OF SERVICE

I hereby certify that on 2/28/06,
a copy of the foregoing Notice was
served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleading\Notice of Withdrawal of Appeal.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Notice of Withdrawal

