Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No. 3:06-cr-00022-JWS-JDR** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING EXPEDITED** |
| v. | ) | **REQUEST TO SET** |
| | ) | **DETENTION HEARING** |
| ROBERT F. KANE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter, having come before the court on defendant's Expedited Request to Set Detention Hearing, and the court being fully advised,

IT IS ORDERED that a detention hearing is scheduled before the undersigned on Wednesday, March 1, 2006, at 3:00 p.m. in Courtroom 6.

DATED this 28th day of February, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge