Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>          Plaintiff,  )<br>)<br>)<br>)<br>)<br>ROBERT F. KANE,            )<br>)<br>          Defendant.   )<br>_____) | No. 3:06-cr-00022 JWS<br><br>**DEFENDANT ROBERT F. KANE'S**<br>**APPLICATION FOR RELEASE**<br>**PENDING TRIAL** |

      Defendant, Robert F. Kane, by and through his attorney of record, Kevin T. Fitzgerald, hereby moves this court for an order releasing defendant from custody and setting reasonable conditions of release pending trial. This motion is brought pursuant to 18 U.S.C. § 1342(c) and is based upon the Memorandum of Points and Authorities filed herewith, upon the complete files and pleadings in this case, of which the court may take judicial notice,

**INGALDSON,**
**MAASSEN &**
**FITZGERALD,**
**P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Application

Page 1 of 2

and upon such further oral and documentary evidence which may be presented at the hearing of this matter.

        Dated at Anchorage, Alaska March 1, 2006.

        INGALDSON, MAASSEN &
        FITZGERALD, P.C.
        Counsel for Defendant

        s/Kevin T. Fitzgerald
        ABA No. 8711085
        813 West Third Avenue
        Anchorage, AK  99501
        Fax: (907) 258-8751
        E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/1/06, a copy of the foregoing Application was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleading\Application for Release Pending Trial.doc

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Application

Page 2 of 2