Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022 JWS |
| Plaintiff, ) | |
| ) | [proposed] **ORDER GRANTING** |
| v. ) | **DEFENDANT KANE'S** |
| ) | **APPLICATION FOR RELEASE** |
| ROBERT F. KANE, ) | **PENDING TRIAL** |
| ) | |
| Defendant. ) | |
| _____) | |

This matter, having come before the court upon defendant Kane's Application for Release Pending Trial, the court having reviewed any opposition thereto, and being familiar with the matters on file,

IT IS ORDERED that defendant Kane is released pending trial, on the following conditions:

1. _____

2. _____

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Order

```
          3. _____

             DATED: _____



                                    _____
                                    JOHN D. ROBERTS
                                    U.S. MAGISTRATE JUDGE
```

CERTIFICATE OF SERVICE

I hereby certify that on 3/1/06,
a copy of the foregoing proposed
Order was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleading\Order Release.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane
No. 3:06-cr-00022 JWS
Order