Description

EXTREMELY RARE & AUTHENTIC --THESE ARE THE REAL McCOY - right from the Soviet Union off of an airbase in Talon Estonia. The are in EXCELLENT new condition, De-Mil'd, and totally airworthy and ready to hang on your L-39 or L-59 Pylons in accordanc with all published L-39 Maintenance & Armament manuals. Still with all Russian marking and graphics, smell slightly of solid rocket fuel. Sold in pairs ONLY, but price per each is listed to keep lisitng costs down. Shipping will be extra based on destination or pick-up in Phila. Pylons and hardware also availabale at extra cost - call for quote. I made the red dummy rockets which are shown in the photo from solid aluminum stock, and poly coated painted, with a clear coat over that. They are locked in placed with a totally reliable locking system that ensures their placement in 1 450 k dive and 8 g pull up - totally airworthy at 500K . The cost of the 32 dummy rockets and installation tooling are extra, and pricing will be quoted upon request. Whether you are an L-39 owner, just want to stand a pair up in the corners of your office , want to make a coffe table out of them, or hang them from the ceiling in your hanger or VFW hall - these are a rare find and will not last long.



Exhibit A
Page 1 of 1 Pages