Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Matthew S. Block, Esq.
mblock@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

James L. Kee, Esq.
kanda@texhoma.net
KEE, ARCHER & HERBERGER, P.A.
P.O. Box 1646
Duncan, OK 73533
Telephone: 580-252-2120
Facsimile: 580-252-8647

*Attorneys for Robert F. Kane*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ROBERT F. KANE, | ) |
| | ) |
| Defendant. | ) No. 3:06-mj-011-JDR |

**AFFIDAVIT OF COUNSEL MATTHEW S. BLOCK**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

Matthew S. Block, being first duly sworn, deposes and says:

1. I am an attorney with the law firm of Patton Boggs, LLP.  This firm represents Defendant, Robert F. Kane, in the above-captioned matter.  I make these

47425v1

statements upon personal knowledge and in support of Defendant's Motion to Expedite Consideration of Motion to Produce Search Warrant Affidavits filed herewith.

2. Both myself and Mr. Michael Spaan, a partner in our office, have contacted the US Attorney's office seeking copies of the search warrant affidavits at issue in this case. Those efforts have all proven unsuccessful.

3. On information and belief, the government was the original movant in asking that the warrant affidavits be sealed, and believes that they should remain inaccessible.

4. Mr. Kane has not been indicted, and is being detained. He has been in detention since his arrest on February 2, 2006. He is currently held without bail or opportunity for release. Time is of the essence, because Mr. Kane must be allowed to vigorously defend his liberty interests.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Matthew S. Block

SUBSCRIBED AND SWORN to before me this 16th day of February, 2006.



_____
Notary Public in and for the State of Alaska
My Commission Expires: 6/2/06

AFFIDAVIT OF COUNSEL MATTHEW S. BLOCK
*USA v. Robert Kane*, No. 3:06-MJ-011-JDR
Page 2 of 3
47353v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16 day of February, 2006, a copy of the foregoing document to be served electronically on the following:

**Steven E. Skrocki**
Office of the U.S. Attorney
steven.skrocki@usdoj.gov


By:   s/Nina E. Bingham
      Legal Secretary/Assistant
      PATTON BOGGS LLP