Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Matthew S. Block, Esq.
mblock@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

James L. Kee, Esq.
kanda@texhoma.net
KEE, ARCHER & HERBERGER, P.A.
P.O. Box 1646
Duncan, OK 73533
Telephone: 580-252-2120
Facsimile: 580-252-8647

*Attorneys for Robert F. Kane*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>ROBERT F. KANE,  )<br>  )<br>            Defendant.  ) | <br><br><br><br><br><br><br><br>No. 3:06-mj-011-JDR |

## NOTICE OF APPEAL OF DETENTION ORDER

Comes now the Defendant, Robert Frazier Kane, by and through undersigned counsel and gives notice that he appeals the Detention Order of the Court dated February 8, 2006 to the Federal District Court for the District of Alaska.  This appeal is made pursuant to Federal Rule of Appellate Procedure 9 and 18 USC § 3145(c).  The District Court Order and Statement of

47354v1

Reasons is attached [Attachment A], and a Transcript of the proceedings will follow pursuant to F.R.A.P. 9(a)(1).

DATED this 16th day of February, 2006.

        PATTON BOGGS LLP
        Attorneys for Defendant Robert F. Kane


By:   s/Michael R. Spaan
      Michael R. Spaan
      Alaska Bar No. 7305026
      Matthew S. Block
      Alaska Bar No. 0511094


KEE, ARCHER & HERBERGER, P.A.


By:   s/James L. Kee
      James L. Kee
      Oklahoma Bar No. 4902


**CERTIFICATE OF SERVICE**

I hereby certify that on the 16 day of February, 2006, a copy of the foregoing document to be served electronically on the following:

**Steven E. Skrocki**
Office of the U.S. Attorney
steven.skrocki@usdoj.gov


By:   s/Nina E. Bingham
      Legal Secretary/Assistant
      PATTON BOGGS LLP