# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> ROBERT F. KANE </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                      CASE NO.  <u>3:06-mj-00011-JDR-RRB</u>

<u> CAROLYN BOLLMAN </u>

PROCEEDINGS: **CLERK'S NOTICE**                                      DATE:

CERTIFICATION OF RECORD

The Court Certified Transcript of proceedings in this appeal having been filed at Docket numbers 25 and 26, the record is now complete for appeal purposes.

The Appellant has submitted its opening brief at Docket 27. Appellant is advised that the Court Certified Transcripts filed at Docket 25 and 26 will be the official record for appeal purposes.

The Appellee shall serve and submit a brief by close of business Tuesday, February 28, 2006.

[ ]{USDJ2.WPD*Rev.04/03}