Paul D. Stockler, ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501

Telephone:(907) 277-8564
Facsimile:(907) 272-4877

E-mail:  paulstockler@aol.com

Counsel for Defendant


### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ROBERT F. KANE, | ) |
| | ) |
| Defendant. | ) |
| _____ | )    CASE NO.:  3:06-mj-00011-JDR |

### ENTRY OF APPEARANCE

COMES NOW Paul D. Stockler, and enters his appearance of record on behalf of the defendant in the above-captioned action, and requests that future copies of all correspondence and pleadings be served upon him at the Law Offices of Paul D. Stockler, 1309 West 16th Avenue, Anchorage, Alaska 99501.

DATED this 23rd day of February, 2006 at Anchorage, Alaska.

LAW OFFICE OF PAUL D. STOCKLER
Counsel for Defendant
Robert F. Kane


By: s/ Paul D. Stockler
    Paul D. Stockler
    Alaska Bar No.: 8606032


**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day
of February, 2006, a true and correct
copy of the foregoing document was
served electronically on the following:

Steven E. Skrocki, Assistant U.S. Attorney
Michael R. Spaan
James L. Kee
Kevin T. Fitzgerald


s/ Paul D. Stockler

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877