(Rev 10/05)

# LIST OF EXHIBITS

Case No. 3:06-CR-00022-01-JWS  Magistrate Judge/Judge: John D. Roberts

Title: U.S.A.

vs.

Robert F. Kane

Dates of Hearing/Trial: March 1, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Steve Skrocki | Kevin Fitzgerald |
|  | Paul Stockler |
|  |  |

---EXHIBITS---

| PLAINTIFF ||||| DEFENDANT ||||
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 3/1/06 | Packet Documents | | | | |
| 2 | X | 3/1/06 | Packet Documents | | | | |
| 3 | X | 3/1/06 | Policy Memorandum | | | | |
| 4 | X | 3/1/06 | Packet re: weapons | | | | |
| 5 | X | 3/1/06 | Contract Sale of home | | | | |