# United States District Court

__Anchorage__ DISTRICT OF __ALASKA__

UNITED STATES OF AMERICA
V.

__Robert F. Kane__
Defendant

**APPEARANCE BOND**

CASE NUMBER: __306.00022 JWS__

Non-surety:  I, the undersigned defendant acknowledge that I and my...
Surety:  We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ __200,000 (Two Hundred Thousand)__ and there has been deposited in the Registry of the Court the sum of $ __n/a__ in cash or __Corporate Bond__ (describe other security.)

The conditions of this bond are that the defendant __Robert F. Kane__ (name) is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __3/2/06__ at __Anchorage, Alaska__.

Defendant. X _____   Address. _____

Surety X _____ Fred P. Adkerson   Address. 2550 Denali St., Suite 1302
                                                Anchorage, AK  99503 PH.# 276-3443

Surety. International Fidelity Insurance Co.   Address. 24 Commerce Street, Suite 333
                                                         Newark, NJ  07102

Signed and acknowledged before me on __March 2, 2006__
                                          Date

_____
Judicial Officer/Clerk

Approved: _____
          Judicial Officer

| It is unlawful to print this form without written consent of home office. | **POWER OF ATTORNEY**<br>INTERNATIONAL FIDELITY INSURANCE COMPANY<br>Western Region Bond Department<br>P.O. BOX 9810, CALABASAS, CA 91372-9810<br>(818) 222-4999 | Power No. WILL198955<br>THIS POWER OF ATTORNEY NULL AND VOID UNLESS USED BEFORE<br>July 30 2006 |

KNOW ALL MEN BY THESE PRESENTS, that, INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation duly organized and existing under the laws of the State of New Jersey has constituted and appointed, and does hereby constitute and appoint, its true and lawful attorney-in-fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

**THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF**

($200000) Two Hundred Thousand Dollars****************************************
**AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.**

NOT VALID FOR IMMIGRATION BONDS

Bond Amt $200,000   Case # 306.00022 JWS
Defendant ROBERT F. KANE
Appearance Date ___ — DIV ___
Court City Anchorage
Court County Anchorage   State AK
Offense 4 cts Poss. of Unreg Device
Date Filed 3/2/06
Atty in fact [signature]

*NOTICE* STACKING OF BONDS IS STRICTLY PROHIBITED! No more than one bond from this Surety may be used to execute any one bond.

Fred's Bail Bonding
Office 2550 Denali St., Ste 1302
Anchorage, AK 99503
Ph: 276-3443

FORM #   WILL

IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has cause these presents to be sealed with its corporate seal, signed by Chairman of the Board and attested by its Secretary, this 2nd day of April, 1991.

[signature] Chairman
[signature] Secretary

[Seal: INTERNATIONAL FIDELITY INSURANCE CO. 1904 NEW JERSEY]

1. A separate Power of Attorney must be attached to each bond executed.
2. Powers of Attorney must not be returned to attorney-in-fact, but should remain a permanent part of court records.
3. The authority of such attorney-in-fact is limited to appearance bonds and cannot be construed to guarantee for failure to provide payments, back alimony payments, fines or wage law claims.

ENTER SURETY-ASSIGNED EXECUTING AGENT CODE # HERE:

198955

ORIGINAL

