UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )
                          )   CASE NO. 3:06-CR-00022-JWS
v.                        )
                          )   **RELEASE ORDER**
ROBERT F. KANE,           )
                          )
        Defendant.        )
_____)

TO:   UNITED STATES MARSHAL

    Defendant, Robert F. Kane, has this date met the bail conditions indicated below and is ordered discharged from custody.

| | |
|---|---|
| __XX__ | Released to <u>Charles Sandberg</u>, the third party custodian on **Friday, March 3, 2006, at 8:00 a.m.**; |
| ____ | Paid cash bail in the amount of   to the Clerk of Court; |
| ____ | Posted unsecured bond in the amount of ; |
| __XX__ | Posted bond secured by property or surety in the amount of <u>200,000.00 surety</u> with the Clerk of Court; |
| ____ | Surrendered passport to the Clerk of Court; |
| ____ | Other. |

        Dated at Anchorage, Alaska, this 2nd day of March, 2006.

                        IDA ROMACK, Clerk of Court

                        **REDACTED SIGNATURE**
                    BY: _____
                        Deputy Clerk

RELEASE ORDER
[]{RELEASE.WPD*Rev.2/97}