Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>         Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ROBERT F. KANE, and  )<br>SECURITY AVIATION, INC.,  )<br>  )<br>         Defendants.  )<br>_____) | No. 3:06-cr-00022-01 JWS<br><br>**UNOPPOSED MOTION TO<br>MODIFY DEFENDANT KANE'S<br>CURFEW HOURS** |

Comes now defendant, Robert F. Kane, by and through undersigned counsel, and moves this court for an order modifying his curfew condition to better accommodate the work and teaching schedule of his third-party custodian. Mr. Kane requests that his curfew be adjusted so that he be allowed to extend his evening curfew from 8:00 p.m. until 11:00 p.m. This motion is supported by the affidavit of counsel filed herewith.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Unopposed Motion

        Undersigned has spoken with Pretrial Services Officer Chris Liedike, and AUSA Steven Skrocki, who both non-oppose this motion.

        Dated at Anchorage, Alaska March 13, 2006.

        INGALDSON, MAASSEN &
        FITZGERALD, P.C.
        Counsel for Defendant Kane


        s/Kevin T. Fitzgerald
        ABA No. 8711085
        813 West Third Avenue
        Anchorage, AK  99501
        Fax: (907) 258-8751
        E-mail:
        kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/13/06,
a copy of the foregoing Unopposed Motion
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleading\Curfew Motion.doc

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Unopposed Motion