Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | [proposed] **ORDER GRANTING** |
| v. | ) | **UNOPPOSED MOTION TO** |
| | ) | **MODIFY DEFENDANT KANE'S** |
| ROBERT F. KANE, and | ) | **CURFEW HOURS** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER, having come before the court upon the Unopposed Motion to Modify Defendant Kane's Curfew Hours, and the court being fully advised,

IT IS ORDERED that curfew is extended from 8:00 p.m. until 11:00 p.m. seven days a week. All other conditions shall remain unchanged.

DATED: _____

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

CERTIFICATE OF SERVICE

I hereby certify that on 3/13/06,
a copy of the foregoing proposed Order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleading\Order Curfew.doc

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order