Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT F. KANE, and )<br>SECURITY AVIATION, INC., )<br>)<br>Defendants. )<br>_____ ) | No. 3:06-cr-00022-01 JWS<br><br>**AFFIDAVIT OF KEVIN T.**<br>**FITZGERALD IN SUPPORT OF**<br>**UNOPPOSED MOTION TO MODIFY**<br>**DEFENDANT KANE'S**<br><u>**CURFEW HOURS**</u> |

STATE OF ALASKA         )
                        )ss.
THIRD JUDICIAL DISTRICT )

   KEVIN T. FITZGERALD, being first duly sworn, deposes and states as follows:

   1. I am one of the counsel of record for Robert F. Kane in the above-captioned action.

   2. The facts contained in the Unopposed Motion to Modify Defendant Kane's Curfew Hours are true and correct to the best of my information and belief.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Affidavit

Page 1 of 3

3. Following Mr. Kane's release to third-party custodian Charles Sandberg, I have learned that Mr. Sandberg's work and teaching schedule necessitate a modification of the curfew hours from 8:00 p.m. until 11:00 p.m.

4. On March 13 I spoke with Mr. Skrocki regarding the modification, which he did not oppose if the modification was agreeable to Mr. Liedike. On that same date I spoke with Mr. Liedike, who indicated that he did not oppose the requested modification, given Mr. Sandberg's work and teaching schedule, and given Mr. Kane's compliance with all conditions of release.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s   Kevin T. Fitzgerald
KEVIN T. FITZGERALD

SUBSCRIBED AND SWORN to before me this 13th day of March, 2006.

(Seal)

/s   Jennifer M. Jones
Notary Public for Alaska
My Commission
Expires:   10/24/07

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Affidavit

Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on 3/13/06,
a copy of the foregoing Affidavit
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleading\Aff re Curfew.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Affidavit