Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **UNOPPOSED MOTION TO** |
| | ) | **MODIFY DEFENDANT KANE'S** |
| ROBERT F. KANE, and | ) | **CURFEW HOURS** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

THIS MATTER, having come before the court upon the Unopposed Motion to Modify Defendant Kane's Curfew Hours, and the court being fully advised,

IT IS ORDERED that curfew is extended from 8:00 p.m. until 11:00 p.m. seven days a week. All other conditions shall remain unchanged.

DATED: March 15, 2006

/s/ John D. Roberts
JOHN D. ROBERTS
U.S. Magistrate Judge