Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendant Kane

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **NO.: 3:06-cr-00022-01  JWS** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER GRANTING DEFENDANT'S** |
| ) | **MOTION TO DISMISS INDICTMENT** |
| **ROBERT F. KANE, and** ) | |
| **SECURITY AVIATION, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

It is ordered that the indictment in the above-captioned matter shall be dismissed.

DATED this _____ day of _____, 2006.

_____
The Honorable John W. Sedwick
Judge of the U.S. District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2006, a true and correct

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

```
 1  copy of the foregoing document was
    served electronically on the following:
 2

 3  Steven E. Skrocki, Assistant U.S. Attorney
    James N. Barkeley, Assistant U.S. Attorney
    Michael R. Spaan
 4  James L. Kee
    Kevin T. Fitzgerald
 5  Robert C. Bundy
    Allen F. Clendaniel
 6

 7  s/ Paul D. Stockler

 8
```

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

USA v. Kane, et al.                                   3:06-cr-00022-01  JWS
Order Granting Motion to Dismiss                      Page 2 of 2