DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR HEARING** |
| | ) | **ON GOVERNMENT'S** |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | **TRIAL DUE TO** |
| ROBERT F. KANE, | ) | **COMPLEXITY CAUSED BY** |
| a/k/a "COMMANDER KANE," and | ) | **CLASSIFIED** |
| SECURITY AVIATION, INC., | ) | **INFORMATION** |
| | ) | |
| Defendants. | ) | |
| | ) | **Filed On Shortened Time** |
| | ) | |
| | | **FILED UNDER SEAL** |

   COMES NOW the United States by and through counsel and hereby

requests that the Court set a hearing on the Sealed Motion of the United States to

Continue Trial Due to Complexity Caused by Classified Information filed at

Docket 63 in the above-captioned case.

      RESPECTFULLY SUBMITTED this 24th day of March, 2006 at

Anchorage, Alaska

                                            DEBORAH M. SMITH
                                            Acting United States Attorney

                                            s/ Steven. E. Skrocki
                                            Assistant U.S. Attorney
                                            222 West 7th Ave., #9, Rm. 253
                                            Anchorage, AK 99513-7567
                                            Phone: (907) 271-3380
                                            Fax: (907) 271-1500
                                            E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2006
a copy of the foregoing was served
fax on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
& Paul Sockler.

s/ Steven E. Skrocki