IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER FOR HEARING ON** |
| | ) | **GOVERNMENT'S MOTION** |
| vs. | ) | **TO CONTINUE TRIAL DUE** |
| | ) | **TO COMPLEXITY CAUSED** |
| ROBERT F. KANE, | ) | **BY CLASSIFIED** |
| a/k/a "COMMANDER KANE," and | ) | **INFORMATION** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered the Motion filed by the United States for a Hearing on the Government's Motion to Continue Trial in this case, IT IS HEREBY ORDERED that the Hearing on the Motion to Continue be set for _____, ___, 2006, at _____ __. m. in Courtroom ____.

    IT IS SO ORDERED.

    DATED this ____ day of March, 2006, at Anchorage, Alaska.

                                                            _____

                                                            UNITED STATES DISTRICT COURT JUDGE