Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [proposed] **ORDER GRANTING** |
| | ) | **MOTION AND MEMORANDUM TO** |
| ROBERT F. KANE, and | ) | **SUPPRESS FRUITS OF** |
| SECURITY AVIATION, INC., | ) | **UNCONSTITUTIONAL SEARCH OF** |
| | ) | **ROBERT KANE'S PRIVATE** |
| Defendants. | ) | **RESIDENCE AND VEHICLE ON** |
| | ) | **FEBRUARY 2, 2006** |

This matter, having come before the court upon the Motion and Memorandum to Suppress Fruits of Unconstitutional Search of Robert Kane's Private Residence and Vehicle on February 2, 2006, the court having reviewed any opposition thereto, and being fully advised,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

IT IS ORDERED that the motion is GRANTED.

DATED: _____

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that on 3/24/06,
a copy of the foregoing order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Order to Suppress.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order