Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br> ROBERT F. KANE, and          )<br> SECURITY AVIATION, INC.,     )<br>                              )<br>            Defendants.       )<br>_____) | No. 3:06-cr-00022-01 JWS<br><br>**AFFIDAVIT OF<br>ROBERT F. KANE** |

STATE OF ALASKA         )
                        )ss.
THIRD JUDICIAL DISTRICT )

    ROBERT F. KANE, being first duly sworn, deposes and states as follows:

    1. I am a defendant in the above-captioned action.

    2. On February 2, 2006, my family was residing at 6212 Magna View Drive, Eagle River. On or about that

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Affidavit

same date I was using a black Chevy Tahoe, Alaska license ESS580 for transportation.

       3.  I did not give government agents to consent to search either the residence or the Chevy Tahoe, Alaska license ESS580, on February 2, 2006. At one point while I was being detained that morning I was requested to give consent to search the residence, which I refused.

      FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
ROBERT F. KANE

SUBSCRIBED AND SWORN to before me this 24th day of March, 2006.

_____
Notary Public for Alaska
My Commission Expires: 10/24/07

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/24/06,
a copy of the foregoing affidavit
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Kane Affidavit.doc


USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Affidavit

Page 2 of 2

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751