Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REQUEST FOR EVIDENTIARY** |
| | ) | **HEARING ON MOTION TO** |
| ROBERT F. KANE, and | ) | **SUPPRESS FRUITS OF** |
| SECURITY AVIATION, INC., | ) | **UNCONSTITUTIONAL SEARCH** |
| | ) | **OF ROBERT KANE'S PRIVATE** |
| Defendants. | ) | **RESIDENCE AND VEHICLE ON** |
| | ) | **FEBRUARY 2, 2006** |

Comes now defendant, Robert F. Kane, and requests this court schedule an evidentiary hearing on his Motion to Suppress Fruits of Unconstitutional Search of Robert Kane's Private Residence and Vehicle on February 2, 2006, at the

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Request

earliest possible time after the government's response is due.

    Dated at Anchorage, Alaska March 24, 2006.

        INGALDSON, MAASSEN &
        FITZGERALD, P.C.
        Counsel for Defendant Kane

        s/Kevin T. Fitzgerald
        ABA No. 8711085
        813 West Third Avenue
        Anchorage, AK  99501
        Fax: (907) 258-8751
        E-mail:
        kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/24/06,
a copy of the foregoing request
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Request for Hearing.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Request