Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT F. KANE, and<br>SECURITY AVIATION, INC.,<br><br>                    Defendants. | No. 3:06-cr-00022-01 JWS<br><br>[proposed] **ORDER GRANTING REQUEST FOR EVIDENTIARY HEARING ON MOTION TO SUPPRESS FRUITS OF UNCONSTITUTIONAL SEARCH OF ROBERT KANE'S PRIVATE RESIDENCE AND VEHICLE ON FEBRUARY 2, 2006** |

This matter, having come before the court upon defendant Kane's Request for Evidentiary Hearing on Motion to Suppress Fruits of Unconstitutional Search of Robert Kane's Private Residence and Vehicle on February 2, 2006, the court having reviewed any opposition thereto, and being fully advised,

IT IS ORDERED that an evidentiary hearing shall take place on _____, 2006, at the

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

Page 1 of 2

hour of _____ o'clock ____.m., before the undersigned in Courtroom _____.

DATED:_____

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

### CERTIFICATE OF SERVICE

I hereby certify that on 3/24/06,
a copy of the foregoing order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Order for Hearing.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order