IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER |
| | ) | REGARDING |
| vs. | ) | GOVERNMENT'S MOTION |
| | ) | TO UNSEAL SEARCH |
| ROBERT F. KANE, | ) | WARRANTS |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the non-opposed motion filed by the United States to un seal search warrants 3:06-mj-008-JDR, 3:06-mj-009-JDR, 3:06-mj-010-JDR, 3:06-mj-016-JDR, 3:06-mj-017-JDR, 3:06-mj-018-JDR, 3:06-mj-019-JDR, and 3:06, IT IS HEREBY ORDERED that the above-stated search warrants be unsealed.

IT IS SO ORDERED.

DATED this ____ day of _____, 2006, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE