# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. ROBERT F. KANE, et al

Case No. *03-06-cr-00022-JWS-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

## MINUTE ORDER FROM CHAMBERS

**RE:  Motion to Unseal Search Warrants, Docket No. 81**

Pursuant to the "Notice" filed at Docket No. 84, Counsel is directed to file any opposition to the government's motion filed at Docket No. 81, by the close of business this date. Accordingly, the Order entered at Docket No. 82 is hereby stayed until further order of this court.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

March 30, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00022-JWS-JDR KANE @81 MO Staying @82.wpd