Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00022-01 JWS |
| | ) | |
| Plaintiff, | ) | [proposed] |
| | ) | **ORDER GRANTING** |
| v. | ) | **MOTION TO MODIFY** |
| | ) | **DEFENDANT KANE'S** |
| ROBERT F. KANE, and | ) | **BAIL CONDITIONS** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter, having come before the court upon the Motion to Modify Defendant Kane's Bail Conditions, the court having reviewed any opposition thereto, and being fully advised,

IT IS ORDERED as follows:

_____

_____

_____

_____

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

Page 1 of 2

_____

_____.

       DATED: _____

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that on 3/30/06,
a copy of the foregoing order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\[proposed] Order Granting Motion to Modify Defendant Kane's Bail Conditions.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order