Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | **REQUEST FOR HEARING** |
| ) | **ON MOTION TO** |
| ROBERT F. KANE, and ) | **MODIFY DEFENDANT** |
| SECURITY AVIATION, INC., ) | **KANE'S BAIL CONDITIONS** |
| ) | |
| Defendants. ) | |
| _____ ) | |

Comes now defendant, Robert F. Kane, by and through undersigned counsel, and requests this court schedule a hearing on the Motion to Modify Defendant Kane's Bail Conditions, at the earliest possible time after the government's response is due.

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Request

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Dated at Anchorage, Alaska March 30, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant Kane


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/30/06,
a copy of the foregoing request
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Request for Hearing.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Request
Page 2 of 2