Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR HEARING** |
| v. | ) | **ON GOVERNMENT'S** |
| | ) | **MOTION TO UNSEAL** |
| ROBERT F. KANE, and | ) | **SEARCH WARRANTS** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

     Comes now defendant, Robert Kane, by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and requests a hearing on the Government's Motion to Unseal Search Warrants.

     Dated at Anchorage, Alaska March 30, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Request

```
                                    INGALDSON, MAASSEN &
                                    FITZGERALD, P.C.
                                    Counsel for Defendant Kane



                                    s/Kevin T. Fitzgerald
                                    ─────────────────────
                                    ABA No. 8711085
                                    813 West Third Avenue
                                    Anchorage, AK  99501
                                    Fax: (907) 258-8751
                                    E-mail:
                                    kevin@impc-law.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/30/06,
a copy of the foregoing request
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
─────────────────────
F:\W\3169-1\Pleadings Kane\Request for Hearing on Unsealing.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Request