Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:06-cr-00022-01 JWS |
|---|---|
| Plaintiff, | ) [proposed] |
| v. | ) **ORDER GRANTING** |
| | ) **REQUEST FOR HEARING ON** |
| | ) **GOVERNMENT'S MOTION** |
| ROBERT F. KANE, and | ) **TO UNSEAL** |
| SECURITY AVIATION, INC., | ) **SEARCH WARRANTS** |
| Defendants. | ) |

     This matter, having come before the court upon defendant Kane's Request for Hearing on Government's Motion to Unseal Search Warrants, the court having reviewed the opposition thereto, and being fully advised,

     IT IS ORDERED that a hearing is set to hear arguments in this matter on _____, 2006, at _____ o'clock ___.m. before the undersigned in Courtroom _____.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

DATED: _____

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/30/06,
a copy of the foregoing order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Order for Unseal Hearing.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

Page 2 of 2