**TABLE OF CONTENTS**

Exhibit 1    Discovery Protocol Agreement

Exhibit 2    Attorney Bundy's Copy Request

Exhibit 3    Receipt of Property Returned to Robert Bundy

Exhibit 4    Receipt of Property Returned to Robert Bundy

Exhibit 5    Receipt of Property Returned to Robert F. Kane

Exhibit 6    Receipt of Property Returned to Security Aviation

Exhibit 7    Receipt for Copies of Discovery - Fitzgerald & Stockler (7 pages)

Exhibit 8    Receipt for Copies of Discovery - Bundy (11 pages)

Exhibit 9    Copy of The Standard Aircraft Log

Exhibit 10   Report of Technical Examination by Earl L. Griffith II