**Discovery Protocol Agreement**

The United States is providing access to all material now in its possession seized by the United States during January 2006 from: (1) 3230 C Street, Anchorage, Alaska; (2) 801 E. Cope Industrial Way, Palmer, Alaska; (3) 6121 South Airpark Place, Anchorage, Alaska; (4) 6212 Magnaview Drive, Eagle River, Alaska; (5) the Chevrolet Tahoe, Alaska license plate ESS580; and (6) other Rule 16 discovery material in the possession of the United States to counsel for Robert F. Kane and to counsel for Security Aviation, Inc. for the purpose of inspection and copying. The United States is providing equal access to all material seized from the above-referenced locations simultaneously to counsel for both defendants in an effort to expedite the discovery process and with the understanding that each defendant waives any claim of privacy or privilege as to the other. The United States understands that any and all such waivers between the defendants consistent with this Agreement do not apply to the United States.

The United States is providing access to the above-referenced material at the United States Attorney's Office during the business week from the hours of 8:00 a.m. to 12:00 p.m. and 1:00 p.m. to 5:00 p.m. Jodi Bradison at the United States Attorney's Office will be the point of contact to schedule appointments within this time period. All reviews of the material by counsel for the defendants will be conducted in the presence of one or more representatives from the United States government. The review will be performed one inventory item at a time. The United States Attorney's Office will copy any documents marked for copying by the reviewers as quickly as possible at the defendants' expense at the established copy cost for discovery. Consistent with the policies of the United States Attorney's Office, all reviewers will be escorted at all times while in the United States Attorney's Office. All reviewers will not take any bags, brief cases, or other containers into the review room. All reviewers shall allow the monitors to check any papers or notepads _without reading them. RCB_ removed from the review room to ensure that no items of evidence are inadvertently removed from the review room. Laptop computers without scanners are permissible.

The undersigned counsel acknowledge and agree to the terms of this discovery protocol agreement on behalf of each indicated defendant.

_____          3/21/06
ROBERT BUNDY                       Date
Counsel for Security Aviation, Inc.

_____          3/21/06
PAUL STOCKLER                      Date
Counsel for Robert F. Kane

Exhibit __1__