SO. BI AIR PARK
ALL

{ 1, 2, 3, 5, 7, 10, 11, 12, 15, 16, 17, 18, 20, 22 & 23 }

~~Same ones crossed~~

WE CAN SEND THIS OVER ON CD
IT HAS BEEN SCANNED

C St - copy / copy

222 - all
221 - all
229 all
230 all
216 all
213 all
212 all

206 copy
205 all
204 "
20 "
198 "

113 - all
112 - part
110 - all
104 - all
103 - all
102 - part
99 - part
98 - all

187 - all
182 - part
174 - part
173 - all
162 - part
160 - all
154 - part
127 - copy all
125 - all
121 - all
#119 - missing
118 - no
112 - all

C Street

11 - Palmer
L-39C Albatross notebook

10 - 1 notebook

9 entire box
8 entire box

16 all     | BOX ?
22 part
24 all
25 all
26 part
27 part
32 part
35 part
38 all
#7
#6 ✓
#2
~~32 part~~

~~Plaintiff's~~ COPY REQUEST

Exhibit 2