FD-597 (Rev 8-11-94)                                                                                               Page _____ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __3/7/06__                                                          item(s) listed below were:
                                                                              ☐ Received From
Koni                                                                          ☒ Returned To
~~GOONIE~~ ELLSWORTH                                                          ☐ Released To
(Name) __Robert Bundy - 276-4557__                                            ☐ Seized
(Street Address) __1031 W. 4th Ave__
(City) __Anch__

Description of Item(s): _____

3230 C St.-Item 39-MCA Trust on "06" records; MCA Trust #1; MCA Accounts Payable E-2004

Exhibit __3__

Received By: __Koni Ellsworth__  3/3/06      Received From: _____ USAO
                (Signature)                                    (Signature)