-597 (Rev 8-11-94)

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 272D-AN-14342

On (date) 3/27/06

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

(Name) MICHELE DROEGE (REPRESENTATIVS OF SECURITY AVIATION, INC./RPS.)
OR AVERY + ASSOCIATES.

(Street Address) DORSEY & WHITNEY

(City) _____

Description of Item(s): THE FOLLOWING ITEMS WERE SEIZED FROM 3230 C. ST.,
ANCHORAGE, AK, ON 02/02-04/2006 PURSUANT TO A FEDERAL
SEARCH WARRANT AND ARE RETURNED:
1) EVIDENCE ITEM 100 (1B218) - SANDISK THUMB DRIVE;
2) EVIDENCE ITEM 158 (1B276) - SONY VAIO COMPUTER;
3) EVIDENCE ITEM 93 (1B211) - D2 POCKET PC;
4) EVIDENCE ITEM 105 (1B223) - RIM BLACKBERRY;
5) EVIDENCE ITEM 207 (1B324) - DELL DIMENSION XPS COMPUTER;
THE FOLLOWING ITEM WAS SEIZED FROM 6121 SOUTH AIRPARK PLACE,
ANCHORAGE, AK, ON 02/02/2006 PURSUANT TO A FEDERAL
SEARCH WARRANT AND IS RETURNED:
1) ITEM # 110 (1B460) - FLYBOOK COMPUTER;
the end.

Exhibit 6

Received By: _[signature]_ Michele Droege     Received From: _____
(Signature)                                   (Signature)