

The Standard
# AIRCRAFT LOG

ASA-SA-2

AirLog Imaging LLC
"Scanned 17 Jan 06"
LAST ENTRY

Exhibit 9