D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska 99501
Phone: (907) 274-3154
Fax:   (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
  and for KTUU-TV, Channel 2 News



IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>           Plaintiff,                 )<br>                                      )<br>v.                                    )<br>                                      )<br>ROBERT F. KANE, a/k/a                 )<br>"COMMANDER KANE," and                 )<br>SECURITY AVIATION, INC.,              )<br>                                      )<br>           Defendants.                )<br>_____) | Case No. 3:06-cr-00022-JWS-JDR<br><br><br><br><br><br>**ENTRY OF APPEARANCE** |

The undersigned, D. John McKay, of the Law Office of D. John McKay, hereby enters his appearance on behalf of interested party Anchorage Daily News, and requests that all further pleadings and correspondence concerning issues of public access to proceedings or records in this matter be directed to him at the address noted above.

//

//

//

LAW OFFICES OF D. JOHN MCKAY

Dated: March 30, 2006
      Anchorage, Alaska

   /s/ D. John McKay
D. John McKay, ABA No. 7811117
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, AK 99501
(907) 274-3154

Attorney for Defendant Anchorage Daily News, Inc.

-2-

U.S. v. Boehm, Case No. A04-003 CR (JWS)

Certificate of Service

The undersigned certifies that on the 31st of March, 2006,
a true and correct copy of this document was served on

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building, U.S. Courthouse
222 W. 7th Ave., #9, Rm 253
Anchorage, Alaska 99513-7567

Robert C. Bundy
Allen F. Clendaniel
Dorsey & Whitney, LLP
1031 W. Fourth Ave.
Anchorage, Alaska 99501-5907

James L. Kee
Kee, Archer, & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 W. 3rd Ave.
Anchorage, Alaska 99501

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.

By: /s/ D. John McKay
D. John McKay, ABA #7811117