DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
          james.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S REPLY** |
| | ) | **TO DEFENDANT'S** |
| vs. | ) | **OPPOSITION TO THE** |
| | ) | **MOTION TO UNSEAL** |
| ROBERT F. KANE, | ) | **SEARCH WARRANTS** |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | | **Filed on Shortened Time** |

COMES NOW the United States by and through counsel and files with the

Court its Reply to the Defendants' Opposition to the Motion to Unseal the Search

Warrants related to this case.

The government made it clear in the original motion that the defendants would be objecting to the unsealing of the search warrants. By clerical error not "false representation" did the proposed order contain the word "non-opposed." In fact, the government's motion laid out in some detail its contact with defense counsel and their opposition to the motion. The government regrets this clerical error and apologizes to the Court.

The oppositions filed by both defendants in this case present nothing that should affect the Court's decision to unseal. In many cases, the government files motions to unseal the search warrant under the sealed search warrant case itself, once the government has brought charges against the parties relating to the search and the investigation has ended. In such a situation, the motion is *ex parte* and the defendant has no opportunity to respond.

These search warrants and affidavits have been quoted extensively in the defendant's motions and are of public interest (See Docket 97 filed by the Anchorage Daily News and KTUU-TV). The government is spending a significant amount of time responding to these motions as they refer in an extensive way to matters under seal, and, in some ways, are not so subtle attempts to place into the public realm items and "explanations" as to the basis of the government's investigation. Again, the government is not responsible for this disclosure, this

was done by defendant election and, as indicated the government has no further investigative need for having the warrants sealed.

As to the government's remaining arguments, it adopts and relies on the points and authorities submitted at Docket 97 by members of the news media.

RESPECTFULLY SUBMITTED this 31st day of March, 2006 at Anchorage, Alaska

>DEBORAH M. SMITH
>United States Attorney
>
>s/ Steven. E. Skrocki
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: steven.skrocki@usdoj.gov
>
>s/ James Barkeley
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006
a copy of the foregoing was served
electronically on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
James Kee, & Paul Sockler.

s/ Steven E. Skrocki