Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO MODIFY** |
| | ) | **KANE'S BAIL CONDITIONS** |
| ROBERT F. KANE, and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Come now the respective parties, Robert Kane, and the United States government, by and through their respective counsel of record, and following Kane's motion to modify bail, have agreed to the following bail modifications: (1) the deletion of electronic monitoring, which has been approved by Pretrial Services Officer Chris Liedike; (2) that while curfew will remain 11:00 p.m through 8:00 a.m., it is subject to modification upon prior notice and approval of Pretrial Services; (3) the

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Stipulation
Page 1 of 3

geographic restriction is modified to allow Kane's travel to and overnighting in Eagle River and Whittier, upon prior notice and approval of Pretrial Services.

In the event the court orders the aforementioned modification, the hearing currently scheduled for Wednesday, April 5, 2006, will be vacated. The aforementioned modifications have been approved by Pretrial Services Officer Chris Liedike.

DEBORAH M. SMITH, Acting
United States Attorney

Dated:  3/31/06

[1]s/ Steven E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail:
    steven.skrocki@usdoj.gov

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant Kane

Dated:  3/31/06

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

---

[1] On March 31, Fitzgerald read the stipulation to Skrocki, who approved the content and form.

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Stipulation

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

CERTIFICATE OF SERVICE

I hereby certify that on 3/31/06,
a copy of the foregoing Stipulation
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Stipulation to Modify Bail.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Stipulation