Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [proposed] **ORDER GRANTING** |
| | ) | **STIPULATION TO MODIFY** |
| ROBERT F. KANE, and | ) | **KANE'S BAIL CONDITIONS** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter, having come before the court upon the Stipulation to Modify Kane's Bail Conditions, the court having reviewed any opposition thereto and being fully advised,

IT IS ORDERED that Mr. Kane's bail conditions are modified as follows: (1) electronic monitoring is deleted; (2) while curfew will remain 11:00 p.m. to 8:00 a.m., it is subject to modification upon prior notice and approval of Pretrial Services; (3) geographic restriction is modified

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

to allow Kane's travel to and overnighting in Eagle River and Whittier, upon prior notice and approval of Pretrial Services. All other conditions of bail remain in effect.

DATED: _____

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/31/06,
a copy of the foregoing Order was
served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Order on Stipulation.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order