FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

## CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

    (Describe the person(s), place(s), or thing(s) to be searched.)

    *My residence, 6212 Magna Villa Drive, Eagle River, Alaska.*

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

_02/02/2006_
Date

Witness

Signature

EXHIBIT __1__
page __1__ of __1__