PD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/03/2006

ROBERT FRAZIER KANE, date of birth October 18, 1968, was arrested without incident in the garage of his residence at 6212 Magnaview Drive, Eagle River, Alaska (AK) pursuant to a Federal arrest warrant issued on February 1, 2006, by the U.S. District Court for the District of AK, based on a complaint charging him with violation of Title 26 U.S. Code, Sections 5861(d) and 5871, to wit, knowingly receiving and possessing an unregistered rocket pod/launchers. Supervisory Special Agent Mark A. Van Balen identified himself and advised Kane of the nature of the offense. SSA Van Balen explained that Kane would be advised of his rights and details of the charges after he was transported to the Federal Bureau of Investigation (FBI) Field Office, Anchorage, AK. Kane repeatedly asked why he was being charged with possession of something that he did not have in his possession. SSA Van Balen again told Kane that we would not talk about this now and he would be given the opportunity to clear things up when he met with the Case Agent in Anchorage.

Kane agreed to let the arresting Agents enter his residence so they could all stay warm. He admitted to having several firearms inside the residence. Upon entering, Kane instructed his wife, Karen Gamalinda Kane, to call several persons to inform them of his arrest, to include Mark Avery, Mike Farrel, Mark Pinto and Bob Coffin.

Shortly thereafter, Karen G. Kane advised that Mark Avery, Kane's attorney was on the phone. She was advised Kane could not talk to him at this time. Kane asked if he was the only one being arrested today and charged. SSA Van Balen said yes and Kane seemed surprised and asked, "Really? Just me? I'm the only one?"

Prior to being transported from the residence, Kane asked SSA Van Balen if FBI Headquarters was aware of what was happening today. SSA Van Balen said they were. Kane then asked, "Are you sure?". SSA Van Balen replied, "Yes".

At 7:38 a.m., SSA Van Balen and SA John Eckstein asked Kane for consent to search his residence. Kane stated he had nothing in his house he was not supposed to have, and he subsequently gave SSA Van Balen and SA Eckstein verbal consent

Investigation on  02/02/2006   at  Eagle River, AK

File # 272D-AN-14342-302-36                    Date dictated  02/03/2006
       SSA Mark A. Van Balen
by     SA John Eckstein

EXHIBIT 2
page 1 of 2

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302a (Rev. 10-6-95)

272D-AN-14342-302

Continuation of FD-302 of __ROBERT FRAZIER KANE__ , On __02/02/2006__ , Page __2__

to search his residence. Kane also asked that he be allowed to notify his wife that law enforcement officers were going to search their home. SSA Van Balen and SA Eckstein agreed to allow Kane to speak with his wife before he was transported to the FBI office. SA Eckstein accompanied Kane inside the house, where Kane informed his wife that he gave permission to the agents to search their home. Kane then requested Bob Coffin be called.

  At 8:43 a.m., Sergeant Ken Spadafor and Officer Michael Wisel, Anchorage, AK Police Department (APD) transported Kane to the FBI Field Office at Anchorage, arriving at 9:02 a.m. Prior to his being transported, the APD Officers searched Kane again and re-handcuffed him.

EXHIBIT __2__
page __2__ of __2__

TOTAL P.03