FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/07/2006

On February 2, 2006, a search was conducted of the residence located at 6212 Magnaview Drive, Eagle River, Alaska, pursuant to consent granted by Maria Karen G. Kane. Federal Air Marshal (FAM) Clapp was assigned as a member of the search team.

During the course of the search, FAM Clapp discovered several items subsequently listed in the Receipt for Property Received. FAM Clapp also questioned Maria Kane about specific items discovered at the residence being searched, including Bail Enforcement credentials and badges, law enforcement agency uniform items and insignia, military awards and insignia, documents an photographs of terrorist organization members (specifically the Moro Islamic Liberation Front and Usama bin Laden), documents concerning real estate transactions on the Philippino island of Mandanao, and an Italian "Permisso di Sorgiorno" in the name of Robert Kane.

When asked about the Bail Enforcement credentials, Maria Kane stated her husband, Robert Kane, used to work in Nevada as a bail enforcement officer. Maria Kane stated neither she, nor her husband owned property in the Philipipnes and did not know why there were real estate documents in the home. Maria Kane stated Robert Kane may have been hunting terrorists in the Philippines at the behest of the American government, and that this could explain the presence of the photographs of terrorist organization members. Maria Kane stated Robert Kane once discovered counterfeit United States currency in the Philippines and turned the currency over to the United States government. Maria Kane frequently stated that Robert Kane worked in a secret capacity for the United States government, and that she knew that, if things went wrong, the government would deny Robert Kane's employment.

Military decorations discovered included a Kuwait Liberation Medal-Kuwait, Kuwait Liberation Medal-Saudi Arabia, National Defense Service Medal, Navy Distinguished Service Medal, Navy Cross, and a Purple Heart. Also discovered was a photograph of Robert Kane in a Philippine Coast Guard Auxiliary dress uniform. Attached to the uniform were military ribbons representing the above mentioned United States decorations, as well as a Combat Action Ribbon, Navy Qualification Ribbons, a

Investigation on    02/07/2006    at    Anchorage, Alaska

ile #   272D-AN-14342                              Date dictated

by    Federal Air Marshal Shawn C. Clapp

EXHIBIT 3
page 1 of 2

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302a (Rev. 10-6-95)

272D-AN-14342

Continuation of FD-302 of _____ , On 02/07/2006 , Page    2

Sea Service Deployment Ribbon, Combat Action Ribbon, Navy
Achievement Medal, Legion of Merit, and a Navy Good Conduct
Medal. Also discovered in the residence was a Philippine Coast
Guard Auxiliary dress uniform hat similar to the hat worn by
Robert Kane in the photograph.

Discovered in the residence was a photocopy of a
newspaper article describing a visit by Robert Kane to the
Philippino island of Mandanao.  In this article, Robert Kane was
referred to as a Commander in the United States Navy, who was in
the Philippines to provide counter terrorist training to the
Mandanao Police.  The article featured a photograph of Robert
Kane giving a raid vest to the Director of the Mandanao Police
Agency.  A similar raid vest, with identical markings was also
discovered in the residence.

Immediately prior to leaving the residence, FAM Clapp
discovered a black, ballistic nylon, bag sitting on a chair with
a jacket hanging on the back of the chair.  Inside the bag, FAM
Clapp discovered two envelopes, one containing $16,400.00 and
another containing $1,700.00.  Also in the bag were two United
States passports(one expired)in Robert Kane's name, and several
bank cards that appeared to belong to foreign banks. There were
also several manilla folders with various intelligence agency
logos printed on them.  All of the folders had the words "Top
Secret" written on them.  Some of the agencies printed on the
manilla folders included: the Central Intelligence Agency, MI-6,
and the United Nations.  The jacket contained another envelope
with $3,900.00 in United States currency.

EXHIBIT 3
page 2 of 2