FD-597 (Rev 8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 2720-AN-14317

On (date) FEBRUARY 2, 2006

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) Maria Isaven 6 Kane

(Street Address) 6212 Magnuvium Dr

(City) Eagle Run, AK

**Description of Item(s):**

Item 53 Flybook computer w/cables   Ser# A303051005093
Item 54 Seagate 100 GB harddrive   Ser# 3LG01LTV
Item 55 Sony case with 7 memory sticks
Item 56 Wallet with credit cards & FBI SWAT coin (LV)
Item 57 Flash memory cards (2 cards - 1 Lexar jumpdrive)
Item 58 Misc paperwork & "Top Secret" files — misc. paperwork includes Certificate of Documentation for a vessel; Boat Registration application; (1) CD dated 9/21/05 for an L-39 & 6□; Fed-Ex slip to Robert Coffin dated 4/2/02; (4) folders labeled MI-6, some containing documents; (2) folders marked w/ CIA Seal; (1) folder marked National Intelligence Agency; (2) folders marked UN; (1) folder containing a case report on Pedro Prado; (1) folder containing flight information for Doug Lewis & Robert Kane

Received By: _(Signature)_

Received From: _(Signature)_

EXHIBIT 4
page 1 of 1