FD-597 (Rev 8-11-94)                                                                              Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 272D-AN-14342

On (date) 2/2/2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) MARIA KAREN G. KANE
(Street Address) 6212 MAGNAVIEW DR
(City) EAGLE RIVER, AK

Description of Item(s):

ITEM 59: $3,900.00 US CURRENCY
ITEM 60: $16,400.00 U.S. CURRENCY
ITEM 61: $1,700.00 U.S. CURRENCY

Received By: _____ (Signature)
Received From: _____ (Signature)

EXHIBIT 5
page 1 of 1