FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 272D-AN-1v312

On (date) 2/2/06

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Black Tahoe - Registered to RPS - Ak license ESS580
(Street Address) 6212 Mesnview DR.
(City) Eagle River, AK

Description of Item(s): (1) Fugitive Recovery Agent Badge; (1) black leather license holder containing an international driver's license in name of Robert Frestin Kane; Wells Fargo account summary info; RPS invoice; misc. documents regarding firearms purchase prices; (1) card from Alaska Regional w/ writing on back; (1) Garmin IQue 3600A palm pilot; wiring information for Avery and Associates; (1) business card from Ak Regional; (1) Sony Laptop computer model # PCG4C1L.

Received By: _____ (Signature)
Received From: _____ (Signature)

EXHIBIT 6
page 1 of 1