FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription   02/13/2006

On February 2, 2006, a search was conducted at 6212 Magnaview Drive, Eagle River, Alaska, based on consent provided by both Robert Kane and Karen Kane. Later in the day, search warrant 3:06-mj-019-JDR, issued by the United States District Court and signed by US Magistrate Judge John D. Roberts was obtained for the same location. The following personnel were present during all or part of the search:

- Special Agent (SA) John Eckstein (JE), Federal Bureau of Investigation (FBI), Team Leader
- SA Eric Schwalber (ETS), FBI, Evidence Custodian
- Investigative Analyst (IA) Charles Klapper (CK), (FBI), Photographer
- SA Doug McAllister (DM), FBI, Sketcher/Searcher
- SA John Gerardo (JG), Bureau of Immigration and Customs Enforcement (BICE), Searcher/Interviewer
- Financial Analyst (FA) Kim Pelfry-Borgan (KP), FBI, Computer Input/Searcher
- SA Maureen O'Connell (MO), FBI, Assistant Team Leader
- SA Pete McCole (PM), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Searcher/Firearms
- FAM Shawn Clapp (SC), Federal Air Marshal Service, Co-Case Agent
- SA Sue Borrego (SMB), FBI, Searcher

The following Seattle FBI SWAT team members assisted in the search of the garage and vehicles as well as provided scene security: SA's Alan Distaja, David Hecht, Paul Simpson, Daryl Allison, Bertram R. Farries, T.J. Appleton, Cory Cole.

Computer Analysis Response Team Forensic Examiner/Special Agent Tim Kroupa, FBI, assisted with computers and related equipment at the scene.

A log of all personnel present during the search and all significant events that occurred during the search was kept

Investigation on   2/2/2006   at   Eagle River, Alaska

File # 272D-AN-14342-SEARCH                           Date dictated   2/13/2006
       SA Eric T. Schwalber
by     SA John Eckstein

EXHIBIT 7
page 1 of 9

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302a (Rev. 10-6-95)

272D-AN-14342-SEARCH

Continuation of FD-302 of _____, On 2/2/2006 , Page 2

by FA Kim Pelfry-Borgan and SA Schwalber and is maintained in the 1A section of this file. Following is a chronology of pertinent events that occurred during the search and the approximate time of each event:

| TIME | EVENT |
|---|---|
| 8:20 AM | Approx time initiation of search |
| 8:21 AM | Klapper, McAllister, Pelfry-Borgan en route |
| 8:30 AM | Approx - Klapper, McAllister, Pelfry-Borgan arrive on scene |
| 8:53 AM | The following constitute the search personnel now on scene: John Gerardo, Eric Schwalber, Shawn Clapp, Sue Borrego, Charles Klapper, Maureen O'Connell, Stefanie Vetter, Kim Pelfry-Borgan, Doug McAllister, John Eckstein |
| 9:03 AM | McAllister sketching location |
| 9:05 AM | Klapper - entry photos |
| 9:08 AM | Paul G. Simpson, FBI, on scene |
| 9:15 AM | Simpson exits |
| 9:23 AM | Attorney Michael Spaan leaves phone message that he is representing Robert Kane. |
| 9:55 AM | Pete McCole, ATF - on scene |
| 10:05 AM | Pelfry-Borgan leaves scene |
| 10:35 AM | Simpson - in |
| 10:42 AM | Simpson - out |
| 11:25 AM | McCole - out |
| 11:35 AM | Pelfry-Borgan and Tim Kroupa, FBI, - in |
| 11:35 AM | Searching garage and vehicles (Seattle SWAT team members): Alan Distaja, David Hecht, Paul Simpson, Daryl Allison, Bertram R. Farries, T.J. Appleton, Cory Cole. Photographs of Mercedes and Tahoe taken by IA Klapper. |
| 2:00 PM | Maureen O'Connell and Doug McAllister- out |
| 2:45 PM | John Gerardo and Stefanie Vetter - out |
| 3:03 PM | Matt Campe - out |
| 4:12 PM | Robert Kane called and spoke by phone with Karen Kane |
| 4:25 PM | C. Klapper begins exit photos |
| 4:45 PM | Mark Avery called and spoke with Karen Kane by phone |
| 5:10 PM | Mark Avery called and spoke with Karen Kane by phone |
| 5:15 PM | Located black luggage bag on kitchen chair |

EXHIBIT 7
page 2 of 9

FD-302a (Rev. 10-6-95)

272D-AN-14342-SEARCH

Continuation of FD-302 of _____, On 2/2/2006 , Page 3

| Time | Event |
|---|---|
| 5:47 PM | Ryan Doherty called and left message for Karen Kane. He said Mike Spaan told him to call. |
| 6:03 PM | Jennifer Avery called for Karen Kane |
| 6:15 PM | Borrego and Clapp out |
| 6:50 PM | Eckstein, Schwalber, Pelfry-Borgan exit home. Klapper finishes exit photos and exits. |
| 6:50 PM | 6:50 PM to 8:55 PM - Schwalber, Eckstein, Borrego remain in vehicles in driveway |
| 7:30 PM | Borrego returns |
| 8:55 PM | Eckstein, Schwalber, Borrego reenter house |
| 9:38 PM | Begin Tahoe vehicle search - Eckstein, Schwalber, Borrego |
| 10:05 PM | SA Mike Skinner, FBI, arrives and assists in checking the weapons in the Tahoe. |
| 10:20 PM | SA Matt Campe arrives |
| 10:30 PM | SA Bertram Farries, FBI, arrives |
| 10:45 PM | SA Farries departs |
| 10:54 PM | SA Eckstein reviews all warrants and receipts with Karen Kane |
| 11:00 PM | Photos of warrants and receipts on counter |
| 11:05 PM | All agents clear of the scene, scene left in custody of Karen Kane |

IA Klapper took photographs of the location before and after the search and of all items of evidence seized. Upon return to the Anchorage FBI office, IA Klapper copied the photographs directly from the 512 MB flash card to a CD-R using an Apacer Portable CD burner. The original CD-R was marked "Original" and sealed in a 1A envelope and the duplicate was marked as such and placed in a second 1A envelope attached thereto. The original CD-R and copy are maintained in the 1A section of this case file. A sketch of the location was completed by SA McAllister and is maintained in the 1A section of this file. FA Pelfry-Borgan and SA Schwalber prepared an inventory and descriptive log of all items taken from the residence. An Evidence Recovery Log is maintained in the 1A section of this file.

The following is a description of the items seized:

EXHIBIT 7
page 3 of 9

FD-302a (Rev. 10-6-95)

272D-AN-14342-SEARCH

Continuation of FD-302 of _____, On  2/2/2006  , Page   4

| ITEM # | DESCRIPTION | LOCATION | RECOVERED BY | ALTERNATE |
|---|---|---|---|---|
| 1 | Filipino Government Documents | Main compartment, armoire in gun room | SC | ETS |
| 2 | Filipino Government Documents | Main compartment armoire in gun room | SC | ETS |
| 3 | Philippine Coast Guard Auxiliary App & Resume | Left side cabinet - Desk office | SMB | ETS |
| 4 | Security Aviation memo & invoice dated 12/12/05 | Briefcase on desk - office | SMB | ETS |
| 5 | Photo, Robert Kane (Philippine Coast Guard Aux Uniform) | Left Cabinet Desk - Office | SMB | ETS |
| 6 | Philippine Nat'l ID Certificates of appreciation in name variation | Right side cabinet - desk - office | JG | ETS |
| 7 | Memorandum of understanding by Stewart Koral agreement between Cecilia M Glassmeyer anf ASUSI. Fax memo between Admiral Loral and Capt Robert Kane | Right side cabinet - desk/office | JG | ETS |
| 8 | Letters dated 7/15/03, re Int'l trng (incl FBI) | Left cabinet, desk office | SMB | ETS |
| 9 | Pink folder containing misc. Philippine docs & photos | Left cabinet, desk, office | SMB | ETS |
| 10 | Jan Mallory ASAC business card with recorder | Desk right cabinet desk/office | JG | ETS |
| 11 | International Driving document for Robert Kane. International | Desk right cabinet | JG | ETS |

EXHIBIT  7
page  4  of  9

FD-302a (Rev. 10-6-95)

272D-AN-14342-SEARCH

Continuation of FD-302 of _____, On 2/2/2006 , Page 5

| # | Item | Location | | |
|---|---|---|---|---|
| | driving permit | | | |
| 12 | Itinerary/Flight information from Anchorage to the Bahamas. Receipt for Wyndham Nassau Resort in Bahamas | Desk right cabinet | JG | ETS |
| 13 | Greek Passport (M836150) with the photograph of Maria Karen Kane | Desk right cabinet - desk/office | JG | ETS |
| 14 | Letter from congregation B'nai Shalom Alex Sefre paper with international numbers. List of house addresses on yellow pad James L Dozier @ customs.treas.gov on yellow pad | On desk - desk/office | JG | ETS |
| 15 | American network paperwork fuel requirement agreement sales contract promissory note, security aviation inc. paperwork. Copy of a check for $6000 USD | Desk right cabinet desk/office | JG | ETS |
| 16 | Dog tags name R F Kane | Top right drawer/ tall dresser/master bedroom | ETS | ETS |
| 17 | U.S. military medals/Civil Air Patrol ID card Name: Robert F Kane | Top right drawer/tall dresser/master bedroom | ETS | ETS |
| 18 | Fugitive recovery agent/bail enforcement agent - badges/cred | Top right drawer/tall/dresser /master bedroom | ETS | ETS |
| 19 | Bruce's custom | Top right | ETS | ETS |

EXHIBIT 7
page 5 of 9

FD-302a (Rev. 10-6-95)

272D-AN-14342-SEARCH

Continuation of FD-302 of _____, On 2/2/2006 , Page 6

| | | | | |
|---|---|---|---|---|
| | covers packing slip | drawer/tall dresser/master bedroom | | |
| 20 | Philippine Bank statements in manilla folder | In briefcase, on workbench in garage | SC | ETS |
| 21 | Manilla envelope w/Brandness, Brandness & Rudd, PC and E911 paperwork | Workbench in garage | SC | ETS |
| 22 | Blue folder with Italian Visa documentation name of Kane | Workbench in garage | SC | ETS |
| 23 | Black nylon folder/binder w/info re Fitzoil, contracts, emails, paperwork from UAE | Workbench in garage | SC | ETS |
| 24 | Paper notes/envelope w/handwritten phone numbers | Black briefcase #2, garage floor | SC | ETS |
| 25 | Registration for Mercedes | Glove box, Mercedes, garage | SC | ETS |
| 26 | Plastic bag containing receipts (personal) | Bookshelf in kitchen | SMB | ETS |
| 27 | Manilla envelope containing receipts | Bookshelf in kitchen | SMB | ETS |
| 28 | Security Aviation Prospectus | Plastic drawer box under shelf in kitchen | SMB | ETS |
| 29 | Manilla file folder with Mercedes sale information | Black Mercedes in garage - back seat | SC | ETS |
| 30 | Black calendar book w/addresses and phone numbers. Memo re application for employment from | Black handbag in garage | SC | ETS |

EXHIBIT 7
page 6 of 9

FD-302a (Rev. 10-6-95)

272D-AN-14342-SEARCH

Continuation of FD-302 of _____, On  2/2/2006  , Page  7  

|    |    |    |    |    |
|----|----|----|----|----|
|    | NSA, receipt from USCS for $6000 BA Savings bank debit |    |    |    |
| 31 | Fax - bill of sale 7/26/01 for Robert Kane purchase 45 handgun - 12 gauge shotgun and 223 cal 5.56 | Left cabinet, desk office | SMB | ETS |
| 32 | Misc documents re Kane ID, Philippine Coast Gd | Armoire outside master bedroom | SMB | ETS |
| 33 | 2 letters (atty James Lee) re Robt Kanes assoc with FBI | Armoire outside master bedroom | SMB | ETS |
| 34 | Terrorism related documents | Black duffle bag in garage | SC | ETS |
| 35 | Black file binder financial documents | Black duffel bag in garage | SC | ETS |
| 36 | Financial documents Re: Kane | Black duffel bag in garage | SC | ETS |
| 37 | Wire transfer receipts - Western Union wire traqnsfer receipts - in the name of Robert Kane. Misc Philippine receipts | Side pocket of black fanny pack - master bedroom | JE | ETS |
| 38 | (1) silencer - black in color - with threaded end for .45 cal semi-auto | Black duffel bag in gun room off master bedroon | PM | ETS |
| 39 | Law enforcement agency t-shirts | Master bedroom closet | SC | ETS |
| 40 | Plastic bag containing law enforcement patches | Armoire, outside master bedroom | SC | ETS |
| 41 | Dark blue police raid jacket and pants and fugitive recovery raid jacket | Armoire in gun room | SC | ETS |

EXHIBIT 7
page 7 of 9

FD-302a (Rev. 10-6-95)

272D-AN-14342-SEARCH

Continuation of FD-302 of _____ , On 2/2/2006 , Page 8

| # | Item | Location | Collected by | Given to |
|---|------|----------|------|------|
| 42 | Las Vegas FBI sweatshirt | Armoire outside master bedroom | SC | ETS |
| 43 | Philippine Coast Guard auxillary cap | Master bedroom | JE | ETS |
| 44 | HP Pavilion 700 serial number MX15163297 | First floor office | SMB | ETS |
| 45 | H&K 40 cal semi-automatic handgun serial number 22-088051 and one magazine. | Armoire outside master bedroom | PM | JE |
| 46 | DELL MODEL # DCTR Serial number JTGOV61 | Main floor bedroom | SMB | ETS |
| 47 | Ammunition - 40 cal smith & wesson-13 rounds | In magazine from 40 cal H & K | PM | JE |
| 48 | White - Apple I book G4 | Kithcen desk | SMB | ETS |
| 49 | Apple power book G4 - silver in color | Family room - upstairs | SMB | ETS |
| 50 | SONY Vaio laptop - found in poor condition | Downstairs family room | SMB | ETS |
| 51 | SONY VAIO mini tower - model PCV L629 | Family room - downstairs | SMB | ETS |
| 52 | Lifeguard Alaska transport information sheets dated 2003 - 2005 | Main floor bedroom | JE | ETS |
| 53 | Flybook computer with cables, serial # A303051005093 | In black luggage bag on kitchen chair at the counter | SC | ETS |
| 54 | Seagate 100 GB hard drive, serial # 3LG01LTV | In black luggage bag on kitchen chair at counter | SC | ETS |
| 55 | Sony case with 7 memory sticks | In black luggage bag on kitchen chair at counter | SC | ETS |
| 56 | Wallet with credit | In black luggage | SC | ETS |

EXHIBIT 7
page 8 of 9

FD-302a (Rev. 10-6-95)

272D-AN-14342-SEARCH

Continuation of FD-302 of _____ , On 2/2/2006 , Page 9

| | | | | |
|---|---|---|---|---|
| | cards and FBI SWAT coin | bag on kitchen chair at the counter | | |
| 57 | Flash memory cards | In black luggage bag on kitchen chair at counter | SC | ETS |
| 58 | Miscellaneous paperwork and "top secret" files | In black luggage bag on kitchen chair at the counter | SC | ETS |
| 59 | Cash $3,900.00 US currency | Inner jacket pocket, jacket hanging on kitchen chair at counter | JE | ETS |
| 60 | Cash $16,400.00 US currency | In black luggage bag on kitchen chair at counter | JE | ETS |
| 61 | Cash $1,700.00 US currency | In black luggage bag on kitchen chair at counter | JE | ETS |

At the conclusion of the search of the black Chevrolet Tahoe, Alaska license ESS-580 (addressed in a separate FD-302), the search warrants, attachments and copies of the Receipts for Property Seized were left on the kitchen counter and photographed in place. SA Eckstein reviewed the receipt for items 1 through 58 with Karen Kane at the conclusion of the consent search. After the warrant for the residence was issued, SA Eckstein reviewed the receipt for items 59 through 61. At the conclusion of the execution of the search warrant issued for the Tahoe, SA Eckstein reviewed both of the warrants with Karen Kane. SA Eckstein reiterated with Karen Kane on more than one occasion during the consent period of the search that her consent was purely voluntary, that the searching agents were conducting the search with her permission and that she was free to move around the residence and conduct her business. The residence was left in the custody of Karen Kane with all personnel clear at 11:05 PM.

EXHIBIT 7
page 9 of 9