Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendant Kane

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.: 3:06-cr-00022-01  JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT ROBERT F. KANE'S** |
| ) | **REQUEST FOR HEARING ON MOTION** |
| ROBERT F. KANE, and ) | **TO DISMISS INDICTMENT** |
| SECURITY AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |

COMES NOW, the Defendant, ROBERT F. KANE, by and through his attorney of record, Paul D. Stockler, and requests this court schedule a hearing on the Motion to Dismiss Indictment at the earliest possible time.

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

DATED this 4th day of April, 2006 at Anchorage, Alaska.

LAW OFFICE OF PAUL D. STOCKLER
Counsel for Defendant Kane

By: s/ Paul D. Stockler
      1309 W. 16th Avenue
      Anchorage, Alaska  99501
      Phone: (907) 277-8564
      Fax: (907) 272-4877
      E-mail: paulstockler@aol.com
      Alaska Bar No.: 8606032

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day
of April, 2006, a true and correct
copy of the foregoing document was
served electronically on the following:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan
James L. Kee
Kevin T. Fitzgerald
Robert C. Bundy
Allen F. Clendaniel

s/ Paul D. Stockler

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877