Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendant Kane

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | NO.: 3:06-cr-00022-01  JWS |
| **Plaintiff,** ) | |
| ) | |
| v. ) | [PROPOSED] ORDER GRANTING |
| ) | DEFENDANT ROBERT F. KANE'S |
| **ROBERT F. KANE, and** ) | REQUEST FOR HEARING ON MOTION |
| **SECURITY AVIATION, INC.,** ) | TO DISMISS INDICTMENT |
| ) | |
| **Defendants.** ) | |

   This matter, having come before court upon defendant Robert F. Kane's Request for Hearing on Motion to Dismiss Indictment, the court having reviewed any opposition thereto, and being fully advised,

   IT IS ORDERED that a hearing shall take place on the _____ day of _____, 2006, at the hour of _____, before the undersigned in Courtroom _____.

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

DATED this _____ day of _____, 2006.

_____
The Honorable John D. Roberts
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan
James L. Kee
Kevin T. Fitzgerald
Robert C. Bundy
Allen F. Clendaniel

s/ Paul D. Stockler

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877