**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff,<br>vs.<br><br>ROBERT F. KANE,<br>SECURITY AVIATION, INC.,<br><br>                Defendants. | 3:06-cr-00022-01-JWS-JDR<br><br>**ORDER  REGARDING STIPULATION  TO  MODIFY DEFENDANT  KANE'S  BAIL CONDITIONS**<br><br>(Docket No. 86) |

This matter, having come before the court upon the Stipulation to Modify Kane's Bail Conditions, the court having reviewed any opposition thereto and being fully advised,

IT IS ORDERED that Mr. Kane's bail conditions are modified as follows: (1) electronic monitoring is deleted; (2) while curfew will remain 11:00 p.m. to

8:00 a.m., it is subject to modification upon prior notice and approval of Pretrial Services; (3) geographic restriction is modified to allow Kane's travel to and overnighting in Eagle River and Whittier, upon prior notice and approval of Pretrial Services. All other conditions of bail remain in effect.

IT IS FURTHER ORDERED that the **hearing** on defendant's motion to modify conditions of bail scheduled for April 5, 2006 at 3:30 p.m. is hereby **vacated**.

DATED this   5th   day of April, 2006, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge

3-06-cr-00022-01-JWS-JDR KANE @86 Order Modifying Bail Conditions.wpd

2

Order @86 Modifying Conditions of Bail & Vacating Bail Hearing
3-06-cr-00022-01-JWS-JDR          Signed by Judge John D. Roberts          04/05/2006; Page 2 of 2