Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com


Counsel for Defendant Kane


### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO.: 3:06-cr-00022-01  JWS |
| Plaintiff, | ) |
| | ) |
| v. | ) **DEFENDANT ROBERT F. KANE'S** |
| | ) **MOTION TO JOIN DEFENDANT** |
| ROBERT F. KANE, and | ) **SECURITY AVIATION'S MOTION** |
| SECURITY AVIATION, INC., | ) **TO CONTINUE EVIDENTIARY** |
| | ) **HEARING** |
| Defendants. | ) |
| | ) |

     COMES NOW, the Defendant, ROBERT F. KANE, by and through
his attorney of record, Paul D. Stockler, and joins the Motion
to Continue Evidentiary Hearing filed by Defendant Security
Aviation.

     The basis for this motion is two-fold.  First, as clearly
described in Defendant Security Aviation's Motion to Continue
Evidentiary Hearing, although the court has previously ordered
the government to produce <u>Brady</u> material "as soon as
practicable," the government has failed to fully comply.
Second, for the reasons outlined in the attached Affidavit of

USA v. Kane, et al.
Motion to Join Motion to Continue Evidentiary Hearing

3:06-cr-00022-01  JWS
Page 1 of 3

1   Counsel, undersigned counsel for Defendant Robert F. Kane has a

2   scheduling conflict with the date set for the evidentiary

3   hearing.  Counsel is scheduled to be in Seattle, Washington

4   defending his insured's deposition on April 18, 2006 with

5   additional witness depositions on April 19 and 20, 2006 in a

6   Superior Court case captioned <u>Brown v. Currey, et al.</u>, case no.

7   3AN-04-7003 CI.   The aforementioned depositions have been

8   scheduled and rescheduled numerous times and opposing counsel,

9   Donna McCready, has indicated that she will not agree to any

10  additional rescheduling.

        DATED this 11th day of April, 2006 at Anchorage, Alaska.

11
12                              LAW OFFICE OF PAUL D. STOCKLER
                                Counsel for Defendant Kane
13
                                By: s/ Paul D. Stockler
14                                  1309 W. 16th Avenue
                                    Anchorage, Alaska  99501
15                                  Phone: (907) 277-8564
                                    Fax: (907) 272-4877
16                                  E-mail: paulstockler@aol.com
                                    Alaska Bar No.: 8606032
17
18
19
20  //
21
22
23
24
25
26

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day
of April, 2006, a true and correct
copy of the foregoing document was
served electronically on the following:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan
James L. Kee
Kevin T. Fitzgerald
Robert C. Bundy
Allen F. Clendaniel

s/ Paul D. Stockler

**Law Office of Paul D. Stockler**
1309 W. 16ᵗʰ Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

USA v. Kane, et al.
Motion to Join Motion to Continue Evidentiary Hearing

3:06-cr-00022-01  JWS
Page 3 of 3