Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendant Kane

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     )  | |
|                                   )  | NO.: 3:06-cr-00022-01  JWS |
|           **Plaintiff,**          )  | |
|                                   )  | |
|      v.                           )  | **[PROPOSED] ORDER GRANTING** |
|                                   )  | **DEFENDANT ROBERT F. KANE'S** |
| **ROBERT F. KANE, and**           )  | **MOTION TO JOIN AND CONTINUING** |
| **SECURITY AVIATION, INC.,**      )  | **EVIDENTIARY HEARING** |
|                                   )  | |
|           **Defendants.**         )  | |
| _____)  | |

    This matter, having come before the court upon Defendant Robert F. Kane's Motion to Join Defendant Security Aviation's Motion to Continue Evidentiary Hearing, the court having reviewed any opposition thereto, and being fully advised,

    IT IS ORDERED that Defendant's Motion to Join is GRANTED and the hearing is continued until the _____ day of _____, 2006, at the hour of _____, before the undersigned in Courtroom _____.

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

DATED this _____ day of _____, 2006.

_____
The Honorable John D. Roberts
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan
James L. Kee
Kevin T. Fitzgerald
Robert C. Bundy
Allen F. Clendaniel

s/ Paul D. Stockler

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877