Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com


Counsel for Defendant Kane

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **NO.: 3:06-cr-00022-01  JWS** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **AFFIDAVIT OF PAUL D. STOCKLER** |
| | ) **IN SUPPORT OF DEFENDANT ROBERT** |
| **ROBERT F. KANE, and** | ) **F. KANE'S MOTION TO JOIN** |
| **SECURITY AVIATION, INC.,** | ) **DEFENDANT SECURITY AVIATION'S** |
| | ) **MOTION TO CONTINUE EVIDENTIARY** |
| **Defendants.** | ) **HEARING** |
| ———————————————————— | ) |

STATE OF ALASKA        )
                       ) ss:
THIRD JUDICIAL DISTRICT )

    Paul  D.  Stockler,  being  first  duly  sworn,  deposes  and
states:

    1.   I am counsel for Robert F. Kane in the above-captioned
matter.

    2.   I am scheduled to be in Seattle, Washington defending
my client a deposition on April 18, 2006 with additional witness
depositions on April 19 and 20, 2006 in a Superior Court case.
The  aforementioned  depositions  have  been  scheduled  and

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

rescheduled numerous times and opposing counsel, Donna McCready, has indicated that she will not agree to any additional rescheduling.

3.    It is my understanding that the government has failed to produce potential <u>Brady</u> material relating to the witnesses to be called at the evidentiary hearing, most importantly evidence of bias, inconsistent statements or government favor to John Behrens, Robert Anthony or Mark Sheets.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 11th day of April, 2006 at Anchorage, Alaska.

LAW OFFICE OF PAUL D. STOCKLER
Counsel for Defendant Kane

By: s/ Paul D. Stockler
    1309 W. 16th Avenue
    Anchorage, Alaska  99501
    Phone: (907) 277-8564
    Fax: (907) 272-4877
    E-mail: paulstockler@aol.com
    Alaska Bar No.: 8606032

//

USA v. Kane, et al.
Affidavit of Paul D. Stockler

3:06-cr-00022-01  JWS
Page 2 of 3

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

1

2    **CERTIFICATE OF SERVICE**

3    I hereby certify that on the 11th day
     of April, 2006, a true and correct
4    copy of the foregoing document was
     served electronically on the following:
5

6    Steven E. Skrocki, Assistant U.S. Attorney
     James N. Barkeley, Assistant U.S. Attorney
7    Michael R. Spaan
     James L. Kee
8    Kevin T. Fitzgerald
     Robert C. Bundy
9    Allen F. Clendaniel

10   s/ Paul D. Stockler

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   USA v. Kane, et al.                        3:06-cr-00022-01  JWS
26   Affidavit of Paul D. Stockler             Page 3 of 3

Law Office of **Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877