MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *ROBERT F. KANE, et al.*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:06-cr-00022 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  April 12, 2006

---

     Plaintiff United States filed a motion under seal at docket 63 seeking to continue the trial in this case for a substantial period of time.  At docket 64, plaintiff asked for a hearing on the motion.  In an order at docket 69, which was not filed under seal, the court questioned the need to seal the motion at docket 63.  The order set deadlines for defendants' responses to the motion at docket 63 and plaintiff's reply.  The order specifically directed the parties to advise whether the briefing should be sealed and the hearing closed to the public, but also provided that, pending further order of the court, the motion papers were to be filed under seal.  The order also set a hearing on the motion for April 14, 2006.

     Defendant Kane timely responded at docket 83, and defendant Security Aviation timely responded at 88.  Both defendants opposed the requested continuance, and both stated there was no basis for sealing the motion papers.  Plaintiff did not file a reply memorandum.  Instead, at docket 121 plaintiff withdrew the motion at docket 63.  In the papers at docket 121, plaintiff did not provide any justification for sealing the motion papers or closing the hearing.

     Based on the foregoing, the motion at docket 63 is deemed to have been **WITHDRAWN,** and the Clerk is directed to **UNSEAL** the papers at dockets 63, 64, 83, and 88 by placing them on the public record.

     While withdrawal of the motion at docket 63 might be thought to moot the need for the April 14 hearing, the court has already indicated that the existing May 3, 2006 trial date is problematic.  Accordingly, the court will convene the hearing as presently scheduled at **9:30 AM** on **April 14, 2006**, in Courtroom 3 for purposes of setting a trial date.  The court advises the parties that its preliminary view is trial should be re-set for May 15, 2006, a date which is within the Speedy Trial window and which will allow time for an orderly disposition of all pending pre-trial motions.

---