D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska 99501
Phone: (907) 274-3154
Fax:   (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
  and for KTUU-TV, Channel 2 News

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                        Plaintiff,      )<br>                                                            )<br>v.                                                       )<br>                                                            )<br>ROBERT F. KANE, a/k/a                 )<br>"COMMANDER KANE," and       )<br>SECURITY AVIATION, INC.,         )<br>                                                            )<br>                        Defendants.  )<br>_____) | Case No. 3:06-cr-00022-JWS-JDR |

**DECLARATION OF COUNSEL**
**IN SUPPORT OF PRESS MOTION FOR ACCESS TO EXHIBITS**

D. John McKay declares as follows:

1. I am counsel for Anchorage Daily News ("Daily News") and KTUU Channel 2 News ("KTUU") (collectively referred to herein as "Press") in the above-captioned matter. I have personal knowledge of the matters asserted herein.

2. News reporters for both the Daily News and KTUU have advised me that they have unsuccessfully sought to obtain copies of the exhibits proffered, admitted, and utilized by the parties in the preliminary hearing conducted in the above-referenced case in February. They determined from the clerk that all copies of these documents are retained by the United States

Attorney, as the party that submitted them. I spoke with the assistant United States Attorney handling the matter. He advised me that the prosecution does not oppose the Press's request for access to these documents, but that his office is erring on the side of caution by not voluntarily producing them in light of Magistrate Roberts' comments admonishing the parties not to violate rules governing public communications about the case.

    3. I also contacted defense counsel to determine whether they would concur in or non-oppose the Press request for access to these documents. Despite repeated promises to provide a final position on the matter that could be communicated to the court with this request, the defense has failed to confirm its position to date.

    Executed this __14th__ day of April, 2006, at Anchorage, Alaska.

    LAW OFFICES OF D. JOHN MCKAY
    Attorney for Defendant Anchorage Daily News


By: __/s/ D. John McKay__
    D. John McKay, ABA No. 7811117

Certificate of Service

The undersigned certifies that on the 14th of April, 2006,
a true and correct copy of this document was served on

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building, U.S. Courthouse<br>222 W. 7th Ave., #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Robert C. Bundy<br>Allen F. Clendaniel<br>Dorsey & Whitney, LLP<br>1031 W. Fourth Ave.<br>Anchorage, Alaska 99501-5907 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 W. 3rd Ave.<br>Anchorage, Alaska 99501 |

James L. Kee
Kee, Archer, & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.


By:  /s/  D. John McKay
D. John McKay, ABA #7811117