D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska  99501
Phone:  (907) 274-3154
Fax:     (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
  and for KTUU-TV, Channel 2 News

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )                                  | Case No. 3:06-cr-00022-JWS-JDR |
| Plaintiff,       ) | |
| ) | |
| v.                                 ) | |
| ) | **ORDER GRANTING ACCESS** |
| ROBERT F. KANE, a/k/a              ) | **TO HEARING EXHIBITS** |
| "COMMANDER KANE," and              ) | |
| SECURITY AVIATION, INC.,           ) | |
| ) | |
| Defendants.   ) | |
| ) | |

UPON MOTION OF the Anchorage Daily News and KTUU Channel 2 News, and being advised in the premises,

IT IS HEREBY ORDERED that the U.S. Attorney shall forthwith provide to the Daily News and to KTUU copies of the exhibits admitted in the preliminary hearing in the above-captioned matter, or promptly make said exhibits available for copying by the Press.

Dated: _____    _____
                                  Hon. John D. Roberts
                                  U.S. Magistrate Judge

Certificate of Service
The undersigned certifies that on the 14th of April, 2006,
a true and correct copy of this document was served on

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building, U.S. Courthouse<br>222 W. 7th Ave., #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Robert C. Bundy<br>Allen F. Clendaniel<br>Dorsey & Whitney, LLP<br>1031 W. Fourth Ave.<br>Anchorage, Alaska 99501-5907 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 W. 3rd Ave.<br>Anchorage, Alaska 99501 |
| James L. Kee<br>Kee, Archer, & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 | |

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.


By:  /s/  D. John McKay
D. John McKay, ABA #7811117

-2-

*U.S. v. Kane, et al.*, Case No. 3:06-cr-00022 –JWS-JDR
Anchorage Daily News/KTUU Memo In Support of Press Motion to