D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska  99501
Phone:  (907) 274-3154
Fax:     (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
   and for KTUU-TV, Channel 2 News

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | Case No. 3:06-cr-00022-JWS-JDR |
| Plaintiff,        ) | |
| ) | |
| v.        ) | |
| ) | **ANCHORAGE DAILY NEWS** |
| ROBERT F. KANE, a/k/a        ) | **AND KTUU-TV MOTION** |
| "COMMANDER KANE," and        ) | **TO INTERVENE** |
| SECURITY AVIATION, INC.,        ) | |
| ) | |
| Defendants.        ) | |
| ) | |

Anchorage Daily News ("Daily News") and KTUU Channel 2 News ("KTUU") (collectively, "Press") hereby move for an order allowing them to intervene in the above-referenced case for purposes of addressing restrictions on Press and public access to judicial proceedings and records.  This motion is supported by the accompanying memorandum.

Dated:  April 14, 2006
         Anchorage, Alaska

LAW OFFICES OF D. JOHN MCKAY

  /s/ D. John McKay
D. John McKay,  ABA No. 7811117
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, AK  99501
(907) 274-3154
mckay@alaska.net
Attorney for Press Intervenors

Certificate of Service

The undersigned certifies that on the 14th of April, 2006,
a true and correct copy of this document was served on

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building, U.S. Courthouse<br>222 W. 7th Ave., #9, Rm 253<br>Anchorage, Alaska 99513-7567 | Paul Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska 99501 |
| Robert C. Bundy<br>Allen F. Clendaniel<br>Dorsey & Whitney, LLP<br>1031 W. Fourth Ave.<br>Anchorage, Alaska 99501-5907 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 W. 3rd Ave.<br>Anchorage, Alaska 99501 |

James L. Kee
Kee, Archer, & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.


By:  /s/  D. John McKay
D. John McKay, ABA #7811117

-2-

*U.S. v. Kane, et al.*, Case No. 3:06-cr-00022 –JWS-JDR