DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
          james.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-0067 CR (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' NOTICE OF** |
| vs. | ) | **INTENT TO USE DEPS AT** |
| | ) | **TRIAL** |
| ROBERT F. KANE, | ) | |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Comes Now the United States of America by and through counsel, and

requests permission to use the Court's Digital Evidence Presentation System

(DEPS) in the trial of the captioned case, currently scheduled to commence on May 15, 2005 at 9:00 a.m. Furthermore, the United States gives notice it intends, with the Court's permission, to use the DEPS system in aid of its opening statement and closing argument.

RESPECTFULLY SUBMITTED this 18th day of April, 2006 at Anchorage, Alaska.

>DEBORAH M. SMITH
>United States Attorney
>
>s/ Steven. E. Skrocki
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: steven.skrocki@usdoj.gov
>
>s/ James Barkeley
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11th, 2006 a copy of the foregoing was served electronically on Robert Bundy, Allen Clendaniel, Kevin Fitzgerald, James Kee, & Paul Sockler.

s/ Steven E. Skrocki