(Rev 4/06)

# LIST OF EXHIBITS

---

Case No. 3:06-CR-00022-01-JWS            Magistrate Judge:  JOHN D. ROBERTS

Title      UNITED STATES OF AMERICA
   vs.
           ROBERT F. KANE

Dates of Hearing:  April 19, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Steve Skrocki | James L. Kee, Paul Stockler |
| James Barkeley | Kevin Fitzgerald |
|  | Michael Spaan |

---EXHIBITS---

| PLAINTIFF ||||| DEFENDANT ||||
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | x | 4/19 | receipt property | A | x |  | Document from opp. |
| 2 | x | 4/19 | receipt for property |  |  |  |  |
| 3 | x | 4/19 | receipt for property - Black Tahoe |  |  |  |  |
| 4 | x | 4/19 | Consent to Search Form (FBI) |  |  |  |  |