(Rev 4/06)                          **LIST OF WITNESSES**

-------------------------------------------------------------------------------------------------

Case No.    3:06-CR-00022-01-JWS         Magistrate Judge:  **JOHN D. ROBERTS**

Title        UNITED STATES OF AMERICA

      vs.

        ROBERT F. KANE

Dates of Hearing:    April 19, 2006

Deputy Clerk/Recorder: Caroline Edmiston

-----------------------------------------------------**WITNESSES**-----------------------------------------------------

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|-----------|----------|-----|--------------|-----------|
| 4/19/06 | 10:24:18 | 12:35:52 | W-1 | John Eckstein | π |
| 4/19/06 | 1:23:33 | 2:07:36 | W-2 | Stephanie Vetter | π |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |