```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs  ROBERT F. KANE           CASE NO.  3:06-CR-00022-01-JWS
Defendant: X Present  X On Bond
U.S.A. vs SECURITY AVIATION, INC.   CASE NO. 3:06-CR-00022-02-JWS
Defendant: X Present  X On Bond

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      STEVE SKROCKI

DEFENDANT'S ATTORNEY:  PAUL STOCKLER, FOR DEFENDANT ROBERT KANE
                       ALLEN CLENDANIEL, SECURITY AVIATION, INC.

U.S.P.O.:                    PAULA MCCORMICK

PROCEEDINGS:  ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT
              Held 04/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:23 p.m. court convened.

 X Copy of First Superseding Indictment given to defendants Kane and Security Aviation, inc.; waived reading.

 X Defendants Kane and Security Aviation Inc., advised of general rights, charges and penalties; Waived full advisement.

 X PLEAS: Defendant Kane plead Not Guilty to Counts 1, 2, 3, and 4 of the First Superseding Indictment; Defendant Security Aviation Inc., plead Not Guilty to Counts 2, 3, & 4 of the First Superseding Indictment.

 X Defendants Kane and Security Aviation Inc., conditions of release remain as previously set.

 X Any NEW motions based on the Superseding Indictment due **April 28, 2006.**

At 1:27 p.m. court adjourned.


DATE:     April 21, 2006      DEPUTY CLERK'S INITIALS:    ce