Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT F. KANE, and<br>SECURITY AVIATION, INC.,<br><br>　　　　　　　Defendants. | No. 3:06-cr-00022-01 JWS<br><br>DEFENDANT KANE'S JOINDER<br>IN MOTION TO DISMISS<br>COUNT 3 OF THE FIRST<br>SUPERSEDING INDICTMENT<br>AGAINST DEFENDANT RETURNED<br>BY THE GRAND JURY ON<br><u>APRIL 18, 2006</u> |

　　Comes now defendant Robert F. Kane, by and through undersigned counsel, and joins in defendant Security Aviation, Inc.'s Motion to Dismiss Count 3 of the First Superseding Indictment Against Defendant Returned by the Grand Jury on April 18, 2006.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Joinder

Dated at Anchorage, Alaska April 21, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Counsel for Defendant Kane

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/21/06, a copy of the foregoing Joinder was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Joinder in Mtn to Dismiss.doc

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Joinder

Page 2 of 2