DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
　　　　james.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **RESPONSE OF THE** |
| | ) | **UNITED STATES TO** |
| vs. | ) | **DEFENDANT KANE'S** |
| | ) | **OBJECTIONS TO REPORT** |
| ROBERT F. KANE, | ) | **AND RECOMMENDATION** |
| a/k/a "COMMANDER KANE," and | ) | **DENYING MOTION TO** |
| SECURITY AVIATION, INC., | ) | **DISMISS INDICTMENT** |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States by and through counsel and files its

response to defendant Robert Kane's Objections to the Report and

Recommendation of the Magistrate Judge Denying the Motion to Dismiss the Indictment. Given that the motion does nothing to expand nor contribute to prior arguments that were made, the Report and Recommendation must stand.

### A. <u>INTRODUCTION</u>

Kane's motion does nothing more than repeat his prior argument that the indictment failed to set forth an essential element of the charge. In conjunction with this motion he again attempts to tag along a claim of improper instruction to the grand jury without providing to the court, as indicated by the government before, the appropriate legal standard for production of grand jury transcripts.

Irrespective of that, the defense objection to the report and recommendation sheds no new light on this issue and in fact is just the prior argument both rephrased and repeated.

### B. <u>THE SAME CLAIM</u>

1. <u>The Indictment Fails to State an Offense</u>

Kane's motion once again re-argues that the indictment fails to state an offense. Here, the motion provides only a popourri of cases and assorted dicta and fails to articulate in any fashion just which element in the indictment is missing. For this basic reason, the objection should be disregarded.

2. The Indictment Fails to Plead the Required Mens Rea

This argument takes another run at the mens rea issue dispatched by the report and recommendation of the magistrate judge. In making its response, the government relies on the findings of the report and recommendation of the magistrate judge at pages 8 and 9, as well as the points, authorities and arguments set out in the government's Opposition to Defendant Kane's Motion to Dismiss found at Docket 89.

Kane fails to add any substantive cases to the legal matrix and again relies on *United States v. Gergen*, 172 F.3d 719 (9th Cir. 1999). *Gergen* was already argued by the defense and cited by the government in its responsive pleading. There is nothing new or substantive under this heading which adds any grist for the mill. The government therefore relies on its arguments and the court's prior ruling denying the motion to dismiss as both the pleading and the report and recommendation provide ample support to deny the defendant's argument.

C. **CONCLUSION**

Pursuant to the court's order wherein it referenced D.Ak.L.M.R. 6(a), the objections made were to have not been positions reargued in prior pleadings. The court has before it such a pleading. The little authority provided does nothing to

alter the ruling denying the defendant's motion to dismiss.

        RESPECTFULLY SUBMITTED this <u>24th</u> day of April, 2006 at Anchorage, Alaska.

    DEBORAH M. SMITH
    United States Attorney

    <u>s/ Steven. E. Skrocki</u>
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-1500
    E-mail: steven.skrocki@usdoj.gov

    <u>s/ James Barkeley</u>
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-1500
    E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24th, 2006
a copy of the foregoing was served
electronically on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
James Kee, & Paul Sockler.

<u>s/ Steven E. Skrocki</u>