**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

On (date) 2/2/06
At (time) 5:00 pm
(Name) Maria Karen G. Kane
(Location) 6212 Magnaview Drive, Eagle River, AK

Item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 ✓ | Filipino Government Documents |
| 2 ✓ | Filipino Government Documents |
| 3 ✓ | Philippine Coast Guard Auxiliary App & Resume |
| 4 ✓ | Security Aviation memo & invoice dated 12/12/05 |
| 5 ✓ | Photo, Robert Kane (Philippine Coast Guard Aux Uniform) |
| 6 ✓ | Philippine Nat'l ID Certificates of appreciation in name variation |
| 7 ✓ | memorandum of understanding by Stewart Koral agreement between Cecilia M Glassmeyer anf ASUSL. Fax memo between Admiral Loral and Capt Robert Kane |
| 8 ✓ | letters dated 7/15/03, re Int'l trng (incl FBI) |
| 9 ✓ | pink folder containing misc. Philippine docs & photos |
| 10 ✓ | JAN MALLORY ASAC BUSINESS CARD WITH RECORDER |
| 11 ✓ | International Driving document for Robert Kane. International driving permit |
| 12 ✓ | Itinerary/Flight information from Anchorage to the Bahamas. Receipt for Wyndham Nassau Resort in Bahamas |
| 13 ✓ | Greek Passport (M836150) with the photograph of Maria Karen Kane |
| 14 ✓ | letter from congregation B'nai Shalom Alex Sefre paper with international numbers. List of house addresses on yellow pad James L Dozier @ customs.treas.gov on yellow pad |
| 15 ✓ | American network paperwork fuel requirement agreement sales contract promissory note, security aviation inc. paperwork. Copy of a check for $6000 USD |
| 16 ✓ | dog tags name R F Kane |
| 17 ✓ | U.S. military medals/Civil Air Patrol ID card Name: Robert F Kane |
| 18 ✓ | fugitive recovery agent/bail enforcement agent - badges/cred |
| 19 ✓ | Bruce's custom covers packing slip |
| 20 ✓ | Philippine Bank statements in manilla folder |

Page 1 of 3

| ITEM# | DESCRIPTION |
|---|---|
| 21 | manilla envelope w/Brandness, Brandness & Rudd, PC and E911 paperwork |
| 22 | Blue folder with Italian Visa documentation name of Kane |
| 23 | Black nylon folder/binder w/info re Fitzoil, contracts, emails, paperwork from UAE |
| 24 | paper notes/envelope w/handwritten phone numbers |
| 25 | registration for Mercedes |
| 26 | plastic bag containing receipts (personal) |
| 27 | manilla envelope containing receipts |
| 28 | Security Aviation Prospectus |
| 29 | Manilla file folder with Mercedes sale information |
| 30 | Black calendar book w/addresses and phone numbers. Memo re application for employment from NSA, receipt from USCS for $6000 BA Savings bank debit |
| 31 | fax - bill of sale 7/26/01 for Robert Kane purchase 45 handgun - 12 gauge shotgun and 223 cal 5.56 |
| 32 | Nisc documents re Kane ID, Philippine Coast Gd |
| 33 | 2 letters (atty James Lee) re Robt Kanes assoc with FBI |
| 34 | Terrorism related documents |
| 35 | Black file binder financial documents |
| 36 | financial documents Re: Kane |
| 37 | wire transfer receipts - Western Union wire traqnsfer receipts - in the name of Robert Kane. Misc Philippine receipts |
| 38 | (1) SILENCER - BLACK IN COLOR - WITH THREADED END FOR .45 CAL SEMI-AUTO |
| 39 | Law enforcement agency t-shirts |
| 40 | plastic bag containing law enforcement patches |
| 41 | dark blue police raid jacket and pants and fugitive recovery raid jacket |
| 42 | Las Vegas FBI sweatshirt |
| 43 | Philippine Coast Guard auxillary cap |
| 44 | HP Pavilion 700 serial number MX15163297 |
| 45 | H & K 40 CAL SEMI-AUTOMATIC HANDGUN SERIAL NUMBER 22-088051 AND ONE MAGAZINE. |
| 46 | DELL MODEL # DCTR Serial number JTGOV61 |

| ITEM# | DESCRIPTION |
|---|---|
| 47 ✓ | Ammunition - 40 cal smith & wesson-13 rounds |
| 48 ✓ | white - Apple I book G4 |
| 49 ✓ | Apple power book G4 - silver in color |
| 50 ✓ | SONY Vaio laptop - found in poor condition |
| 51 ✓ | SONY VAIO mini tower - model PCV L629 |
| 52 ✓ | Lifeguard Alaska transport information sheets dated 2003 - 2005 |

Received by: _____ (Signature)

(END OF LIST)

Received from: _____ (Signature)

Total of 52 Item(s) Listed

FD-597 (Rev 8-11-94)                                                      Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 2720-AN-14317

On (date) FEBRUARY 2, 2006

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) Maria Karen G. Kane

(Street Address) 6212 Magnum Dr

(City) Eagle River, AK

Description of Item(s):

Item 53 Flybook Computer w/cables    Ser#-A303051005093
Item 54 Seagate 100 GB harddrive    Ser# 3LG01LTV
Item 55 Sony case with 7 memory sticks
Item 56 Wallet with credit cards & FBI SWAT coin (LV)
Item 57 Flash memory cards (2 cards - 1 Lexar jumpdrive)
Item 58 Misc paperwork & "Top Secret" files - misc. paperwork includes Certificate of Documentation for a vessel; Boat Registration application; (1) CD dated 9/21/05 for an L-39 & 6□; Fed-Ex slip to Robert Coffin dated 4/2/02; (4) folders labeled MI-6, some contain documents; (2) folders marked w/ CIA Seal; (1) folder marked National Intelligence Agency; (2) folders marked UN; (1) folder containing a case report on Pedro Prado; (1) folder contains flight information for Doug Lewis & Robert Kane

Received By: _____ (Signature)    Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 272D-AN-14342

On (date) 2/2/2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) MARIA KAREN G. KANE
(Street Address) 6212 MAGNAVIEW DR
(City) EAGLE RIVER, AK

Description of Item(s):

ITEM 59: $3,900.00 US CURRENCY
ITEM 60: $16,400.00 U.S. CURRENCY
ITEM 61: $1,700.00 U.S. CURRENCY

Received By: _____(Signature)_____   Received From: _____(Signature)_____

FD-597 (Rev. 8-11-94)                                                          Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 272D-AN-N8V2

On (date) 2/2/06

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Black Tahoe - Registered to RPS - AK license ESS580

(Street Address) _____

(City) _____

Description of Item(s): (1) Fugitive Recovery Agent Badge; (1) black leather license holder containing an international driver's license in name of Robert Fratian Kane; Wells Fargo account summary info; RPS invoice; misc. documents regarding firearms purchase prices; (1) card from Alaska Regional w/ writing on back; (1) Garmin IQUE 3600A palm pilot; Wiring information for Avery and Associates; (1) business card from AK Regional; (1) Sony Laptop computer model # PCG4C1L

Received By: _____    Received From: _____
            (Signature)                              (Signature)