IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING** |
| | ) | **MOTION TO DISMISS** |
| vs. | ) | **COUNT THREE OF THE** |
| | ) | **FIRST SUPERSEDING** |
| ROBERT F. KANE, | ) | **INDICTMENT** |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Having considered the motion filed by the United States to dismiss Count 3 of the First Superseding Indictment in the above captioned case, IT IS HEREBY ORDERED that Count 3 of the First Superseding Indictment is dismissed.

IT IS SO ORDERED.

DATED this ____ day of _____, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE