DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S** |
| | ) | **RESPONSE TO** |
| vs. | ) | **DEFENDANT'S MOTION** |
| | ) | **TO DISMISS COUNT** |
| ROBERT F. KANE, | ) | **THREE OF THE FIRST** |
| a/k/a "COMMANDER KANE," and | ) | **SUPERSEDING** |
| SECURITY AVIATION, INC., | ) | **INDICTMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States files with the court its response to the defendant's motion to Dismiss Count 3 of the First Superseding Indictment. The government has filed a separate motion to dismiss at docket 159, thereby rendering the defendant's motion moot.

RESPECTFULLY SUBMITTED this 28th day of April, 2006 at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Steven. E. Skrocki
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3380
        Fax: (907) 271-1500
        E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2006
a copy of the foregoing was served
fax on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
& Paul Sockler.

s/ Steven E. Skrocki