MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. ROBERT F. KANE, and SECURITY AVIATION, INC

Case No. **3-06-cr-00022-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

**RE: Motions to Dismiss Count Three of Superseding Indictment**
Docket Nos. 149, 151, 159

The Court is in receipt of the government's Motion to Dismiss Count Three of the First Superseding Indictment, Docket No. 159.  At Docket No. 149 Defendant Security Aviation filed a Motion to Dismiss Count Three of the First Superseding Indictment.  Defendant Kane filed a joinder to the motion at Docket No. 151.  The government states that the motion to dismiss is pursuant to F.R.Cr.P. 48(a) and filed in response to defendant Security Aviation's motion to Dismiss at Docket No. 149.  Accordingly, it is hereby recommended that the government's Motion to Dismiss Count Three of the Superseding Indictment, Docket No. 159 be GRANTED.  It is further recommended that defendants' Motion to Dismiss Count Three of the Superseding Indictment, Docket No. 149 be DENIED as moot.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 1, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00022-JWS-JDR KANE @149-151-159 MO Re RR To Dismiss.wpd