Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | **EXPEDITED MOTION** |
| v. | ) | **FOR KANE'S** |
| | ) | **BAIL MODIFICATION** |
| ROBERT F. KANE, and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Comes now defendant, Robert F. Kane, by and through undersigned counsel, and moves this court for an expedited order modifying his bail conditions to better accommodate the need for defense counsel to spend time with him in preparation for the impending trial of this matter. The proposed modification would permit Mr. Kane to be outside the presence of his court approved third-party custodian while in the presence of one of his attorneys. This would serve to assist Mr. Kane and his attorneys in

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Motion
Page 1 of 2

trial preparation and trial, and not otherwise inconvenience Mr. Sandberg, Mr. Kane's third-party custodian. This motion is supported by the affidavit of counsel filed herewith.

Dated at Anchorage, Alaska May 2, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant Kane

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/2/06,
a copy of the foregoing Motion
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Expedited Motion for Kane's Bail Modification.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Motion

Page 2 of 2