Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )    No. 3:06-cr-00022-01 JWS
                    Plaintiff,  )
                                )    [proposed] **ORDER GRANTING**
        v.                      )    **EXPEDITED MOTION FOR**
                                )    **KANE'S BAIL MODIFICATION**
ROBERT F. KANE, and             )
SECURITY AVIATION, INC.,        )
                                )
                    Defendants. )
_____ )

        This matter, having come before the court on the

Expedited Motion for Kane's Bail Modification, the court

having reviewed any opposition thereto, and being fully

advised,

        IT IS ORDERED that defendant Kane's bail

conditions are modified to allow him to be with either of

his defense attorneys outside the presence of his third-

party custodian in order to spend time in trial

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

preparation/trial.  All other conditions shall remain in force and effect.

DATED:_____

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/2/06,
a copy of the foregoing Order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\[proposed] Order Granting Expedited Motion
for Kane's Bail Modification.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order