Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, ) | |
| v. ) | **AFFIDAVIT OF KEVIN T. FITZGERALD IN SUPPORT OF EXPEDITED MOTION FOR KANE'S BAIL MODIFICATION** |
| ROBERT F. KANE, and ) SECURITY AVIATION, INC., ) | |
| Defendants. ) | |

STATE OF ALASKA        )
                       )ss.
THIRD JUDICIAL DISTRICT )

    KEVIN T. FITZGERALD, being first duly sworn, deposes and states as follows:

    1. I am one of the counsel of record for Robert F. Kane in the above-captioned action.

    2. I am requesting that Mr. Kane's bail be modified to permit him to be with either of his defense attorneys outside the presence of his third-party

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Affidavit

custodian, in order to spend time in trial preparation/trial.

        FURTHER YOUR AFFIANT SAYETH NAUGHT.

        /s   Kevin T. Fitzgerald
        KEVIN T. FITZGERALD

SUBSCRIBED AND SWORN to before me this 2nd day of May, 2006.

        /s   Jennifer M. Jones
        Notary Public for Alaska
        My Commission
(Seal)        Expires:   10/24/07

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/2/06,
a copy of the foregoing Affidavit
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Aff for Expedited Bail Modification.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Affidavit