DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NON-** |
| | ) | **OPPOSITION TO** |
| vs. | ) | **DEFENDANT'S EXPEDITED** |
| | ) | **MOTION FOR BAIL** |
| ROBERT F. KANE, | ) | **MODIFICATION** |
| a/k/a "COMMANDER KANE", | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

      COMES NOW the United States by and through counsel and gives notice to the Court that it does not opposes the defendant's request for modification of his bail conditions so he may be with his attorneys outside the presence of his third-party custodian.

      RESPECTFULLY SUBMITTED this <u>2nd</u>  day of May, 2006 at Anchorage, Alaska.

          DEBORAH M. SMITH
          Acting United States Attorney

          <u>s/ Steven. E. Skrocki</u>
          Assistant U.S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-3380
          Fax: (907) 271-1500
          E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2006
a copy of the foregoing was served
fax on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
& Paul Sockler.

<u>s/ Steven E. Skrocki</u>