Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | UNOPPOSED MOTION FOR |
| ) | EXPEDITED CONSIDERATION |
| ROBERT F. KANE, and ) | OF EXPEDITED MOTION FOR |
| SECURITY AVIATION, INC., ) | KANE'S BAIL MODIFICATION |
| ) | |
| Defendants. ) | |

Comes now defendant, Robert F. Kane, by and through undersigned counsel, and pursuant to Local Rule 7.2(c) moves this court to hear his Expedited Motion for Kane's Bail Modification on an expedited basis. The government does not oppose expedited consideration of the underlying motion, while preserving its position on that motion. This motion is supported by the affidavit of counsel filed herewith.

Dated at Anchorage, Alaska May 2, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Motion

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant Kane


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/2/06,
a copy of the foregoing Motion
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Unopposed Motion for Expedited Consideration
of Kane's Expedited Motion for Bail Modification.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Motion