Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>                        Plaintiff,      )<br>                                        )<br>            v.                          )<br>                                        )<br>ROBERT F. KANE, and                     )<br>SECURITY AVIATION, INC.,                )<br>                                        )<br>                        Defendants.    )<br>_____) | No. 3:06-cr-00022-01 JWS<br><br>[proposed] **ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF EXPEDITED MOTION FOR <u>KANE'S BAIL MODIFICATION</u>** |

This matter having come before the court upon the Unopposed Motion for Expedited Consideration of Expedited Motion for Kane's Bail Modification,

IT IS HEREBY ORDERED that expedited consideration is GRANTED. The government shall have until _____, 2006 to submit any opposition to the Expedited Motion for Kane's Bail Modification.

DATED: _____

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

JOHN D. ROBERTS
U.S. Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that on 5/2/06,
a copy of the foregoing Order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\[proposed] Order Granting Unopposed Motion
for Expedited Consideration of Kane's Expedited Motion for Bail
Modification.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order