Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, and<br>SECURITY AVIATION, INC.,<br><br>Defendants. | No. 3:06-cr-00022-01 JWS<br><br>**AFFIDAVIT OF KEVIN T. FITZGERALD IN SUPPORT OF UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF EXPEDITED MOTION FOR <u>KANE'S BAIL MODIFICATION</u>** |

STATE OF ALASKA         )
                        )ss.
THIRD JUDICIAL DISTRICT )

      KEVIN T. FITZGERALD, being first duly sworn, deposes and states as follows:

      1. I am one of the counsel of record for Robert F. Kane in the above-captioned action.

      2. Time is of the essence for this matter to be heard due to the impending trial date of May 15, 2006, and

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Affidavit

Page 1 of 2

defense counsels' need to spend time in trial preparation/trial with Mr. Kane.

3. My co-counsel, Paul Stockler, has spoken with the assigned AUSAs, who do not oppose expedited consideration of the underlying motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s   Kevin T. Fitzgerald
KEVIN T. FITZGERALD

SUBSCRIBED AND SWORN to before me this 2nd day of May, 2006.

(Seal)

/s  Jennifer M. Jones
Notary Public for Alaska
My Commission
Expires:   10/24/07

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/2/06,
a copy of the foregoing Affidavit
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Aff for Expedited Bail Hearing.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Affidavit