# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

**UNITED STATES OF AMERICA**    v.    **ROBERT F. KANE, et al.**

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:06-cr-00022 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date:  May 2, 2006

_____

     The court has reviewed the recommendation from Magistrate Judge Roberts at docket 161.  As the magistrate judge points out, the file discloses that at docket 159 plaintiff has moved to dismiss count 3 of the First Superseding Indictment, and that defendant Security Aviation filed a motion to dismiss count 3 at docket 149 in which defendant Kane joined at docket 151.  Based on these facts, the court accepts the recommendation at docket 161.  Plaintiff's motion to dismiss count 3 at docket 159 is **GRANTED**.  The motion at docket 149 is **DENIED** as moot.

_____