Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **UNOPPOSED MOTION FOR** |
| ) | **EXPEDITED CONSIDERATION** |
| ROBERT F. KANE, and ) | **OF EXPEDITED MOTION FOR** |
| SECURITY AVIATION, INC., ) | **KANE'S BAIL MODIFICATION** |
| ) | |
| Defendants. ) | |
| _____) | |

This matter having come before the court upon the Unopposed Motion for Expedited Consideration of Expedited Motion for Kane's Bail Modification,

IT IS HEREBY ORDERED that expedited consideration is GRANTED.

DATED this 2nd day of May, 2006, at Anchorage, Alaska.

    /s/ John D. Roberts
    JOHN D. ROBERTS
    United States Magistrate Judge