Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **EXPEDITED MOTION FOR** |
| ) | **KANE'S BAIL MODIFICATION** |
| ROBERT F. KANE, and ) | (Docket No. 164) |
| SECURITY AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

      This matter, having come before the court on the Expedited Motion for Kane's Bail Modification, the court having reviewed the government's non-opposition at Docket No. 166, and being fully advised,

      IT IS ORDERED that defendant Kane's bail conditions are modified to allow him to be with either of his defense attorneys outside the presence of his third-party custodian in order to spend time in trial preparation/trial. All other conditions shall remain in force and effect.

      DATED this 2nd day of May, 2006, at Anchorage, Alaska.

                                    /s/ John D. Roberts
                                    JOHN D. ROBERTS
                                    United States Magistrate Judge