UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )
                          ) Case No. 3:06-cr-00022-01-JWS
v.                        )
                          )
ROBERT F. KANE,           )
                          )
        Defendant.        )
_____)

### JUDGMENT OF DISCHARGE
### FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__ The court has granted the motion of the government for dismissal without prejudice;
    ____ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ____ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ____ The jury has returned its verdict, finding the defendant NOT GUILTY;
    ____ (Other reason, or reasons, if any);
of the offense of **Attempted Possession Of Unregistered Destructive Devices** in violation of 26 U.S.C. § 5861(d) as charged in **Count 3** of the **First Superseding Indictment**.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, Alaska, this 3rd day of May, 2006.

**REDACTED SIGNATURE**
_____
John W. Sedwick
United States District Judge

[]{DISCHARG.WPD*Rev.07/03}