U.S. Department of Justice  
Bureau of Alcohol, Tobacco, Firearms and Explosives

**National Firearms Registration and Transfer Record Search Certificate**



United States of America

To whom it may concern:

Section 5841 of the National Firearms Act (Chapter 53, Title 26, United States Code) provides that the Attorney General of the United States or an authorized delegate shall maintain a central registry of all firearms not in the possession or under the control of the United States which come within the purview of 26 U.S.C., Chapter 53. That central registry is known as the National Firearms Registration and Transfer Record and is maintained at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Washington, D.C.

This is to certify that I have custody and control of the said National Firearms Registration and Transfer Record pursuant to a delegation of authority by the Attorney General of the United States.

I further certify that, after diligent search of the said Record, I found no evidence that the firearm or firearms described below are registered to, or have been acquired by lawful manufacture, importation, or making by, or transfer to

**ANY PERSON**

| 1. Type of Firearm (26 U.S.C. 5845) | 2. Manufacturer | 3. Model | 4. Caliber Gauge or Size | 5. Barrel Length (inches) | 6. Overall Length (inches) | 7. Serial Number |
|---|---|---|---|---|---|---|
| **Destructive Device (Rocket pods)** | | UB-16-57 | | | | 462017 454079 |

8. Additional Information Pertaining To Firearm(s)

| 9. Date | 10. Signature and Title of Certifying Officer |
|---|---|
| **April 20, 2006** | **GARY SCHAIBLE, PROGRAM MANAGER** |

ATF Form 5320.15  
Revised July 2003

Exhibit ___A___  
Page __1__ of __1__