Law Office of
# Paul D. Stockler

1309 West 16th Avenue  
Anchorage, Alaska 99501

Telephone: (907) 277-8564  
Facsimile: (907) 272-4877  
e-mail: paulstockler@aol.com

---

May 3, 2006

**VIA FACSIMILE**

Steven E. Skrocki  
Assistant U.S. Attorney  
Office of the U.S. Attorney  
222 West 7th Avenue, # 9  
Anchorage, Alaska 99513

James Barkeley  
Assistant U.S. Attorney  
Office of the U.S. Attorney  
222 West 7th Avenue, # 9  
Anchorage, Alaska 99513

Re:   *USA v. Kane, et al.*  
      Case No.    :    3:06-cr-00022 JWS

Dear Steve and Jim:

I received the National Firearms Registration and Transfer Certificate prepared by Gary Schaible. You are well aware that we have no intention of arguing and in fact will admit the rocket pods the government seized from the Palmer hanger were not registered with the BATF. There is no need to call Mr. Schaible as a witness at all.

Calling Mr. Schaible as a witness can be seen as nothing other than a backdoor attempt to have him describe his background, not formally offer him as an expert, and then attempt to have him slip into his testimony that these rocket pods are destructive devices under 26 U.S.C. 5845. An expert opinion that is the core of this dispute.

This may also be an attempt to avoid the necessity of calling Charles Watson as a witness. Please let me know, in addition to Mr. Bundy's concerns raised yesterday, that you have no intention of offering any document or offering any testimony from Mr. Schaible that the rocket pods the government seized from the Palmer hanger were destructive devices or were required to be registered with BATF or that other rocket pods are generally registered. Those are clearly expert opinions at the core of this matter which were not produced timely under the pretrial order. If I fail to hear from you by tomorrow that my concerns are wrong, I will file a motion in limine to preclude his testimony.

Very truly yours,

Paul D. Stockler

Exhibit       B  
Page    1    of    1