Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendant Kane

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | NO.: 3:06-cr-00022-01 JWS |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **[PROPOSED] ORDER GRANTING** |
| ) | **DEFENDANT ROBERT F. KANE'S** |
| **ROBERT F. KANE, and** ) | **MOTION IN LIMINE TO PRECLUDE** |
| **SECURITY AVIATION, INC.,** ) | **THE TESTIMONY OF GOVERNMENT** |
| ) | **WITNESS GARY SCHAIBLE** |
| **Defendants.** ) | |

This matter, having come before the court upon Defendant Robert F. Kane's Motion in Limine to Preclude the Testimony of Government Witness Gary Schaible, the court having reviewed any opposition thereto, and being fully advised,

IT IS ORDERED that Defendant's Motion in Limine is GRANTED and the government's witness, Gary Schaible, is prohibited from offering any testimony at trial.

DATED this \_\_\_\_\_ day of _____, 2006.

_____
The Honorable John W. Sedwick
Judge of the U.S. District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day
of May, 2006, a true and correct
copy of the foregoing document was
served electronically on the following:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan
James L. Kee
Kevin T. Fitzgerald
Robert C. Bundy
Allen F. Clendaniel

s/ Paul D. Stockler

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

USA v. Kane, et al.　　　　　　　　　　　　　　　　　　　　　　　　3:06-cr-00022-01 JWS
Proposed Order Granting Motion in Limine to Preclude the Testimony of Gary Schaible    Page 2 of 2