DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S REPLY** |
| | ) | **TO DEFENDANT KANE'S** |
| vs. | ) | **OBJECTIONS TO THE** |
| | ) | **RECOMMENDATION** |
| ROBERT F. KANE, | ) | **REGARDING MOTION TO** |
| a/k/a "COMMANDER KANE," and | ) | **SUPPRESS** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   COMES NOW the United States by and through counsel and files with the court a Reply to the objections to the Recommendation Regarding Defendant Kane's Motion to Suppress.  For the reasons set forth below, the decision of the Magistrate Judge should stand.

### A.  The Objections Provide the Court with No New Arguments Nor Authority

Kane spends a significant portion of his memorandum complaining about the amount of time provided by the court within which to respond to the court's Recommendation Regarding the motion to suppress. Kane provides the Court with absolutely new arguments nor case law in support of the objection. Accordingly, there is nothing for the Court to reconsider inasmuch as no new arguments have been presented. If there is a smattering of a new argument it is argument only, no authority has been provided in support of it. The sole cited case, Georgia v. Randolph, 126 S.Ct. 1515 (2006) was considered and factored into the Court's analysis in the report and recommendation dealing with this motion.

### CONCLUSION

Accordingly, the government relies upon its own points and authorities provided herein and adopts the findings of fact, points and authorities as well as conclusions of law as set forth in the report and recommendation of the Magistrate Judge.

//

//

RESPECTFULLY SUBMITTED this 8<u>th</u> day of May, 2006 at Anchorage, Alaska

DEBORAH M. SMITH
Acting United States Attorney

s/ Steven. E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8th, 2006
a copy of the foregoing was served
fax on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
& Paul Sockler.

s/ Steven E. Skrocki