DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       james.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES'** |
| vs. | ) | **PROPOSED VOIR DIRE** |
| | ) | **QUESTIONS** |
| ROBERT F. KANE, | ) | |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the United States of America and requests that the Court ask the following questions of the trial venire:

1. The defendants in this case are ROBERT F. KANE & SECURITY AVIATION, INC. Do any of you know them, or are you acquainted with the defendant or any member of the defendants' family or Security Aviation, Inc.?

    a. If so, what is the nature of the relationship? Would the relationship tend to make you feel uncomfortable sitting on this case? Would the relationship affect your ability to sit as a fair and impartial juror in this case?

2. Do you know or have any relationship with any of the attorneys representing a party in this case?

    a. If so, which attorney? What is the nature of that relationship?

3. Have you, a member of your family or friends ever worked for a lawyer who practices in the area of criminal defense? For law enforcement? For a lawyer who practices criminal prosecution?

4. Are you related to, or do you know anyone among the potential jurors here today?

    a. Who? What is your relationship with that person?

      b.      If both of you were selected to be jurors in this case, would you be able to disagree with that person without your disagreement affecting your relationship?

5.      Have any of you been closely associated with anyone who has been the subject of a legal action involving the United States or who has been prosecuted for any offense?

      a.      If so, what is your relationship with that person or persons?

      b.      What was the disposition of the case?

      c.      Do you think the disposition was fair and proper?

      d.      Was there anything about that proceeding that you found upsetting or troubling?

6.      Law enforcement officers from the Federal Bureau of Investigation are involved in this case. Have you or your friends, or any member of your family had any dealings with these law enforcement agencies?

      a.      If so, what where those dealings?

      b.      How were they resolved?

      c.      Do you have positive or negative feelings towards any of these agencies as a result?

      d.      If so, would that experience in any way affect your ability to sit as a fair and impartial juror to consider the issues of this case?

7. Do you have any negative feelings towards law enforcement or the United States government?

8. Have you or any close friends or relatives been arrested for or been a victim of a crime within the last 10 years?

      a.      Do you feel that you were (or your family or close friend was) treated fairly by the prosecution?

      b.      Do you have any negative feelings towards law enforcement as a result?

      c.      If so, would such an experience in any way affect your ability to sit as a fair and impartial juror to consider the issues of this case?

9. Have you ever served on a jury before? What kind of case? Was there anything that the parties or witnesses did, that you found upsetting?

      a.      Was there anything about that experience that would affect your ability to sit as a fair and impartial juror in this case?

      b.     Have you ever previously acted as a juror in a criminal case?

10.    Are you employed, and by whom?

11.    If you married, what does your spouse do for a living?

12.    Do you have any children, how old are they?

13.    Congress has made it illegal to possess rocket pod launchers without them being registered. The defendants are charged with offenses relating to the possession of these devices.

      a.     Do any of you have strong feelings concerning the registration of weapons such as this by the laws of the United States?

      b.     Would those feelings influence you in this particular case?

15.    Have you or a family member or close friend ever had allegations of a firearms offense made against them?

      a.     What were the circumstances?

      b.     Was the matter reported to authorities?

      c.     Did the matter go to court and, if so, what was the result?

      d.     Would that experience influence you in the present case such that you could not sit as a fair and impartial juror?

16. Have you learned anything, either recently or in the past, about this case or the defendant from the news media (television, radio, newspapers, books or magazines)?

   a. If yes, when was the last time that you heard or read anything about this case?

   b. From what you have heard or read about this case, have you formed an opinion as to the guilt or innocence of the defendant?

   c. Do you believe you can put aside what you have seen or heard, or any opinion you may have formed, and decide the case based on the evidence you heard in court and in accordance with the Court's instructions?

17. Have you learned anything about this case or the defendant from any source outside the news media? If so, what and were the circumstances?

18. Do you have any personal knowledge of the facts of this case separate from any information you may have heard or read in the news media? If so, how?

19. Have you discussed this case or the defendant with anyone or has anyone discussed the case or the defendant in your presence? If so, describe the circumstances.

20. Is there anything about the nature of the charges or the type of offenses with which the defendant is charged that would in any way affect your ability to sit as a fair and impartial juror?

21. Do you feel that the firearms laws of this country are in any manner unconstitutional or unfair, such that they should not be enforced by the government?

22. Do you feel that individuals should be allowed to possess items like a rocket launcher, bazooka, mortar or other heavy weapons without registering them with the government?

23. Do you believe that is should not be a crime for an adult or a company to possess a device like a rocket pod launcher without registering it with the government?

24. Do you belong to, or are you associated with, any group, society, or organization that advocates against the law requiring registration of heavy weapons, that is, non-sporting firearms.

25. You will be instructed that you are to arrive at your verdict without any consideration of what the penalty or sentence will be. Are any of you unable to consider the evidence and arrive at a verdict without considering the possible penalty or sentence?

26. Do you know of any reason why you may be prejudiced for or against the government, for or against any witness, or for or against the defendant, because of the nature of the charges or otherwise? In other words, can you think of any other matter you should call to the Court's attention that may have some bearing on your qualifications as a juror?

27. Do you have any opinions, religious beliefs, philosophies, or prejudices that would make you unable to come to a verdict in this case? For example, do you believe that no person should ever be judged or convicted? Do you believe that a person is guilty just because they are here in court?

28. Have you ever been part of any group advocating jury nullification?

29. I will advise you of the law you must apply in this case. Will you be able to follow my instructions even though you may not agree with them? (i.e., suppose after hearing my instructions, you decide you don't like them. Will you be able to follow the law even though you disagree with it?)

30. Would jury service in this case, at this time, unduly interfere with your personal or business affairs?

31. Do any of you suffer from any type of physical condition or ailment that would make it extremely difficult or inconvenient as a juror to sit in consideration of this case?

32. Is there any other reason which may not have been touched upon by the Court in its questions to you which affect your ability to sit as a fair and impartial juror for each side in this case?

//

//

//

RESPECTFULLY submitted this 8th day of May, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
United States Attorney

s/ Steven. E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

s/ James Barkeley
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8th, 2006 a copy of the foregoing was served electronically on Robert Bundy, Allen Clendaniel, Kevin Fitzgerald, James Kee, & Paul Sockler.

s/ Steven E. Skrocki