Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT KANE'S JOINDER** |
| ) | **IN SECURITY AVIATION,** |
| ROBERT F. KANE, and ) | **INC.'S PROPOSED** |
| SECURITY AVIATION, INC., ) | <u>**VOIR DIRE QUESTIONS**</u> |
| ) | |
| Defendants. ) | |

Comes now Robert F. Kane, by and through undersigned counsel, and hereby joins Security Aviation, Inc.'s proposed voir dire questions as they relate to Mr. Kane.

Dated at Anchorage, Alaska May 8, 2006.

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Joinder

Page 1 of 2

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant Kane


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/8/06,
a copy of the foregoing Joinder
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Joinder to Security's Voir Dire.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Joinder