**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>vs.<br><br>ROBERT F. KANE, a.k.a.<br>Commander Kane, and SECURITY AVIATION, INC.,<br><br>        Defendants. | 3-06-cr-00022-JWS-JDR<br><br>**<u>FINAL RECOMMENDATION REGARDING DEFENDANT KANE'S MOTION TO SUPPRESS</u>**<br><br>(Docket Entry 66) |

In a recommendation filed at Docket No. 176, I advised that defendant Kane's Motion to Suppress Fruits of Unconstitutional Search of Robert Kane's Private Residence and Vehicle on February 2, 2006, filed at Docket No. 66, be denied. The defendant timely filed objections at Docket No. 187. The government filed a response. Docket No. 191. After careful review of the objections, I decline to

modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 9th day of May, 2006 at Anchorage, Alaska.


      /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge