DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **NOTICE REGARDING TO** |
| | ) | **DEFENDANT'S** |
| vs. | ) | **DISCLOSURE OF EXPERT** |
| | ) | **WITNESSES** |
| ROBERT F. KANE, | ) | |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and files with the court a response to the defendant's Disclosure of Expert Witnesses. The government has received the attached letters from defense counsel (Exhibit 1) and finds that they are not adequate to qualify Evan J. Griffith or John Willie Spencer

as experts nor can, in the government's view, letters to counsel qualify as reports. The government will be filing a separate motion to preclude their testimony as experts on May 10th, 2006.

  RESPECTFULLY SUBMITTED this <u>8th</u>  day of May, 2006 at Anchorage, Alaska

              DEBORAH M. SMITH
              Acting United States Attorney

              <u>s/ Steven. E. Skrocki</u>
              Assistant U.S. Attorney
              222 West 7th Ave., #9, Rm. 253
              Anchorage, AK 99513-7567
              Phone: (907) 271-3380
              Fax: (907) 271-1500
              E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9th, 2006
a copy of the foregoing was served
fax on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
& Paul Sockler.

<u>s/ Steven E. Skrocki</u>