DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       james.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **NOTICE REGARDING** |
| | ) | **GOVERNMENT'S** |
| vs. | ) | **INTENTION TO INTRODUCE** |
| | ) | **EVIDENCE OF CIVIL SUIT** |
| ROBERT F. KANE, | ) | **FILED BY SECURITY** |
| a/k/a "COMMANDER KANE," and | ) | **AVIATION AGAINST** |
| SECURITY AVIATION, INC., | ) | **GOVERNMENT WITNESSES** |
| | ) | |
| Defendants. | ) | |
| | ) | Filed on Shortened Time |

The United States files with the court on Shortened Time a Notice to

Introduce Evidence of a Civil Suit Filed by Security Aviation Against Government

Witnesses. The basis for the motion is set out below.

On this date counsel for the United States were informed of a lawsuit filed by Security Aviation on May 2, 2006 which names as defendant's several government witnesses who will testify at trial schedule Monday (Exhibit 1). The lawsuit alleges civil conspiracy, trespass, conversion, misrepresentation, and other claims. The complaint names witnesses Robert Anthony, John Barens and Mark Sheets by name along with other "John Does." The timing is hardly coincidental and is strongly viewed by the government as a basis to intimidate, influence, and otherwise obstruct the pending testimony of these witnesses. The motivation and timing of the filing is even more suspect as Mark Sheets had very little if anything to do concerning the repossession of the aircraft. The prayer for relief for $3 million as well as punitive damages in an undetermined amount.

Wherefore, given the obvious attempt at witness manipulation the government informs the court that it will be eliciting this testimony on direct examination from these and any other government witnesses who have been included in the lawsuit.

The Court should note that this lawsuit was filed approximately one week

after the evidentiary hearing on the motions to suppress held before Magistrate Judge Roberts.

RESPECTFULLY SUBMITTED this 10th day of May, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
United States Attorney

s/ Steven. E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

s/ James Barkeley
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10th, 2006
a copy of the foregoing was served
electronically on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
James Kee, & Paul Sockler.

s/ Steven E. Skrocki