Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00022-01 JWS |
| | ) | |
| Plaintiff, | ) | [Proposed] **ORDER GRANTING** |
| | ) | **ROBERT KANE'S MOTION** |
| v. | ) | **IN LIMINE REGARDING** |
| | ) | **IRRELEVANT FINANCIAL** |
| ROBERT F. KANE, and | ) | **INFORMATION AND EVIDENCE** |
| SECURITY AVIATION, INC., | ) | **OF POSSESSION OF FIREARMS** |
| | ) | |
| Defendants. | ) | |

This matter, having come before the court upon Robert Kane's Motion in Limine Regarding Irrelevant Financial Information and Evidence of Possession of Firearms, the court having reviewed any opposition thereto, and being fully advised,

IT IS ORDERED that the government is precluded from putting on evidence 1) concerning Kane's ability to make hiring and firing decisions; 2) that Kane's home and vehicles were provided to him by RPS; and, 3) that Kane,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order

Page 1 of 2

Avery and even Dennis Hopper's possession of weapons located in various locales.

DATED: _____

_____
JOHN W. SEDWICK
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/10/06,
a copy of the foregoing proposed Order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\[proposed] Order Granting Mtn in Limine re Firearms.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Order