IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ROBERT F. KANE and SECURITY AVIATION, INC. | ) ) ) |
| Defendant. | ) ) |
| _____ | ) Case No. 3:06-cr-022-JWS-JDR-2 |

**MOTION ON SHORTENED TIME
TO QUASH SUBPOENA**

Allen H. Smith, III by and through his attorneys D. Scott Dattan and Duane D. Werb, hereby moves, pursuant to Rule 17(b)(2), Federal Rules of Criminal Procedure, to quash the subpoena issued in this matter on April 18, 2006. Not only would compliance with the subpoena be unreasonable and oppressive, it would violate Mr. Smith's Fifth Amendment right to remain silent.

This motion is supported by the memorandum and affidavit filed herewith.

Dated this 10th day of May, 2006.

        s/D. Scott Dattan
        Attorney for Defendant, Allen H. Smith, III
        2600 Denali Street, Suite 460
        Anchorage, Alaska 99503
        Phone: 907-276-8008
        E-Mail: dattan@alaska.net
        Alaska Bar No: 8411111

USA v Robert F. Kane & Security Aviation, Inc.; 3:06-cr-00022-JWS_JDR-2
Motion on Shortened Time to Quash Subpoena
Page 1 of 2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of May, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven E. Skrocki
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgeral
813 West 3rd Avenue
Anchorage, Alaska  99501

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Robert Bundy
Allen F. Clendaniel
Dorsey & Whitney LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska  99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

s/D. Scott Dattan

USA v Robert F. Kane & Security Aviation, Inc.; 3:06-cr-00022-JWS_JDR-2
Motion on Shortened Time to Quash Subpoena
Page 2 of 2