IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ROBERT F. KANE and SECURITY AVIATION, INC. | ) |
| Defendant. | ) Case No. 3:06-cr-022-JWS-JDR-2 |

**ORDER**

IT IS HEREBY ORDERED that the subpoena dated April 18, 2006 for Allen H. Smith, III to appear on May 18, 2006 in this cause is quashed.

DATED: _____    _____

JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

USA v Robert F. Kane & Security Aviation, Inc.; 3:06-cr-00022-JWS_JDR-2
ORDER
Motion on Shortened Time to Quash Subpoena
Page 1 of 1