IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) |
| ROBERT F. KANE and SECURITY AVIATION, INC. | ) |
| Defendant. | ) Case No. 3:06-cr-022-JWS-JDR-2 |

### AFFIDAVIT

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss |
| THIRD JUDICIAL DISTRICT | ) |

D. Scott Dattan, being first duly sworn, deposes and states:

1. I have been retained on behalf of Allen H. Smith III to assist him in this case.

2. A subpoena dated April 18, 2006, which is attached to the memorandum as Exhibit "A", was apparently left at Mr. Smith's residence.

3. Mr. Smith faces criminal prosecution in Alaska and Pennsylvania based on some of the events that are germane to this case (according to Assistant U.S. Attorney Skrocki).

4. Mr. Smith has been advised by counsel to assert his Fifth Amendment right not to be a witness against himself.

USA v Robert F. Kane & Security Aviation, Inc.; 3:06-cr-00022-JWS_JDR-2
AFFIDAVIT OF COUNSEL
Motion on Shortened Time to Quash Subpoena
Page 1 of 2

5.  Consideration of the motion to quash on shortened time is necessary because trial in this matter is scheduled to begin on May 15, 2006.

6.  The subpoena in question would require Mr. Smith's presence in Alaska on May 18, 2006.

FURTHER AFFIANT SAYETH NAUGHT.

_____
D. Scott Dattan

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska on the 10th day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4-13-09



USA v Robert F. Kane & Security Aviation, Inc.; 3:06-cr-00022-JWS_JDR-2
AFFIDAVIT OF COUNSEL
Motion on Shortened Time to Quash Subpoena
Page 2 of 2

Dattan Scott Dattan
ATTORNEY AT LAW
2600 DENALI STREET, SUITE 460
ANCHORAGE, ALASKA 99503
PHONE (907) 276-8008
FAX: (907) 278-8571