

U.S. Department of Justice

United States Attorney
District of Alaska

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*   Commercial: (907) 271-5071
*Anchorage, Alaska 99513-7567*   Fax Number: (907) 271-3224

April 13, 2006

Mr. Duane Werb  **SENT VIA FACSIMILE**
300 Delaware Avenue
Suite 1300
Wilmington, DE 19801
Fax: (302) 652-1111

Mr. Joseph Lamonaca
Law Offices of Joseph M. Lamonaca
127 Commons Court
Chadds Ford, PA 19317
Fax: (610) 558-3376

Gentlemen,

I advise that the government's second expert in the Security Aviation/Robert Kane matter has concluded his investigation into the operability of the two rocket pods sold by your client to Security Aviation in October, 2005. Pursuant to that examination, the expert has determined that the rocket pods in question are completely operational in all respects. In other words there has been no de-militarizing of the pods in any respect whatsoever and they are in fact complete.

As I advised on several occasions since our meeting in Alaska the government has been increasingly troubled by the nature of Mr. Smith's actions with regard to this investigation. As you know, and as we have discussed, Mr. Smith has first and foremost, sold and shipped unregistered destructive devices and has, upon notice of our investigation, undertaken it upon himself to destroy a significant amount of physical evidence. Given his actions, his claim that he thought the pods demilitarized is simply not credible given the evidence discovered during the course of the investigation, his own statements in email correspondence, and his own experience in the L-39 community. Moreover, and certainly compounding the problem is the fact that it appears to the investigative team that Mr. Smith has not been completely forthcoming with regard to his proffer in March, 2006.

Based on this summary, I must inform you, as I indicated I would, that our office will be presenting charges to the grand jury regarding Mr. Smith and the following violations of federal law:

> Transportation of Unregistered Destructive Devices in violation of 26 U.S.C. § 5861(d)
> Provision of False Statements in violation of 18 U.S.C. § 1001
> Obstruction of Justice/Destruction of Evidence in violation of 18 U.S.C. § 1512 (c)(1)

Unfortunately, given the time constraints of our trial, we are compelled to present charges to the grand jury regarding Mr. Smith at the earliest possible opportunity. However, prior to the presentment of charges to the grand jury, we will make to your client a one-time offer for a negotiated disposition which would involve his complete cooperation with respect to his actions in both Alaska and Pennsylvania and would most likely conflict your offices representation of Mr. Smith's associate. As indicated, time will be of the essence given the trial date in this matter. Accordingly, we request that you respond at the soonest possible instant so we may discuss this matter further and in greater detail. In the event Mr. Smith declines to engage in pre-charge discussions the matter will be presented to the federal grand jury early next week.

Please contact me directly at 907-271-3390 once you have spoken with your client and ascertained his wishes. We anticipate that our conversation will be limited to discussing a pre-charge disposition or informing us that Mr. Smith is unwilling to cooperate in this matter and will alternatively face charges. If that is the case, we will provide you with a timeline for the filing of charges and for his appearance in Alaska to contest the matters charged.

                                      Very Truly Yours,

                                      DEBORAH M. SMITH
                                      ACTING U.S. ATTORNEY

*[signature]*

STEVEN E. SKROCKI
Assistant U.S. Attorney

*[signature]*

JAMES N. BARKELEY
Assistant U.S. Attorney