Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT KANE'S** |
| | ) | **PROPOSED JURY INSTRUCTIONS** |
| ROBERT F. KANE, and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Robert F. Kane hereby respectfully requests that the jury be instructed in accordance with the following list of jury instructions. Kane submits the form instructions found in the Manual of Model Criminal Jury Instructions for the Ninth Circuit (2003) for preliminary instructions, instructions in the course of trial, instructions at the end of the case, consideration of particular evidence, and jury deliberations. Kane also

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Instructions

Page 1 of 9

joins the offense instructions submitted by Security Aviation as they relate to Robert Kane.

Kane requests the court supplement the form instructions to be submitted in the course of trial, attached Instruction Nos. 1 and 2, and supplement the offense instructions relating to conspiracy (8.16 Conspiracy - Elements; 8.20 Conspiracy - Pinkerton charge) with attached Instruction Nos. 3 through 6 as follows:

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Instructions

INSTRUCTION NO. 1

Hearsay And Conspiracy

Hearsay statements cannot be used to prove a conspiracy, for that would permit the prosecutor to invoke an important hearsay exception by presenting only hearsay proof of the conspiracy itself. The government must first make a sufficient showing by independent evidence of the existence of a conspiracy.

Legal Authority: *United States v. Alvarez-Porras*, 643 F.2d 54, 57 (2d Cir. 1981), *citing, United States v. Nixon*, 418 U.S. 683, 701 [41 LED2d 1039; 94 SCt 3090].

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Instructions

Page 3 of 9

INSTRUCTION NO. 2

Direct Evidence Of Conspiracy Membership Required Before
Hearsay May Be Admitted

In assessing each defendant's connection with an alleged conspiracy, hearsay statements of other alleged co-conspirators must be excluded unless and until the jury finds, as to each defendant, upon evidence based upon his or her own statements and conduct, that he or she was a member of such conspiracy.

Legal Authority: *United States v. Spock*, 416 F.3d 165, 172-173 (1st Cir. 1969); *United States v. Fellabaum*, 408 F.2d 220, 226 (7th Cir. 1969); *United States v. Baker*, 419 F.2d 83, 88-89 (2d Cir. 1969), *cert. denied*, 397 U.S. 976.

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Instructions

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

INSTRUCTION NO. 3

Conspiracy: Aiding And Abetting Of Acts By Conspirators Insufficient

A conspiracy is an agreement and not a group of persons. Accordingly, in order for a defendant to be proven guilty of joining a conspiracy, the government must prove beyond a reasonable doubt that he joined in an actual agreement. If all the government has proven is that a defendant associated with a group of conspirators, the defendant must be found not guilty.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Legal Authority: *United States v. Townsend*, 924 F.2d 1385, 1390 (7th Cir. 1991).

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Instructions

INSTRUCTION NO. 4

Conspiracy: Wrongful Intent May Not Be Presumed From
Commission Of An Act

A defendant's state of mind or intent is an element of a criminal conspiracy offense which must be established by evidence and inferences drawn therefrom and cannot be based upon a mere presumption of wrongful intent from proof of some act.

Legal Authority: *United States v. United States Gypsum Company*, 438 U.S. 422, 435 (1978).

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Instructions

## INSTRUCTION NO. 5

### Conspirator Not Liable For Acts Or Statements Of Coconspirator Before Formation Of Conspiracy Or After Termination Of Conspiracy

The acts and declarations of a conspirator prior to the formation of a conspiracy or after a conspiracy has terminated are only binding on the conspirator who made the statements or performed the acts and on those who directed, authorized or approved such acts or statements; such acts or statements prior to the formation of the conspiracy or after the conspiracy has come to an end are not admissible against any other participant in the alleged conspiracy.

**Legal Authority:** *Jury Instructions in Criminal Antitrust Cases* (ABA Section of Antitrust Law).

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Instructions

INSTRUCTION NO. 6
Willfully

Willfully requires that an act be done knowingly and intentionally with the purpose of violating a known legal duty, not through ignorance, mistake or accident.

Legal Authority: *United States v. Morales*, 108 F.3d 1031, 1036 (9th Cir. 1997); *United States v. Sehnal*, 930 F.2d 1420, 1427 (9th Cir. 1991).

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Instructions

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Dated at Anchorage, Alaska May 11, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant Kane


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/11/06,
a copy of the foregoing Proposed Jury
Instructions was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Kane's Proposed Jury Instructions.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Instructions