Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendant Kane

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **NO.: 3:06-cr-00022-01  JWS** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **DEFENDANT ROBERT F. KANE'S** |
| ) | **JOINDER REGARDING SECURITY** |
| **ROBERT F. KANE, and** ) | **AVIATION'S OPPOSITION TO** |
| **SECURITY AVIATION, INC.,** ) | **MOTION IN LIMINE OF THE** |
| ) | **UNITED STATES REGARDING** |
| **Defendants.** ) | **RELEVANT DEFENSES** |
| ) | |

   Defendant, ROBERT F. KANE, joins Defendant Security Aviation's Opposition to Motion in Limine Regarding Relevant Defenses (Docket 238-1).

   DATED this 11th day of May, 2006 at Anchorage, Alaska.

                              LAW OFFICE OF PAUL D. STOCKLER
                              Counsel for Defendant Kane

                              By: s/ Paul D. Stockler
                                  1309 W. 16th Avenue
                                  Anchorage, Alaska  99501
                                  Phone: (907) 277-8564
                                  Fax: (907) 272-4877
                                  E-mail: paulstockler@aol.com
                                  Alaska Bar No.: 8606032

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan
James L. Kee
Kevin T. Fitzgerald
Robert C. Bundy
Allen F. Clendaniel

s/ Paul D. Stockler

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877