DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       james.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **RESPONSE OF THE UNITED** |
| | ) | **STATES TO SECURITY** |
| vs. | ) | **AVIATION'S MOTION IN** |
| | ) | **LIMINE REGARDING** |
| ROBERT F. KANE, | ) | **CHARLES WATSON** |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States files with the court a Response to Security Aviation's

Motion in Limine Regarding government expert Charles Watson.  For the reasons

set forth below, the motion should be denied.

First, the government takes issue with the statement that "additional hardware for firing rockets from the launcher include "snap rings", and electrical igniters. Those statements are argument.

As to the ammunition issues, Security Aviation and Robert Kane's counsel illicited the questions concerning the availability of the ammunition and snap rings, etc. on the black market. Apparently not liking what they heard, Security Aviation moves to discount that testimony. Now, according to their latest filing they argue that the issue of ammunition availability is relevant to their defense.

The government responds that part of Security Aviation's defense lies in the false claim that the S-5 rockets are not commonly available in the Third World on the black market. A simple search via "Google" belies that claim. Indeed, it was the government's recollection that Mr. Watson's information regarding snap rings, rockets and igniters was based on personal experience and not based on any other authority. If that assumption is incorrect, the government will clarify that fact prior to trial, advise counsel, and prepare Mr. Watson accordingly.

In any event, the issue of rockets, snap rings and other arguable items is completely irrelevant to the charges facing the defendants. The court, no doubt due to the flood of motions arriving in chambers, has yet to rule on the Government's motion, in limine, seeking to preclude as a defense, *inter alia*, the

fact that no ammunition was not found during the course of the search. As stated in the government's motion, the lack of ammunition is not relevant. If the court so rules, Security Aviation will be barred from arguing this irrelevancy as a defense. Naturally, if they open the door, the government asserts that it will have every right to introduce Mr. Watson's testimony on that issue in response.

The government will await further instruction from the court on this issue and, as stated, will prepare Mr. Watson accordingly.

RESPECTFULLY SUBMITTED this 11th day of May, 2006 at Anchorage, Alaska.

> DEBORAH M. SMITH
> United States Attorney
>
> s/ Steven. E. Skrocki
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: steven.skrocki@usdoj.gov
>
> s/ James Barkeley
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11th, 2006
a copy of the foregoing was served
electronically on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
James Kee, & Paul Sockler.


s/ Steven E. Skrocki

Case 3:06-cr-00022-HRH    Document 249    Filed 05/11/2006    Page 4 of 4