

# DORSEY

ROBERT C. BUNDY
(907) 257-7853
FAX (907) 276-4152
bundy.robert@dorsey.com

May 9, 2006

Steven E. Skrocki                                   <u>VIA FACSIMILE</u>
Assistant United States Attorney
United States Attorney's Office
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567

     Re:   *United States vs. Security Aviation*, Case No. 3:06-CR-00022-JWS
           Evan J. Griffith

Dear Steve:

     As I am sure you know, we plan on calling Col. Evan J. Griffith to testify in the upcoming trial. Most of his testimony will be based on direct personal experience with air-to-surface weapons and weapons systems. To the extent any of his testimony requests an opinion, which may be considered to be an expert opinion, we provide the following summary:

     1.    <u>Colonel Griffith's Qualifications</u>: *Fighter Program Training Director for Security Aviation, Inc.* USAF Colonel (Ret.). Former 21st TFW Commander (Elmendorf), former USAF Fighter Weapons School instructor, former Asst DO of 57th FWW (Nellis AFB) in charge of F-4 and F-15 Fighter Weapons Schools and F-5 Aggressor Squadrons, Commander of the F-15 Air Combat Evaluation/Air Intercept Missile Evaluation (ACEVAL/AIMVAL) operational test force and chief engineer of the test development phase of the effort, former engineer and OT&E pilot on USAF inventory missile upgrade programs, new missile development efforts, fire control systems upgrades, aerial gun systems and specification development for the AMRAAM and ASRAAM air-to-air missiles. Graduate of Air Command and Staff College (by extension education), Marine Command and General Staff College in attendance and attendance at the National War College in Washington, D.C. Three tours in SE Asia flying F-4C, D, E aircraft, nearly 500 hours of combat time in all fighter missions in the Vietnam theatre, over 2,500 hours in the F-4, 1,000 hours in the F-15 as well as flying experience in many other fighter type aircraft. Colonel Griffith has flown upwards of 30 different types of aircraft.

     2.    Colonel Griffith will testify about all of the components needed to operate a functioning air-to-surface rocket weapon. These include: (1) an aircraft with a functioning electrical and electronic system; (2) means to provide a signal from the cockpit of the aircraft to each individual rocket; these include cockpit weapons release panel and associated electronics and an inter-valometer and associated circuitry; (3) a sighting mechanism and associated electronics and circuitry to enable the rockets to be fired so as to hit a target; (4) a carrying mechanism such as a pylon for affixing to the aircraft; (5) appropriately wired rocket pods; (6) a holding device, such as a snap ring in each individual rocket to hold the rocket; (7) a "squib" or wiring device to connect the firing circuit to the rocket; (8) a rocket that contains an ignition

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA  CANADA  EUROPE  ASIA

MAY 09 2006 15:25                                   9072577801              PAGE.02



Steve E. Skrocki
May 9, 2006
Page 2

device so that the propellant in the rocket can be ignited; (9) a rocket with a propellant; (10) a device for insuring measurement and elimination of stray voltage which could ignite the rocket on connection with the aircraft; (11) other items necessary to lift, hold and load rockets and pods onto the aircraft.

He is expected to testify that in his opinion it would be very difficult to use the pods in question as true weapons to expel a projectile by means of a propellant.

Colonel Griffith will rely on his own extensive experience with studying, loading and firing air-to-surface missiles as well as materials reviewed in the course of this matter, including the report of Bernd Rehn and materials in the public record.

Very truly yours,

Robert C. Bundy

cc: Mark Avery
    Paul Stockler
    Kevin Fitzgerald

DORSEY & WHITNEY LLP

MAY 09 2006 15:25                                    9072577801           PAGE.03