

ROBERT C. BUNDY
(907) 257-7853
FAX (907) 276-4152
bundy.robert@dorsey.com

May 9, 2006

Steven E. Skrocki                                    <u>VIA FACSIMILE</u>
Assistant United States Attorney
United States Attorney's Office
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567

    Re:    *United States vs. Security Aviation*, Case No. 3:06-CR-00022-JWS
            John Willie Spencer

Dear Steve:

    We plan on calling John Willie Spencer to testify about his observation and knowledge of the activities at Security Aviation, Inc.'s hangar in Palmer, and other relevant matters. He may also testify about his knowledge of air-to-surface weapons systems. Mr. Spencer spent four years in the Army as an aircraft mechanic in an attack helicopter battalion in which he was trained on and serviced, among other weapons systems, air-to-surface missiles. He then spent six years as a civilian working with Raytheon Corporation on a military contract for "special operations forces support activity." In that capacity, he modified and maintained aircraft for special forces operations, including air-to-surface weapons systems. Mr. Spencer had a secret security clearance for his operations.

    Mr. Spencer is expected to testify about the components needed to operate a functioning air-to-surface rocket weapon, including the aircraft with its electronic and electrical components, the electrical circuitry complete to the rocket motor, the holding device and the rocket pod, the aiming and control mechanisms. He is also expected to testify that, in his expert opinion, the rocket pods at the Palmer hangar were not readily convertible into a true rocket weapon.

                                                                  Very truly yours,

                                                                  Robert C. Bundy

cc:    Mark Avery
        Paul Stockler
        Kevin Fitzgerald

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA  CANADA  EUROPE  ASIA