IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER ON SECOND** |
| | ) | **MOTION TO COMPEL IN** |
| vs. | ) | **LIMINE REGARDING** |
| | ) | **DISCLOSURE OF DEFENSE** |
| ROBERT F. KANE, | ) | **EXPERT TESTIMONY,** |
| a/k/a "COMMANDER KANE," and | ) | **REPORTS AND IDENTITY** |
| SECURITY AVIATION, INC., | ) | **OF EXPERTS** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered the second motion filed by the United States to Compel Defense Expert Testimony, Reports and Identity of Experts, IT IS HEREBY ORDERED that the defendant shall provide the above-request materials within ___ business days or will be precluded from presenting such material at trial.

IT IS SO ORDERED.

DATED this ____ day of May, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE