IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00022-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER ON MOTION TO** |
| | ) | **COMPEL IN LIMINE** |
| vs. | ) | **REGARDING DISCLOSURE** |
| | ) | **OF DEFENSE EXPERT** |
| ROBERT F. KANE, | ) | **TESTIMONY, REPORTS** |
| and SECURITY AVIATION, INC., | ) | **AND IDENTITY OF** |
| | ) | **EXPERTS** |
| Defendants. | ) | |
| | ) | |
| | ) | |

Having considered the motion filed by the United States to Compel Defense

Expert Testimony, Reports and Identity of Experts, **IT IS HEREBY ORDERED**

that the defendant shall provide the above-request materials within three business

days or will be precluded from presenting such material at trial.

DATED this 12th day of May 2006, at Anchorage, Alaska.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE