**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *ROBERT F. KANE, et al.*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:06-cr-00022 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  May 12, 2006

---

At docket 250, plaintiff moves to compel defendant Security Aviation, Inc. to provide expert witness reports. Security responds at docket 254, indicating that it has provided a written summary of expert testimony. The court has reviewed the material provided respecting witnesses Evan J. Griffith and John Willie Spencer. The material provided is all that is required by Fed. R. Crim. P. 16(b)(1)(C). Accordingly, the motion at docket 250 is **DENIED**.