### MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   ROBERT F. KANE, et al.

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:06-cr-00022-JWS

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The order at docket 255 granted an unopposed motion at docket 194 and required defendant Kane to provide expert witness information. The court used a proposed order provided by plaintiff to create the order at docket 255.  Upon further examination, the court finds that the order at docket 255 may be subject to misinterpretation.

The order  at docket 255 is hereby **CLARIFIED** to indicate that it requires no more and no less than what is required by Federal Rule of Criminal Procedure 16.  In particular the order at docket 255 shall be read to require the provision of "a written summary of any testimony that the defendant intends to use under Rules 702, 703 or 705" which summary "must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications." Fed. R. Cr. P. 16(b)(1)(C).   The information provided need not take the form of  a report created by the witness himself, as might be implied from the original language in the order at docket 255.

DATE: May 12, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]