DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
        james.barkeley@usdoj.gov

Attorneys for the Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE** |
| | ) | **OF PROVIDING REVISED** |
| vs. | ) | **EXPERT REPORT** |
| | ) | **REGARDING DEFENDANT'S** |
| ROBERT F. KANE, | ) | **MOTION IN LIMINE ON** |
| a/k/a "COMMANDER KANE," and | ) | **EXPERT EARL GRIFFITH** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |


        This notice is submitted in order to clarify an election now made by the

United States in its case and chief, concerning the evidence, it will present at trial

under the statutory definition of "destructive device."

The election by the United States was made in response to defendant's motion in limine on expert Earl Griffith. The only correction to the report was made after the United States was made aware by counsel for defendant Security Aviation that the report was not directed at whether the rocket launchers could "be readily converted" to fire a destructive device.  Seeing that the defense was correct, government counsel instructed that the report be corrected to accurately reflect what was already stated in the report (Attached as Exhibit 1), which, at page 3, paragraph 3 states, "the result, ultimately, would be the delivery of an electrical signal through the electrical wires of loaded S-5 rockets, resulting in the rocket's ignition and launching."  This conclusion was in the original report provided to the defense and essentially states that the launchers can expel a rocket without modification.  Accordingly, government counsel requested the report be changed both in response to the defense concern and in order to more fully comply with report's conclusion.

Additionally, the government will advises the court and the parties that it will not be offereing expert testimony with regard to "readily converted", but will focus on the statutory language of "will (or could)…" fire a projectile.

It is not expected that the correction will in any way prejudice the defendants

in this case. In fact, the elimination of the "readily converted to" issue narrows the

focus of trial for both parties and, inasmuch as this conclusion was already present

in the report there is no prejudice resulting from the change.

      RESPECTFULLY SUBMITTED this 12th day of May, 2006 at

Anchorage, Alaska.

                         DEBORAH M. SMITH
                         United States Attorney

                         s/ Steven. E. Skrocki
                         Assistant U.S. Attorney
                         222 West 7th Ave., #9, Rm. 253
                         Anchorage, AK 99513-7567
                         Phone: (907) 271-5071
                         Fax: (907) 271-1500
                         E-mail: steven.skrocki@usdoj.gov

                         s/ James Barkeley
                         Assistant U.S. Attorney
                         222 West 7th Ave., #9, Rm. 253
                         Anchorage, AK 99513-7567
                         Phone: (907) 271-5071
                         Fax: (907) 271-1500
                         E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8th, 2006
a copy of the foregoing was served
electronically on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
James Kee, & Paul Sockler.

s/ Steven E. Skrocki