MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *ROBERT F. KANE, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cr-00022 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: May 14, 2006

This order CORRECTS a posting/docketing error at docket number 267. When selecting the motions to which the order pertained, the motion at docket 206 was INCORRECTLY selected. The order at docket 267 addresses the motions at docket numbers 184 and **203**. For clarification purposes and to further correct the docket, the summary reflected on the docket sheet should read:

> ORDER finding as moot 184 Motion in Limine as to Robert F. Kane (1); finding as moot 203 Motion in Limine to Preclude Testimony of BATF Inspector Gary Schaible as to Security Aviation, Inc. (2)