MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *ROBERT F. KANE, et al.*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:06-cr-00022 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  May 14, 2006

    At docket 206, defendant Security Aviation, Inc. ("Security") has moved for an order excluding a DVD which purports to show Mark Avery, owner of Security, presenting a gift to defendant Robert F. Kane, which is an F4-U Corsair (a World War II vintage military aircraft).  Although trial is set to start on Monday, and it is now Sunday, there has been no response filed by the United States.

    After reviewing the motion, the court can conceive of no way in which the evidence is relevant, and even if relevant, why it would not be excluded under Rule 403.  Accordingly, the motion at docket 206 is **GRANTED** without prejudice to the possible proffer of the evidence described in the paragraph below.

    Because the United States had little time in which to respond to the motion at docket 206, its failure to do so may be excused.  If the United States really believes that the DVD is relevant and admissible and it wishes to expend the time necessary to do so, the United States may make a proffer outside the presence of the jury at a convenient time during the presentation of its case in chief.  At that time the court will hear argument from all parties regarding admission of the DVD.
.