IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) |
| ROBERT F. KANE and<br>SECURITY AVIATION, INC. | ) |
| Defendant. | ) Case No. 3:06-cr-022-JWS-JDR-2 |

## ORDER ON SMITH'S
## MOTION FOR RECONSIDERATION

The motion for reconsideration at docket _____ filed on behalf of Allen H. Smith, III is GRANTED. This court finds good cause to hold a <u>Kastigar</u> Hearing on _____, 2006 at _____.

DATED: _____     _____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE