UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Hearing Date: 05/18/2006 |
| Plaintiff/Petitioner | : |
| | : CAUSE NO. 3:06-CR-00022JWSJDR2 |
| v. | : |
| | : |
| ROBERT F. KANE AKA | : |
| "COMMANDER KANE, AND | : AFFIDAVIT OF ROBERT H. SMITH, III |
| SECURITY AVIATION, INC., | : RE SUBPOENA SERVICE ISSUE |
| | : |
| Defendant/Respondent | : |

### AFFIDAVIT

The undersigned, being first duly sworn, on oath deposes and says: That he is a 57 year old, 6-4 tall, 190 pound white male with grayish brown hair and a mustache. On the 26th day of April, 2006, at 9:20 a.m., this affiant was at his place of employment in King of Prussia, Pennsylvania and was not at his residence at 2625 Church Road, Glenside, Montgomery County, PA. Affiant further attests that he was not personally served a subpoena on the 26th day of April, 2006, at 9:20 a.m. directing him to appear to testify in the above matter, nor was he personally served a subpoena at any other time prior to the signing of this Affidavit directing him to appear at trial to testify in the above matter.

Affiant hereby states under penalty of perjury under the laws of the State of Pennsylvania that the statement above is true and correct.

_____
Allen H. Smith, III

Subscribed and Sworn to before me this 16th day of May, 2006

_____
NOTARY PUBLIC in and for the State of Pennsylvania

NOTARIAL SEAL
KIMBERLY A. COLLINS
Notary Public
UPPER MERION TWP, MONTGOMERY COUNTY
My Commission Expires Sep 30, 2009

EXHIBIT "A"