

EXHIBIT "B"