IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ROBERT F. KANE and | ) |
| SECURITY AVIATION, INC. | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) Case No. 3:06-cr-022-JWS-JDR-2 |

## NOTICE OF WITHDRAWAL

        Allen H. Smith, III by and through his attorneys D. Scott Dattan and Duane D. Werb, hereby gives notice that the Motion for Reconsideration at dockets 277 and 278 is withdrawn.

        Dated this 17th day of May, 2006.

        s/D. Scott Dattan
        Attorney for Defendant, Allen H. Smith, III
        2600 Denali Street, Suite 460
        Anchorage, Alaska 99503
        Phone: 907-276-8008
        E-Mail: dattan@alaska.net
        Alaska Bar No: 8411111

        -AND-

        Duane D. Werb (DE No.1042)
        300 Delaware Avenue, 13th Floor
        P. O. Box 25046
        Wilmington, DE 19899
        Telephone: (302) 652-1100
        Facsimile: (302) 652-1111
        E-mail: dwerb@werbsullivan.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven E. Skrocki<br>Assistant U.S. Attorney<br>Federal Building U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska 99513-7567 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma 73533 |

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgeral
813 West 3rd Avenue
Anchorage, Alaska 99501

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Robert Bundy
Allen F. Clendaniel
Dorsey & Whitney LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501

s/D. Scott Dattan_____