IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT F. KANE and )<br>SECURITY AVIATION, INC. )<br>)<br>    Defendant. )<br>_____) | Case No.  3:06-cr-022-JWS-JDR-2 |

### ORDER ON SMITH'S
### MOTION FOR RECONSIDERATION

The motion for reconsideration at docket _____ filed on behalf of Allen H. Smith, III is GRANTED.  This court finds good cause to hold a <u>Kastigar</u> Hearing on _____, 2006 at _____.


DATED:  _____        _____
                                                                   JOHN W. SEDWICK
                                                                   U.S. DISTRICT JUDGE