MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *ROBERT F. KANE, et al.*

THE HONORABLE JOHN W. SEDWICK             CASE NO. 3:06-cr-00022 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**             Date:  May 19, 2006

    On **May 22, 2006**, at **8:00 a.m.**, the court will hold a hearing on Allen H. Smith's motion at docket 280 seeking reconsideration of the court's order respecting his testimony at trial.  The Clerk will please be certain that this order is served on Mr. Smith's lawyer, D. Scott Dattan, as well as upon counsel for the parties.