DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT F. KANE, )<br>and SECURITY AVIATION, INC., )<br>)<br>Defendants. )<br>)<br>_____ ) | No. 3:06-cr-022-JWS<br><br>**GOVERNMENT'S PROPOSED**<br>**SUPPLEMENTAL JURY**<br>**INSTRUCTION NO. 4** |

   The United States, by and through counsel, hereby requests that the Court

instruct the jury in accordance with the following supplemental jury instruction:

## SUPPLEMENTAL JURY INSTRUCTION NO. 4

Ladies and gentlemen, you are hereby instructed that under Counts 1, 2, & 4 of the First Superseding Indictment, the United States must prove beyond a reasonable doubt that Exhibits 9-1 and 9-2 (the rocket launchers) are "destructive devices" under 26 U.S.C. § 5845(f)(2). Under that statute, a "destructive device" is:

"...(2) any type of weapon by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, the barrel or barrels of which have a bore of more than one-half inch in diameter... The term "destructive device" shall not include any device which is neither designed nor redesigned for use as a weapon..."

In order to prove that Exhibits 9-1 and 9-2 are destructive devices, the government does not need to prove the existence, availability, or operational capability of any aircraft or rockets which could have been used by defendant(s) in conjunction with the rocket launchers. You may, however, consider evidence of the existence, availability, or operational capability of such aircraft or rockets for the limited purpose of determining whether either or both defendants had knowledge of the characteristics of the rocket launchers which make the rocket launchers subject to regulation under federal law, i.e., whether the defendant(s) knew that the rocket launchers have a bore size larger than one-half inch, and whether the

defendant(s) knew that the rocket launchers will, or may be readily converted to, expel a projectile by the action of an explosive or other propellant.

You are further instructed that the United States does not need to prove that the defendant(s) knew that their possession of the rocket launchers was illegal; nor does the United States need to prove that the defendant(s) knew that the destructive device had not been registered in the National Firearms Registration and Transfer Record. The United States is not required to prove that the rocket launchers will, or could be readily converted to, expel a projectile by the action of an explosive or other propellant, from the wing of an aircraft.

Finally, you are instructed that the United States need not prove that either or both defendants intended to use the rocket launchers as destructive devices. You may, however, consider evidence of the defendant(s)' intended use of the rocket launchers for the limited purpose of determining whether either or both defendants had knowledge of the characteristics of the rocket launchers which make the rocket launchers subject to regulation under federal law, i.e., whether the defendant(s) knew that the rocket launchers have a bore size larger than one-half inch, and whether the defendant(s) knew that the rocket launchers will, or may be readily converted to, expel a projectile by the action of an explosive or other propellant.

Order from Chambers At Docket 257
 26 U.S.C. § 5845(f)(2)
Rogers v. United States, 522 U.S. 252, 254-255 (1988)
United States v. Freed, 401 U.S. 601 (1971)
United States v. Rushcamp, 526 F.2d 1380, 1382 (6th Cir. 1975)

RESPECTFULLY SUBMITTED this 24<u>th</u> day of May, 2006 at Anchorage, Alaska

DEBORAH M. SMITH
Acting United States Attorney

<u>s/ Steven. E. Skrocki</u>
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

<u>s/ James Barkeley</u>
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2006
a copy of the foregoing was served
fax on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
& Paul Sockler.

<u>s/ Steven E. Skrocki</u>