DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       james.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S** |
| | ) | **OPPOSITION TO** |
| vs. | ) | **PROPOSED "NO DUTY TO** |
| | ) | **INQUIRE" JURY** |
| ROBERT F. KANE, | ) | **INSTRUCTION** |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | filed on shortened time |
| Defendant. | ) | |

COMES NOW the United States by and through counsel and files its

and hereby opposed the above-referenced supplemental jury instruction tendered

by the defense on May 24th, 2006.

As stated in chambers, the United States' view is that the proposed instruction is wholly unsupported by law. The two cases sited by the defense, Heredia and Kelm are irrelevant; both cases involved the impropriety of issuing a Jewell instruction. Essentially, if the jury is given the proposed instruction, it would be told as a matter of law that there is no duty to inquire, when Staples left that precise question undecided for weapons such as the rocket launchers at issue in this case. If the instruction is given, it would amount to an instruction not to convict, because the entire defense has been premised upon "assumed" demilitarization in accordance with law, and constant references to the vagueness of the term "demilitarization." Issuing this instruction would be particularly improper in light of the defense's rejection of any instruction defining the term "demilitarization."

RESPECTFULLY SUBMITTED this 25th day of May, 2006 at Anchorage, Alaska

DEBORAH M. SMITH
United States Attorney

s/ James Barkeley
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: james.barkeley@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2006 a copy of the foregoing was served electronically on Robert Bundy, Allen Clendaniel, Kevin Fitzgerald, James Kee, & Paul Sockler.

s/ Steven E. Skrocki