Defendant's

**LIST OF EXHIBITS**

(Rev 4/06)

------------------------------------------------------------------------------------------------------

Case No.  3:06-CR-00022-01-02-JWS          Judge:    **JOHN W. SEDWICK**

Title       UNITED STATES OF AMERICA

vs.

       ROBERT F. KANE and SECURITY AVIATION, INC.

Dates of Trial:      May 15, 2006   Thru   May  26 , 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Steve Skrocki | Kevin T. Fitzgerald, Paul Stockler, James L. Kee Michael R. Spaan for Defendant Kane |
| James Barkeley | Robert C. Bundy and Allen F. Clendaniel for defendant Security Aviation, Inc. |
|  |  |

-------------------------------------------------------------**EXHIBITS**-------------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | A-1 |  |  | ebay Ad |
|  |  |  |  | A-2 |  |  | 5/10/06 ebay AD |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  | AA |  |  |  |
|  |  |  |  | AB |  |  |  |
|  |  |  |  | AC |  |  |  |
|  |  |  |  | AD | x | 5/22 | Photo-Controls |
|  |  |  |  | AE |  |  |  |
|  |  |  |  | AF |  |  |  |

**Case No: 3:06-CR-00022-01-02-JWS          Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | AG | | | |
| | | | | AH | | | |
| | | | | AI | | | |
| | | | | AJ | X | 5/19 | website - ATF |
| | | | | AK | X | | Photo grenade launcher |
| | | | | AL | | | |
| | | | | AM | | | |
| | | | | AN | X | 5/17 | underwriting prospectus Excerpts |
| | | | | AO | | | |
| | | | | AP | | | |
| | | | | AQ | | | |
| | | | | AR | | | |
| | | | | AS | | | |
| | | | | AT | | | |
| | | | | AU | | | |
| | | | | AV | | | |
| | | | | AW | | | |
| | | | | AX | X | 5/24 | correspondence Presentation |
| | | | | AY | | | |
| | | | | AZ | | | |

Case No: 3:06-CR-00022-01-02-JWS          Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B-1 | | | |
| | | | | B-2 | X | 5/23 | email |
| | | | | B-3 | X | 5/23 | email re patches |
| | | | | B-4 | | | |
| | | | | B-5 | | | |
| | | | | B-6 | X | 5/23 | email |
| | | | | B-7 | | | |
| | | | | B-8 | X | 5/23 | email 9/21/05 |
| | | | | B-9 | X | 5/23 | email |
| | | | | B-10 | | | |
| | | | | B-11 | | | |
| | | | | B-12 | X | 5/23 | email |
| | | | | B-13 | | | |
| | | | | B-14 | X | 5/23 | email |
| | | | | B-15 | | | |
| | | | | B-16 | X | 5/23 | email |
| | | | | B-17 | | | |
| | | | | B-18 | | | |
| | | | | B-19 | X | 5/23 | email |
| | | | | B-20 | | | |

**Case No: 3:06-CR-00022-01-02-JWS**     **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B-21 | | | |
| | | | | B-22 | | | |
| | | | | B-23 | | | |
| | | | | B-24 | | | |
| | | | | B-25 | | | |
| | | | | B-26 | | | |
| | | | | B-27 | | | |
| | | | | B-28 | X | 5/23 | eMail |
| | | | | B-29 | | | |
| | | | | B-30 | | | |
| | | | | B-31 | | | |
| | | | | B-32 | X | 5/23 | eMail |
| | | | | B-33 | | | |
| | | | | B-34 | | | |
| | | | | B-35 | X | 5/23 | email |
| | | | | B-36 | | | |
| | | | | B-37 | | | |
| | | | | B-38 | | | |
| | | | | B-39 | | | |
| | | | | B-40 | | | |

Case No: 3:06-CR-00022-01-02-JWS      Judge: JOHN W. SEDWICK

## PLAINTIFF

## DEFENDANT

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|------|----|----|------------------------|------|----|----|------------------------|
|      |    |    |                        | B-41 |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        | B-I  | X  | 5/24 | photo                |
|      |    |    |                        | B-K  | X  | 5/24 | photo                |
|      |    |    |                        | B-M  | Y  | 5/23 | email photo          |
|      |    |    |                        | B-N  | X  | 5/24 | photo                |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |
|      |    |    |                        |      |    |    |                        |

List of Exhibits

**Case No: 3:06-CR-00022-01-02-JWS**      **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C | | | |
| | | | | CP | | | |
| | | | | CQ | | | |
| | | | | CR-2 | x | | Report 302 |
| | | | | CF | x | 5/19 | report summary |
| | | | | CF-1 | x | 5/19 | Report Summary |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | D | | | |
| | | | | DF | x | 5/18 | Posting website |
| | | | | DH | x | 5/b2 | email re-employment |
| | | | | DI | x | | |
| | | | | DJ | x | 5/23 | |
| | | | | DR | x | 5/24 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS     Judge: JOHN W. SEDWICK**

| \ | PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | E-1 | | | |
| | | | | E-2 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS        Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | F-1 | | | |
| | | | | F-2 | | | |
| | | | | F-3 | | | |
| | | | | F-4 | | | |
| | | | | F-5 | | | |
| | | | | F-6 | | | |
| | | | | F-7 | | | |
| | | | | F-8 | | | |
| | | | | F-9 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS     Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | G-1 | X | 5/17 | Large photo of Security Av. hanger |
| | | | | G | X | 5/24 | Photo Security Aviation Hanger |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS     Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | H-1 |  |  |  |
|  |  |  |  | H-2 |  |  |  |
|  |  |  |  | H-3 |  |  |  |
|  |  |  |  | H-4 | X | 5/18 | Photo Rocket Pod |
|  |  |  |  | H-5 |  |  |  |
|  |  |  |  | H-6 | X | 5/17 | Photo |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**Case No: 3:06-CR-00022-01-02-JWS**          **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | A | X | 5/23 | Photo - ebay |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Commitment
List of Exhibits

**Case No: 3:06-CR-00022-01-02-JWS**    **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | I | | | |
| | | | | J | | | |
| | | | | K | | | |
| | | | | L | | | |
| | | | | M | | | |
| | | | | N | | | |
| | | | | O | | | |
| | | | | P | | | |
| | | | | Q | | | |
| | | | | R | | | |
| | | | | S | | | |
| | | | | T | | | |
| | | | | U | X | 5/22 | Photo - Gunsite |
| | | | | V | | | |
| | | | | W | | | |
| | | | | X | | | |
| | | | | Y | | | |
| | | | | Z | | | |
| | | | | | | | |
| | | | | | | | |