# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:06-cr-00022 JWS |
| | ) | |
| vs. | ) | VERDICT - Count 1 |
| | ) | |
| ROBERT F. KANE, and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

We, the jury in the above-captioned case, find defendant **ROBERT F. KANE** [not guilty / guilty] _____Not Guilty_____ of conspiracy to receive and possess an unregistered destructive device in violation of Title 18 United States Code, Sections 317 and 2, as charged in Count 1 of the Indictment.

DATED this _26_ day of _MAY_ 2006.

_____REDACTED SIGNATURE_____
JURY FOREPERSON