UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ROBERT F. KANE, and  )<br>SECURITY AVIATION, INC.,  )<br>  )<br>Defendants.  )<br>_____  ) | 3:06-cr-00022 JWS<br><br>VERDICT - Count 4 |

We, the jury in the above-captioned case, find defendant **ROBERT F. KANE** [not guilty / guilty] __Not Guilty__ of unlawful transportation of destructive devices in violation of Title 18 United States Code, Sections 922(a)(4) and 924(a)(1)(B), as charged in Count 4 of the Indictment.

DATED this __26__ day of __May__ 2006.

REDACTED SIGNATURE
_____
JURY FOREPERSON