**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff<br><br>v.<br><br>ROBERT F. KANE,<br><br>       Defendant | Case No. 3:06-CR-00022-01-JWS |

**JUDGMENT OF DISCHARGE**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

   __X__ The jury has returned its verdict, finding the defendant NOT GUILTY of the offense of Conspiracy to Receive and Possess an Unregistered Destructive Device as charged in count 1 of the First Superseding Indictment.

   __X__ The jury has returned its verdict, finding the defendant NOT GUILTY of the offense of Possession of Unregistered Destructive Devises as charged in count 2 of the First Superseding Indictment.

   __X__ The jury has returned its verdict, finding the defendant NOT GUILTY of the offense of Unlawful Transportation of Destructive Devices as charged in count 4 of the First Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged.

DATED at Anchorage, Alaska, this 30th day of May 2006.

REDACTED SIGNATURE
JOHN W. SEDWICK
United States District Judge

[JudgmentDischarge.frm]{DISCHARG.WPD*Rev.07/03}