Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>                Plaintiff,    )<br>                              )<br>         v.                   )<br>                              )<br>ROBERT F. KANE, a/k/a         )<br>"COMMANDER KANE," AND         )<br>SECURITY AVIATION, INC.,      )<br>                              )<br>                Defendants.   )<br>_____) | No. 3:06-cr-00022-001-JWS<br><br>**MOTION TO EXONERATE<br>BAIL AND RETURN OF<br>IDENTIFICATION<br>AND PASSPORTS** |

     Comes now, Robert F. Kane, by and through counsel of

record, Ingaldson, Maassen & Fitzgerald, P.C., and hereby

moves the court to exonerate the appearance bond posted in

the above-captioned matter for Mr. Kane on or about March

2, 2006.  Mr. Kane made all of his scheduled appearances

and was acquitted on all charges on May 26, 2006.

     One of the release conditions imposed upon Mr. Kane

during the pendency of the proceedings was that he not

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

possess any form of identification other than an Alaskan I.D.  Mr. Kane's wallet, including his identification and two passports were seized from his person by FBI agents upon his arrest and incarceration on February 2, 2006. These items, too, should be returned to Mr. Kane.[1]

Dated at Anchorage, Alaska June 1, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendant Kane

    s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/2/06,
a copy of the foregoing motion
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Motion to Exonerate Bail and Return of Identification & Passports.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

---

[1] The parties will be meeting soon to discuss the return of seized items. The result of these meetings may, in turn, prompt a subsequent motion pursuant to FRCP 41.
USA v. Kane, et al.
No. 3:06-cr-00022-001-JWS
Motion

Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROBERT F. KANE, a/k/a<br>"COMMANDER KANE," AND<br>SECURITY AVIATION, INC.,<br><br>                    Defendants.<br>_____ | )<br>)  No. 3:06-cr-00022-001-JWS<br>)<br>)<br>)<br>)  [PROPOSED] ORDER RE: MOTION<br>)  TO EXONERATE BAIL AND<br>)  RETURN OF WALLET INCLUDING<br>)  IDENTIFICATION AND<br>)  PASSPORTS<br>)<br>)<br>)<br>) |

     IT IS HEREBY ORDERED that the appearance bond posted

by defendant, Robert F. Kane, on or about March 2, 2006 is

exonerated.

     IT IS FURTHER ORDERED that all items seized from

Robert Kane's person upon his arrest on February 2, 2006,

including his wallet, identification and passports be

/ / /

/ / /

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. Kane, et al.
No. 3:06-cr-00022-001-JWS
[Proposed] Order re: Motion to Exonerate Bail
                    Page 1 of 2

returned.

    DATED this ___ day of _____, 2006 at Anchorage,

Alaska.

_____
The Honorable John W. Sedwick

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/2/06,
a copy of the foregoing motion
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\[Proposed] Order re Motion to Exonerate.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-001-JWS
[Proposed] Order re: Motion to Exonerate Bail