Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-01 JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF LODGING** |
| | ) | |
| ROBERT F. KANE, and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

    Comes now defendant, Robert F. Kane, and gives notice of lodging of his proposed order regarding motion to exonerate bail and return of wallet, including identification and passports (Docket 313), which is attached hereto as Exhibit A.

    Dated at Anchorage, Alaska June 5, 2006.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Notice

```
                              INGALDSON, MAASSEN &
                              FITZGERALD, P.C.
                              Counsel for Defendant Kane



                              s/Kevin T. Fitzgerald
                              ABA No. 8711085
                              813 West Third Avenue
                              Anchorage, AK  99501
                              Fax: (907) 258-8751
                              E-mail:
                              kevin@impc-law.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/5/06, a copy of the foregoing Notice was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Notice of Lodging.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-01 JWS
Notice