Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:06-cr-00022-001-JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER RE: MOTION |
| | ) | TO EXONERATE BAIL AND |
| ROBERT F. KANE, a/k/a | ) | RETURN OF WALLET INCLUDING |
| "COMMANDER KANE," AND | ) | IDENTIFICATION AND |
| SECURITY AVIATION, INC., | ) | PASSPORTS |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the appearance bond posted by defendant, Robert F. Kane, on or about March 2, 2006 is exonerated.

IT IS FURTHER ORDERED that all items seized from Robert Kane's person upon his arrest on February 2, 2006, including his wallet, identification and passports be returned.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-001-JWS
Order

Page 1 of 2


Exhibit A
Page 1 of 2 Pages

DATED this ___ day of _____, 2006 at Anchorage, Alaska.

                                                             _____
                                                             JOHN W. SEDWICK
                                                             U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/5/06,
a copy of the foregoing order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\[Proposed] Order re Motion to Exonerate Bail and Return of Wallet Including Identification and Passports.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-001-JWS
Order

Exhibit A
Page 2 of 2 Pages