Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )  No. 3:06-cr-00022-001-JWS<br>          Plaintiff,  )<br>  )<br>     v.  ) **ORDER RE: MOTION**<br>  ) **TO EXONERATE BAIL AND**<br>ROBERT F. KANE, a/k/a  ) **RETURN OF WALLET INCLUDING**<br>"COMMANDER KANE," AND  ) **IDENTIFICATION AND**<br>SECURITY AVIATION, INC.,  ) **PASSPORTS**<br>  )<br>          Defendants.  )<br>_____) | |

   IT IS HEREBY ORDERED that the appearance bond posted by defendant, Robert F. Kane, on or about March 2, 2006 is exonerated.

   IT IS FURTHER ORDERED that all items seized from Robert Kane's person upon his arrest on February 2, 2006, including his wallet, identification, and passports be returned.

   DATED this 5th day of June, 2006 at Anchorage, Alaska.

                                    /s/
                                    JOHN W. SEDWICK
                                    U.S. District Court Judge

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022-001-JWS
Order