D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska  99501
Phone:  (907) 274-3154
Fax:     (907) 272-5646
Alaska Bar No. 7811117

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>                        Plaintiff,             )<br>                                                             )<br>v.                                                         )<br>                                                             )<br>ROBERT F. KANE and                         )<br>SECURITY AVIATION, INC.              )<br>                                                             )<br>                        Defendants.        )<br>_____) | Case No. 3:06-cr-00022-JWS<br><br><br>**ANCHORAGE DAILY NEWS<br>AND KTUU-TV MOTION  FOR<br>ACCESS TO TRIAL EXHIBITS** |

Anchorage Daily News ("Daily News") and KTUU Channel 2 News ("KTUU"), (collectively referred to herein as the "Press"), by and through undersigned counsel, hereby request that the court order the Press be given prompt access to inspect and copy the exhibits introduced and admitted into evidence in the trial of this matter (the "Exhibits"). This motion is supported by the accompanying memorandum, and the declaration of Lisa Demer.  A proposed order is submitted herewith.

Dated:  June 15, 2006                         LAW OFFICES OF D. JOHN MCKAY
            Anchorage, Alaska                     /s/ D. John McKay                          
                                                              D. John McKay,  ABA No. 7811117
                                                              117 E. Cook Ave.
                                                              Anchorage, AK  99501
                                                              (907) 274-3154
                                                              mckay@alaska.net
                                                              Attorney for Anchorage Daily News, Inc.
                                                              and KTUU-TV

Certificate of Service

The undersigned certifies that on the 16th of June, 2006,
a true and correct copy of this document was served on

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building, U.S. Courthouse<br>222 W. 7th Ave., #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Robert C. Bundy<br>Allen F. Clendaniel<br>Dorsey & Whitney, LLP<br>1031 W. Fourth Ave.<br>Anchorage, Alaska 99501-5907 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 W. 3rd Ave.<br>Anchorage, Alaska 99501 |
| James L. Kee<br>Kee, Archer, & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 | |

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.

By:  /s/  D. John McKay
D. John McKay, ABA #7811117