D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska  99501
Phone:  (907) 274-3154
Fax:     (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
   and for KTUU-TV, Channel 2 News

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:06-cr-00022-JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING ACCESS** |
| ROBERT F. KANE and | ) | **TO TRIAL EXHIBITS** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

UPON MOTION OF the Anchorage Daily News and KTUU Channel 2 News, and being advised in the premises,   IT IS HEREBY ORDERED that those in possession of exhibits admitted at trial in the above-captioned case, including the court, U.S. Attorney, and the Defendants,  shall forthwith provide to the Daily News and to KTUU copies of these exhibits, or promptly make said exhibits available for copying by the Press.  If the Press requests copies of these documents in an electronic format, and the documents exist in such electronic format, they shall be made available in this format.

Dated: _____

                                          _____
                                          Hon. John Sedwick
                                          Chief U.S. District Judge

Certificate of Service
The undersigned certifies that on the 16th of June, 2006,
a true and correct copy of this document was served on

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building, U.S. Courthouse<br>222 W. 7th Ave., #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Robert C. Bundy<br>Allen F. Clendaniel<br>Dorsey & Whitney, LLP<br>1031 W. Fourth Ave.<br>Anchorage, Alaska 99501-5907 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 W. 3rd Ave.<br>Anchorage, Alaska 99501 |

James L. Kee
Kee, Archer, & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.


By:  /s/  D. John McKay
D. John McKay, ABA #7811117

-2-

*U.S. v. Kane, et al.*, Case No. 3:06-cr-00022 - JWS-JDR