D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska  99501
Phone:  (907) 274-3154
Fax:     (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
   and for KTUU-TV, Channel 2 News

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>                        Plaintiff,         )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>ROBERT F. KANE,  and                    )<br>SECURITY AVIATION, INC.,          )<br>                                                           )<br>                        Defendants.   )<br>_____) | Case No. 3:06-cr-00022-JWS |

**DECLARATION OF LISA DEMER
IN SUPPORT OF PRESS MOTION FOR ACCESS TO EXHIBITS**

    D. John McKay declares as follows:

    1.  I am a reporter for Anchorage Daily News ("Daily News"), and I have personal knowledge of the matters asserted herein.

    2.  As a reporter for the Daily News, I have been actively reporting since February about matters relating to Robert Kane and Security Aviation, including the above-captioned federal prosecution of these parties.  I attended most of the trial and related proceedings, and observed certain trial exhibits that were admitted and used in open court during the trial.  I would like to

review and use a number of these exhibits that were used during the trial, and have sought access to copies of them from the court and the parties.

 3. I have been advised that the court does not retain copies of the trial exhibits, and is therefore unable to provide me with a copy of these public records.

 4. I have asked the parties, who have possession and control of these documents, for copies. They have advised that they have no objection to the Press having copies, or to providing copies. The prosecutors have stated, however, that they are unwilling to provide copies without a court order expressly authorizing release of these documents. Defense counsel have indicated some willingness to provide copies in their possession, but to date have not done so. Specifically, I have spoken with U.S. Attorney Deborah Smith, for the government, as well as AUSA Steve Skrocki, and to defense attorneys Paul Stockler and Allen Clendaniel. All have indicated they would concur in or non-oppose the Press request for access to these documents.

 5. Upon information and belief, most if not all of these documents are available in, and were used in, an electronic format such as .pdf. Obtaining the documents in such format would be more useful and convenient to me than obtaining them in another (e.g., paper) format. I assume it would be most convenient for the parties to send them to me in this format as well, but in any event, I know of no reason why doing so would cause any undue burden or prejudice.

 6. I declare under penalty of perjury that the foregoing is true and correct.

 Executed this __16th__ day of June, 2006, at Anchorage, Alaska.

             By: ___/s/ Lisa Demer_____

*U.S. v. Kane, et al., Case No. 3:06-cr-00022 –JWS-JDR*
Declaration of Lisa Demer In Support of Press Motion for Access to Exhibits    **Page 2**

## Specific Exhibits, Admitted At Trial, Sought By Anchorage Daily News

While there should be public access to all admitted trial exhibits, and without waiving the right to obtain exhibits not noted below, the following are the admitted trial exhibits being sought at this time by Anchorage Daily News:

### Defense exhibits:

| | |
|---|---|
| A-N | Prospectus for insurance underwriters |
| A-X | Correspondence |
| C-F, C-F-1 | Report summary |
| D-H | Email on re-employment |

### Government exhibits

| | |
|---|---|
| 0-1, 0-1-3 | Photos |
| 0-16 | Photo |
| 0-20 | E-mail |
| 6-14, 6-15, 6-16 | E-mail correspondence |
| 6-17, 6-19, 6-20 | E-mail correspondence |
| 8-1, 8-2 | Information on rockets |
| 9-3-187 | Technical diagrams |
| 12-1, 12-2 | Photos of rockets |
| 19-2, 19-3 | Photos |
| 19-4, 19-6 | Photos |
| 19-14, 19-22 | Photos |
| 19-25, 19-24 | Photos |
| 19-26, 19-32 | Photos |
| 19-33, 9-35 | Photos |
| 20-1 | White Paper |
| 20-2 | PowerPoint |

.

Certificate of Service

The undersigned certifies that on the 16th of June, 2006,
a true and correct copy of this document was served on

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building, U.S. Courthouse<br>222 W. 7th Ave., #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Robert C. Bundy<br>Allen F. Clendaniel<br>Dorsey & Whitney, LLP<br>1031 W. Fourth Ave.<br>Anchorage, Alaska 99501-5907 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 W. 3rd Ave.<br>Anchorage, Alaska 99501 |
| James L. Kee<br>Kee, Archer, & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 | |

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.


By:  /s/  D. John McKay
D. John McKay, ABA #7811117