MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA* v. *ROBERT F. KANE, et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:06-cr-00022 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  July 20, 2006

At docket 318, the Anchorage Daily News (ADN) and KTUU Channel 2 News (KTUU) moved for an order making the exhibits which were admitted in evidence at trial available for inspection and copying. No party has opposed the motion, and upon review, the court finds that it has merit. Pursuant to D.Ak.LR 39.3(a)(10), the exhibits were entrusted to the care of counsel following the return of the jury verdict. The court does not have copies of the exhibits.

The motion at docket 318 is **GRANTED** as follows:

1) Counsel for each party shall make the exhibits in his possession available for inspection by representatives of ADN and KTUU at a mutually agreeable time and location within the next 20 days.

2) If counsel for plaintiff cannot agree with ADN and KTUU as to a time and place, then the United States' exhibits shall be made available in the offices of the United States Attorney at 9:00 AM on August 7, 2006.

3) If counsel for defendant Kane cannot agree with ADN and KTUU as to a time and place, then Kane's exhibits shall be made available in the office of Kane's counsel at 9:00 AM on August 8, 2006.

4) If counsel for defendant Security Aviation, Inc. ("SA") cannot agree with ADN and KTUU as to a time and place, then SA's exhibits shall be made available in the office of SA's counsel at 9:00 AM on August 9, 2006.

5) If an exhibit exists in electronic format, then ADN and KTUU may view it and copy it in that format.

6) If ADN and KTUU wish to make copies of an exhibit, they shall arrange and pay for the copying.