Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Robert F. Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cr-00022 JWS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ENTRY OF APPEARANCE** |
| ) | |
| ROBERT F. KANE, and ) | |
| SECURITY AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Comes now Kevin T. Fitzgerald, and enters his appearance of record on behalf of defendant Robert Kane and requests that future copies of all correspondence and pleadings be served upon him at Ingaldson, Maassen & Fitzgerald, P.C., 813 West Third Avenue, Anchorage, Alaska 99501.

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022 JWS
Entry of Appearance

Dated at Anchorage, Alaska September 13, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendants


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on ____9/13/06____,
a copy of the foregoing Entry
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Entry.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. Kane, et al.
No. 3:06-cr-00022 JWS
Entry of Appearance