# U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

On (date)  _2/2/06_

At (time)  _5:00pm_

(Name)  _Maria Karen G. Kane_

(Location)  6212 Magnaview Drive, Eagle River, AK

Item(s) listed below were:

[X] Received From
[ ] Returned To
[ ] Released To
[ ] Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | Filipino Government Documents |
| 2 | Filipino Government Documents |
| 3 | Philippine Coast Guard Auxiliary App & Resume |
| 4 | Security Aviation memo & invoice dated 12/12/05 |
| 5 | Photo, Robert Kane (Philippine Coast Guard Aux Uniform) |
| 6 | Philippine Nat'l ID Certificates of appreciation in name variation |
| 7 | memorandum of understanding by Stewart Koral agreement between Cecilia M Glassmeyer anf ASUSI.  Fax memo between Admiral Loral and Capt Robert Kane |
| 8 | letters dated 7/15/03, re Int'l trng (incl FBI) |
| 9 | pink folder containing misc. Philippine docs & photos |
| 10 | JAN MALLORY ASAC BUSINESS CARD WITH RECORDER |
| 11 | International Driving document for Robert Kane.  International driving permit |
| 12 | Itinerary/Flight information from Anchorage to the Bahamas.  Receipt for Wyndham  Nassau Resort in Bahamas |
| 13 | Greek Passport (M836150) with the photograph of Maria Karen Kane |
| 14 | letter from congregation B'nai Shalom Alex Sefre paper with international numbers.  List of house addresses on yellow pad James L Dozier @ customs.treas.gov on yellow pad |
| 15 | American network paperwork fuel requirement agreement sales contract promissory note, security aviation inc. paperwork. Copy of a check for $6000 USD |
| 16 | dog tags name R F Kane |
| 17 | U.S. military medals/Civil Air Patrol ID card Name: Robert F Kane |
| 18 | fugitive recovery agent/bail enforcement agent - badges/cred |
| 19 | Bruce's custom covers packing slip |
| 20 | Philippine Bank statements in manilla folder |

*Page 1 of 3*

Exhibit _1_
Page _1_ of _6_ Pages

| ITEM# | DESCRIPTION |
|---|---|
| 21 | manilla envelope w/Brandness, Brandness & Rudd, PC and E911 paperwork |
| 22 | Blue folder with Italian Visa documentation name of Kane |
| 23 | Black nylon folder/binder w/info re Fitzoil, contracts, emails, paperwork from UAE |
| 24 | paper notes/envelope w/handwritten phone numbers |
| 25 | registration for Mercedes |
| 26 | plastic bag containing receipts (personal) |
| 27 | manilla envelope containing receipts |
| 28 | Security Aviation Prospectus |
| 29 | Manilla file folder with Mercedes sale information |
| 30 | Black calendar book w/addresses and phone numbers. Memo re application for employment from NSA, receipt from USCS for $6000 BA Savings bank debit |
| 31 | fax - bill of sale 7/26/01 for Robert Kane purchase 45 handgun - 12 gauge shotgun and 223 cal 5.56 |
| 32 | Nisc documents re Kane ID, Philippine Coast Gd |
| 33 | 2 letters (atty James Lee) re Robt Kanes assoc with FBI |
| 34 | Terrorism related documents |
| 35 | Black file binder financial documents |
| 36 | financial documents Re: Kane |
| 37 | wire transfer receipts - Western Union wire traqnsfer receipts - in the name of Robert Kane.  Misc Philippine receipts |
| 38 | (1) SILENCER - BLACK IN COLOR - WITH THREADED END FOR .45 CAL SEMI-AUTO |
| 39 | Law enforcement agency t-shirts |
| 40 | plastic bag containing law enforcement patches |
| 41 | dark blue police raid jacket and pants and fugitive recovery raid jacket |
| 42 | Las Vegas FBI sweatshirt |
| 43 | Philippine Coast Guard auxillary cap |
| 44 | HP Pavilion 700 serial number MX15163297 |
| 45 | H & K 40 CAL SEMI-AUTOMATIC HANDGUN SERIAL NUMBER 22-088051 AND ONE MAGAZINE. |
| 46 | DELL MODEL # DCTR Serial number JTGOV61 |

*Page 2 of 3*



| ITEM# | DESCRIPTION |
|-------|-------------|
| 47 | Ammunition - 40 cal smith & wesson-13 rounds |
| 48 | white - Apple I book G4 |
| 49 | Apple power book G4 - silver in color |
| 50 | SONY Vaio laptop - found in poor condition |
| 51 | SONY VAIO mini tower - model PCV L629 |
| 52 | Lifeguard Alaska transport information sheets  dated 2003 - 2005 |

**(END OF LIST)**

Total of 52 Item(s) Listed

Received by: _____
(Signature)

Received from: _____
(Signature)

*Page 3 of 3*

Exhibit _____1_____
Page___3___ of ___6___ Pages

FD-597 (Rev 8-11-94)                                                    Page ___/___ of ___/___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _2720-AN-14347_

On (date) FEBRUARY 2, 2006

item(s) listed below were:
- ☒ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) _Maria Isaura G. Kane_

(Street Address) _6212 Magnuson Dr_

(City) _Eagle River, Ak_

Description of Item(s):

Item 53 Flybook Computer w/cables   Ser# A303051005093

Item 54 Seagate 100 GB harddrive   Ser# 3LG01LTV

Item 55 Sony Case with 7 memory sticks

Item 56 Wallet with credit cards & FBI-SWAT coin (LV)

Item 57 Flash memory cards (2 cards - 1 Lexar jumpdrive)

Item 58 Misc paperwork & "Top Secret" files - misc.
paperwork includes Certificate of Documentation for a
vessel; Boat Registration application; (1) CO
dated 9/21/05 for an L-39 & 6 □; Fed-Ex
slip to Robert Coffin dated 4/2/02. (4)
folders labeled M1-6, some contain documents; (2)
folders marked w/ CIA Srl. (1) folder marked
National Intelligence Agency; (2) folders marked UN;
(1) folder containing a case report on Pedro Predo; (1)
folder containing flight information for Doug Lewis & Robert
Kane

Received By: _(Signature)_     Received From: _(Signature)_

Exhibit _1_
Page _4_ of _6_ Pages

FD-597 (Rev 8-11-94)

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _272D-AN-14342_

On (date) _2/2/2006_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _MARIA KAREN G. KANE_

(Street Address) _6212 MAGNAVIEW DR_

(City) _EAGLE RIVER, AK_

Description of Item(s):

ITEM 59: $3900.00 US CURRENCY

ITEM 60: $16,400.00 U.S. CURRENCY

ITEM 61: $1,700.00 U.S. CURRENCY

Received By: _____    Received From: _____
(Signature)                                              (Signature)

Exhibit _1_
Page _5_ of _6_ Pages

FD-597 (Rev. 8-11-94)

Page 4 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 2720-AN-14342

On (date) 2/2/06

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Black Tahoe - Registered to RPS - Ak license ESS580

(Street Address)

(City)

Description of Item(s): 1) Fugitive Recovery Agent Badge; (1) black leather license holder containing an interagency driver's license in name of Robert Frederick kane; wells FArgo account summary info; RPS invoice; misc. documents regarding firearms purchase prices; (1) Card from Alaska Regional w/ writing on back; (1) Garmin IQue 3600A palm pilot; wiring information for Avery and Associates; (1) business card from Ak Regional; (1) Sony Laptop computer model # PCG4C1L

Received By: _____    Received From: _____
                    (Signature)                                          (Signature)

Exhibit 1
Page 6 of 6 Pages