Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendant Robert F. Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )   No. 3:06-cr-00022 JWS |
| Plaintiff, | ) |
| | ) |
| v. | )   **[proposed] ORDER FOR** |
| | )   **RETURN OF PROPERTY** |
| ROBERT F. KANE, and | ) |
| SECURITY AVIATION, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

It is hereby ORDERED that the United States

Attorney's Office is directed to return the items listed in

Exhibit 1 to the Motion for Return of Property within ten days

of receipt of this order.  Items listed in Exhibit 1 shall be

returned to Robert Kane.

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. Kane, et al.
No. 3:06-cr-00022 JWS
Order for Return of Property

DATED: _____

                                        _____
                                        JOHN W. SEDWICK
                                        U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on ___9/13/06___ ,
a copy of the foregoing Order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\[proposed] Order for Return of Property.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022 JWS
Order for Return of Property