NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>ROBERT F. KANE,<br>  and SECURITY AVIATION, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:06-cr-022-JWS<br><br>**NON-OPPOSED MOTION FOR ENLARGEMENT OF TIME FOR FILING OF GOVERNMENT'S OPPOSITION TO DEFENDANT KANE'S MOTION FOR RETURN OF PROPERTY** |

The United States files with the court a Non-Opposed Motion for Enlargement of Time for Filing of Government's Opposition to Defendant Kane's Motion for Return of Property.  Pursuant to the court, the United States had until October 2, 2006, within which to file its opposition to the defendant's motion.  On

this date, government counsel contacted counsel for defendant seeking an extension of time to file its opposition to several other professional conflicts. Counsel for defendant agreed that given government counsel's conflicts and other professional commitments that the government could extend its response window to October 20, 2006.

Wherefore, given the non-opposed motion filed by the government and the agreement of the parties enlarging the government's response time, the government respectfully requests the court to enlarge the current time for the filing of its response to the defendant's motion for return of property from October 2, 2006, to October 20, 2006.

RESPECTFULLY SUBMITTED this 22nd day of September, 2006, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Steven. E. Skrocki
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3380
        Fax: (907) 271-1500
        E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006
a copy of the foregoing was served
electronically on Robert Bundy, James L. Kee,
Allen Frank Clendaniel, Scott Dattan,
Michael R. Spaan, Kevin Fitzgerald,
& Paul Stockler.

s/ Steven E. Skrocki