IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>　　　　　Plaintiff,                          )<br>                                                          )<br>　　　vs.                                            )<br>                                                          )<br>ROBERT F. KANE,                              )<br>and SECURITY AVIATION, INC.,        )<br>                                                          )<br>　　　　　Defendants.                    )<br>                                                          )<br>                                                          )<br>_____ ) | No. 3:06-cr-022-JWS<br><br>[Proposed] ORDER<br>GRANTING MOTION FOR<br>ENLARGEMENT OF TIME<br>FOR FILING OF<br>GOVERNMENT'S<br>OPPOSITION TO<br>DEFENDANT KANE'S<br>MOTION FOR RETURN OF<br>PROPERTY |

For good cause shown, and given the non-opposition thereto by counsel for the defendant, the government shall have until October 20, 2006, within which to file a response to the defendant's motion for return of property.

IT IS SO ORDERED.

_____              _____
    (DATE)                                            JOHN W. SEDWICK
                                                         United States District Court Judge