Michael K. Nave, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    (907) 793-2200
Fax:      (907) 793-2299
E-mail:   nave@guessrudd.com

Attorneys for Air USA, Inc., Red Air, Inc. and
Donald W. Kirlin

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT F. KANE, and ) | |
| SECURITY AVIATION, INC. ) | |
| ) | Case No. 3:06-cr-00022-JWS |
| Defendants. ) | |
| ) | |

### MOTION FOR ACCESS TO TRIAL EXHIBITS

COME NOW Air USA, Inc., Red Air, Inc., and Donald W. Kirlin, by and through

their attorneys Guess & Rudd P.C., hereby move this Court for an order allowing them to

inspect and copy the exhibits introduced and admitted into evidence during the May 2006

trial.  This motion is supported by the Memorandum and exhibits filed herewith.

*USA v. Robert F. Kane and Security Aviation, Inc.*; Case No. 3:06-cr-00022-JWS
Motion for Access to Trial Exhibits
Page 1 of 3

DATED this 13th day of October, 2006.

        GUESS & RUDD P.C.
        Attorneys for Air USA, Inc., Red Air, Inc.,
        and Donald W. Kirlin


By:       s/Michael K. Nave
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: nave@guessrudd.com
        Alaska Bar No. 8907044

*USA v. Robert F. Kane and Security Aviation, Inc.*; Case No. 3:06-cr-00022-JWS
Motion for Access to Trial Exhibits
Page 2 of 3

**CERTIFICATE OF SERVICE**

On the 13th day of October, 2006, a true and correct copy of the foregoing was

□ **mailed** □ **hand-delivered** □ **faxed** to:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567

Robert C. Bundy
Allen Clendaniel
Dorsey & Whitney, LLP
1031 W. 4th Avenue
Anchorage, Alaska 99501-5907

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 W. 3rd Avenue
Anchorage, Alaska 99501

GUESS & RUDD P.C.


By:     s/Michael K. Nave
F:\DATA\6034\1\PLDGS (SA vs Air USA)\mtn to access exhibits.doc

*USA v. Robert F. Kane and Security Aviation, Inc.*; Case No. 3:06-cr-00022-JWS
Motion for Access to Trial Exhibits
Page 3 of 3