Michael K. Nave, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:   (907) 793-2200
Fax:     (907) 793-2299
E-mail:  nave@guessrudd.com

Attorneys for Air USA, Inc., Red Air, Inc. and
Donald W. Kirlin

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ROBERT F. KANE, and | ) |
| SECURITY AVIATION, INC. | ) |
| | )   Case No. 3:06-cr-00022-JWS |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING
MOTION FOR ACCESS TO TRIAL EXHIBITS**

Air USA, Inc., Donald Kirlin, and Red Air, Inc., having moved for an order

allowing them to access exhibits entered into evidence at trial in this matter, and the

Court being full advised in the premises,

*USA v. Robert F. Kane and Security Aviation, Inc.*; Case No. 3:06-cr-00022-JWS
[Proposed] Order
Page 1 of 3

It is hereby ORDERED that the motion is GRANTED. It is further ordered:

(1) Counsel for each party shall make the exhibits in his possession available for inspection by representatives of Air USA, Inc., Red Air, Inc., and Donald Kirlin at a mutually agreeable time and location within the next 20 days;

(2) If an exhibit exists in electronic format, then Air USA, Inc., Red Air, Inc., and Donald Kirlin may view it and copy it in that format;

(3) If Air USA, Inc., Red Air, Inc., and Donald Kirlin wish to make copies of an exhibit, they shall arrange for the copying.

Dated:_____       _____
                                    Hon. John W. Sedwick
                                    United States District Court Judge

**CERTIFICATE OF SERVICE**

On the 13th day of October, 2006, a true and correct copy of the foregoing was

☐ **mailed** ☐ **hand-delivered** ☐ **faxed** to:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567

Robert C. Bundy
Allen Clendaniel
Dorsey & Whitney, LLP
1031 W. 4th Avenue
Anchorage, Alaska 99501-5907

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 W. 3rd Avenue
Anchorage, Alaska 99501

GUESS & RUDD P.C.


By:    S/Michael K. Nave
F:\DATA\6034\1\PLDGS (SA vs Air USA)Order.doc


*USA v. Robert F. Kane and Security Aviation, Inc.*; Case No. 3:06-cr-00022-JWS
[Proposed] Order
Page 3 of 3