GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
# Guess&Rudd
P.C.

510 L STREET, SUITE 700
ANCHORAGE, ALASKA 99501-1964
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

June 16, 2006

Steven E. Skrocki
James N. Barkeley
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253 # 9
Anchorage, Alaska 99513-7567

*VIA FASCIMILE: 271-1500*

Re: *Regional Protective Services, LLC & Security Aviation, Inc. v. Air USA, Inc., Red Air, Inc., Robert Anthony, John Berens, Donald W. Kirlin, Mark Sheets, Michael Vales, and John Does I-IV*
Our File No. 6034.1

Dear Mr. Skrocki and Mr. Barkeley:

Our firm represents Air USA, Inc., in the above-referenced civil case filed recently in Anchorage Superior Court. A copy of the complaint is attached for your records.

It has come to our attention that some of the evidence in the possession of your office is potentially discoverable in the civil litigation. For that reason, please preserve any and all evidence in this matter. Without limiting this request, we intend that it should cover any evidence or documents relating to the airplanes, the rocket pods, or their maintenance, operation, use, or ownership.

If you have any questions, please just let one of know.

Very truly yours,

GUESS & RUDD P.C.

*Molly C. Brown*

Michael K. Nave
Molly C. Brown

MKN:mlb: F:\DATA\6034\1\CORRESP\MISC CORRESP\Asst US Atty.doc
Enclosure

EXHIBIT _B_
Page _1_ of _1_