GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
JOSEPH J. PERKINS, JR.
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
JOAN E. ROHLF
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
NELLEENE A. BOOTHBY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
JOSEPH BRIAN GROSS
MOLLY C. BROWN

LAW OFFICES OF
**Guess&Rudd**
P.C.

510 L STREET, SUITE 700
ANCHORAGE, ALASKA 99501-1964
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

W. EUGENE GUESS 1932-1975
JOSEPH RUDD 1933-1978
FRANCIS E. SMITH, JR. 1941-1991

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
MARGARET S. JONES
GREGORY G. SILVEY

July 27, 2006

| | |
|---|---|
| James N. Barkely<br>Steven E. Skrocki<br>U.S. Attorney's Office<br>222 West 7th Ave. #9<br>Anchorage, Alaska   99513 | Via Facsimile |
| Paul D. Stockler<br>Law Office of Paul D. Stockler<br>1039 W. 16th Avenue<br>Anchorage, Alaska   99501 | Via Facsimile |
| Robert C. Bundy<br>Allen F. Clendaniel<br>Dorsey & Whitney, LLP<br>1031 W. 4th Avenue, Suite 600<br>Anchorage, Alaska 99501 | Via Facsimile |
| Kevin T. Fitzgerald<br>Ingaldson, Maassen & Fitzgerald, P.C.<br>813 W. 3rd Avenue<br>Anchorage, Alaska 99501-2001 | Via Facsimile |

　　　　Re:   *RPS v. Air USA, et al.*
　　　　　　 Our File No. 6034.1

Gentlemen:

　　　　We recently reviewed Judge John W. Sedwick's July 20, 2006 Order regarding the exhibits entered into evidence in *USA v. Kane et al.* Pursuant to that Order, your respective offices were to make the exhibits in your possession available for inspection or copying by the Anchorage Daily News and KTUU Channel 2 News. The Order is enclosed for your review.

EXHIBIT _C_
Page _1_ of _2_

Defense Counsel
July 27, 2006
Page 2

      This firm represents Air USA in a lawsuit filed in Anchorage Superior Court by Security Aviation, Inc. and Regional Protective Services, LLC. Some, if not all, of the exhibits entered into evidence in the criminal trial may be relevant to the claims and defenses in the ongoing civil litigation.

      We request that you provide us with an opportunity to inspect the exhibits. After this inspection, we will request copies of any relevant exhibits, with the copying expenses to be paid by the firm on behalf of its clients.

      Finally, please let me know in writing if you will <u>not</u> agree to allow us to inspect the exhibits.

                        Very truly yours,

                        GUESS & RUDD P.C.

                        Molly C. Brown

MCB:sb:F:\DATA\6034\2\CORRESP\MISC CORRESP\Counsel in criminal case (7-27-06).doc
Enclosure

EXHIBIT C
Page 2 of 2