**U.S. Department of Justice**

**United States Attorney**
**District of Alaska**

RECEIVED SEP 1 4 2006 GUESS & RUDD P.C.

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

August 24, 2006

Molly C. Brown, Esquire
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

Dear Molly,

Please excuse my delay in responding to your request. It is our opinion that we would have to obtain an order from the court with regard to producing the exhibits used during the course of the trial. While we are not disinclined to release them for either party's use, perhaps a stipulation by letter can be arranged between our respective entities. Please advise as to your thoughts on proceeding in this fashion, otherwise, we will pursue an order from the court inasmuch as other entities have made similar requests from our office.

Very truly yours,

NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney

EXHIBIT D
Page 1 of 1