NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT F. KANE,<br>a/k/a "COMMANDER KANE," and<br>SECURITY AVIATION, INC.,<br><br>　　　　　　Defendant. | No. 3:06-cr-022-HRH<br><br>**MOTION TO SEAL GOVERNMENT'S OPPOSITION TO DEFENDANT ROBERT F. KANE'S MOTION FOR RETURN OF PROPERTY**<br><br>*Filed on shortened time* |

　　　　The United States files with the court a Motion to Seal its response to defendant Kane's Motion for Return of Property.  As indicated in the government's pleading, the response was to be filed under seal. However, an administrative oversight resulted in the response being filed in the normal course. Wherefore, given that initial filing error and the ongoing nature of the government's investigation, the United States requests that the court seal its response to the defendant's Motion for Return of Property.

        NELSON P. COHEN
        United States Attorney

        s/ Steven. E. Skrocki
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3380
        Fax: (907) 271-1500
        E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2006 a copy of the foregoing was served electronically on Robert Bundy, Allen Clendaniel, Kevin Fitzgerald, James Kee, & Paul Stockler.

s/ Steven E. Skrocki