IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-HRH |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | **GRANTING MOTION TO** |
| vs. | ) | **SEAL GOVERNMENT'S** |
| | ) | **OPPOSITION TO DEFENDANT** |
| ROBERT F. KANE, | ) | **ROBERT F. KANE'S MOTION** |
| a/k/a "COMMANDER KANE," and | ) | **FOR RETURN OF PROPERTY** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Government's Opposition to Defendant Robert F. Kane's Motion for Return of Property in the above-captioned case be filed in the Office of the Clerk of Court under seal, together with this Order and Motion for Order.  Said documents shall not become matters of public record until further order of the Court.

DATED this _____ day of October, 2006, at Anchorage, Alaska.

_____
United States District Judge