Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022 HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | **UNOPPOSED MOTION FOR** |
| ) | **EXTENSION OF REPLY DATE** |
| ROBERT F. KANE, and ) | **TO OCTOBER 27, 2006** |
| SECURITY AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

  Comes now defendant, Robert F. Kane, by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and hereby requests an extension to October 27, 2006 to file his reply to the government's opposition to his motion for return of property.

  Steve Skrocki, opposing counsel, has been notified of this request and does not oppose it.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022 HRH
Unopposed Motion
Page 1 of 2

Dated at Anchorage, Alaska October 25, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Counsel for Defendants


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail:
kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on  10/25/06  ,
a copy of the foregoing Unopposed Motion
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Unopposed Motion.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022 HRH
Unopposed Motion