Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022 HRH |
| Plaintiff, ) | |
| ) | **[proposed] ORDER GRANTING** |
| v. ) | **UNOPPOSED MOTION FOR** |
| ) | **EXTENSION OF REPLY DATE** |
| ROBERT F. KANE, and ) | **TO OCTOBER 27, 2006** |
| SECURITY AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

      This matter, having come before the court upon defendant Kane's Unopposed Motion for Extension of Reply Date to October 27, 2006, the court having reviewed any opposition thereto, and being fully advised,

      IT IS ORDERED that the reply is due on October 27, 2006.

      DATED: _____

USA v. Kane, et al.
No. 3:06-cr-00022 HRH
Order

<div style="margin-left:sidebar">
INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751
</div>

                                              H. RUSSEL HOLLAND
                                              U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on  10/25/06 ,
a copy of the foregoing Order
was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire


s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Order on Unopposed Motion.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022 HRH
Order