Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00022 HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | **AFFIDAVIT OF** |
| ) | **CARMEN E. CLARK** |
| ROBERT F. KANE, and ) | |
| SECURITY AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

STATE OF ALASKA           )
                          )ss.
THIRD JUDICIAL DISTRICT   )

   CARMEN E. CLARK, being first duly sworn, deposes and states as follow:

   1.  I am attorney employed in the law offices of Ingaldson, Maassen & Fitzgerald, P.C., attorneys for defendant Kane in the above-captioned action.

   2.  On October 23, 2006 I spoke with AUSA Steve Skrocki and asked if he would agree to an extension to file

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022 HRH
Affidavit

the reply to the opposition to the motion for return of property. He non-opposes the extension.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CARMEN E. CLARK

SUBSCRIBED AND SWORN to before me this 25th day of October, 2006.

_____
Notary Public for Alaska
My Commission Expires: 9/0/09

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/25/06, a copy of the foregoing Affidavit was served electronically on:

Steven E. Skrocki, Assistant U.S. Attorney
James N. Barkeley, Assistant U.S. Attorney
Michael R. Spaan, Esquire
James L. Kee, Esquire
Paul D. Stockler, Esquire
Robert C. Bundy, Esquire
Allen F. Clendaniel, Esquire

s/ Kevin T. Fitzgerald
F:\W\3169-1\Pleadings Kane\Clark Affidavit.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Kane, et al.
No. 3:06-cr-00022 HRH
Affidavit