IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  vs.<br><br>ROBERT F. KANE, a/k/a "Commander Kane," and SECURITY AVIATION, INC.,<br><br>                     Defendants. | No. 3:06cr0022-HRH |

O R D E R

Extension of Reply Date

      This matter, having come before the court upon defendant Kane's unopposed motion for extension of reply date[1] and the court being fully advised,

      IT IS ORDERED that the reply is due on October 27, 2006.

      DATED at Anchorage, Alaska, this <u>26th</u> day of October, 2006.

                                                     s/ H. Russel Holland
                                                     United States District Judge

---

[1] Clerk's Docket No. 341.